# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NORTHSTAR AVIATION L.L.C., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 1:18cv191-TSE-JFA |
| ) | |
| ALDEN BURT ALBERTO, ) | |
| a/k/a Reno Alberto, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ISSUANCE OF SUBPOENAS DUCES TECUM

PLEASE TAKE NOTICE that on August 14, 2018, Plaintiffs NorthStar Aviation, L.LC. and NorthStar Aviation USA LLC issued *subpoenas duces tecum* to the following third parties:

- Terry Paul Key
- Hillary R. Holcombe
- Yahoo! Inc.
- Apple Inc.
- AT&T, and
- Google Inc.

Please see attached for copies of each *subpoena duces tecum*.

Date: August 14, 2018

NORTHSTAR AVIATION L.L.C.

and

NORTHSTAR AVIATION USA L.L.C.

By: DUNLAP BENNETT & LUDWIG PLLC

_____
Of Counsel

1

Thomas M. Dunlap   (VSB No. 44016)
Ellis L. Bennett   (VSB No. 71685)
Ben S. Barlow   (VSB No. 67933)
Eric Olavson   (VSB No. 87872)
DUNLAP BENNETT & LUDWIG PLLC
211 Church Street SE
Leesburg, Virginia 20175
(703) 777-7319
(703) 777-3656 (facsimile)
tdunlap@dbllawyers.com
ebennett@dbllawyers.com
bbarlow@dbllawyers.com
*Counsel for the Plaintiffs*

Kevin T. Streit   (VSB No. 45024)
Stephanie Martinez   (VSB No. 87791)
DUNLAP BENNETT & LUDWIG PLLC
8003 Franklin Farms Drive, Suite 220
Richmond, Virginia 23229
(804) 823-7776
(804) 977-2680 (facsimile)
kstreit@dbllawyers.com
smartinez@dbllawyers.com

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2018, a true copy of the foregoing was transmitted via electronic mail to:

Clyde E. Findley, Esq.
Nicholas R. Johnson, Esq.
Ryen Rasmus, Esq.
Samantha Bernstein, Esq.
Berenzweig Leonard LLP
8300 Greensboro Drive, Suite 1250
McLean, Virginia 22102
njohnson@berenzweiglaw.com
dleonard@berenzweiglaw.com
cfindley@berenzweiglaw.com
rrasmus@berenzweiglaw.com
sbernstein@berenzweiglaw.com
*Counsel for defendant Alden Burt Alberto*

Eric Olavson (VSB No. 87872)
Dunlap Bennett & Ludwig, PLLC
211 Church Street, SE
Leesburg, Virginia 20175
eolavson@dbllawyers.com
(703) 777-7319
(703) 777-3656 (facsimile)
*Counsel for Plaintiffs*