# EXHIBIT 5

بسم اللّه الرحمن الرحيم

## G. O. S. B.

**LEGAL TRANSLATION**

**GULF OFFICE SERVICES BUREAU**

جـوسـب

للترجمـة القـانـونيـة

مكتـب الخليـج للخـدمات المكتبيـة



MEMORANDUM OF ASSOCIATION

OF

NORTHSTAR AVIATION L.L.C.

عقد تأسيس

نورث ستار للطيران — ذ.م.م.

أشهد أنا الموقع على هذا المستند، بصفتي مترجماً قانونياً مرخصاً ومحلفاً من قبل وزارة العدل، بأن الترجمة المرفقة صحيحة ومطابقة للنص الأصلي.

I, the signatory to this document, as legal translator duly licensed and sworn by the Ministry of Justice, do hereby certify that the enclosed translation is correct and identical to the original text.

أبوظبي – شارع حمدان – بناية العين الأهلية للتأمين – هاتف : ٦٢٧١٠٦٢ / ٦٢٦٨٣٦٨ –٠٢ – فاكس : ٦٢٧٢٩١٧–٠٢.

Abu Dhabi - Hamdan St. - Al Ain Ahlia Ins. Building - Tel. : 02-6271062 / 6268368 - Fax : 02-6272917

e-mail : gosblegaltranslation@gmail.com

| MEMORANDUM OF ASSOCIATION OF NORTHSTAR AVIATION, L.L.C. | عقد تأسيس نورث ستار للطيران- ذ.م.م |
|---|---|

**THIS MEMORANDUM** was entered into on the 6 day of December 2011 (hereinafter referred to as the "**Memorandum**").

أبرم هذا العقد في اليوم الثلاثاء الموافق 6 من شهر ديسمبر 2011 (المشار إليه فيما يلي بـ "**العقد**")

**BETWEEN:**

بين:

1. Name of Shareholder: **ROTANA JET AVIATION LLC**, a limited liability company incorporated in Abu Dhabi holding commercial license number CN-1239076 issued by the Department of Economic Development in Abu Dhabi, having its registered office at Bateen Airport, Abu Dhabi Road, Abu Dhabi, United Arab Emirates and represented by SHEIKH AHMED BIN SAIF BIN MOHAMED AL NAHYAN, an Emirati national, bearing passport number 0027688, its duly appointed attorney-in-fact holding a power of attorney ~~dated 17/11/2011 and bearing notarial serial number 110312391 (the "First Party"); and~~

1. اسم الطرف: **السادة/ روتانا جت للطيران ذ.م.م،** فرع أبوظبي 1 شركة ذات مسؤولية محدودة تأسست في أبوظبي بموجب الرخصة التجارية رقم CN-1239076 الصادرة من دائرة التنمية الاقتصادية في أبوظبي، وعنوان مكتبها المسجل هو أبوظبي، شارع المطار، مطار البطين، الإمارات العربية المتحدة ويمثلها **الشيخ أحمد بن سيف بن محمد ال نهيان، إماراتي الجنسية ويحمل جواز سفر رقم 0027688** الوكيل المعين أصولاً، بموجب الوكالة القانونية الممنوحة له بتاريخ ~~17/11/2011 بموجب رقم تصديق 110312391 "الطرف الأول"~~ و *و بكتارت و رقم ...11.0.1*

2. Name of Shareholder: **SHEIKH AHMED BIN SAIF BIN MOHAMED AL NAHYAN**, an Emirati national, bearing passport number 0027688 (the "**Second Party**").

2. اسم الطرف: **الشيخ أحمد بن سيف بن محمد ال نهيان،** إماراتي الجنسية ويحمل جواز سفر رقم 0027688 ("**الطرف الثاني**").

The Shareholders, having full legal capacity to contract, have agreed to form a limited liability company in the Emirate of Abu Dhabi in accordance with the provisions of the Commercial Companies Law (as defined herein) on the following terms and conditions.

اتفق الأطراف في هذا العقد وكل منهم بكامل الأهلية القانونية للتعاقد، على تأسيس شركة ذات مسؤولية محدودة فيما بينهم في إمارة أبو ظبي طبقاً لأحكام قانون الشركات التجارية (كما هو محدد في هذا العقد) وذلك وفقاً للبنود والشروط التالية:

**ARTICLE 1: DEFINITIONS**

مادة 1: تعريفات

1. In this Memorandum, the following words shall have the following meanings:

1. يكون للكلمات التالية في هذا العقد المعاني المبينة إزاء كل منها:

1.1 "**Board**" shall have the meaning given to it in Article 9.1;

1-1 "المجلس" يعني المجلس المبين معناه في المادة 9-1

1.2 "**Company**" shall mean the company formed pursuant to this Memorandum, whose name is referred to under Article 2;

1-2 "**الشركة**" يعني الشركة التي تأسست بموجب هذا العقد والمبين اسمها في المادة 2.

is referred to under Article 2;

1.3 "**Commencement Date**" shall mean the date of registration of the Company on the Commercial Register;

1.4 "**Commercial Register**" shall mean the commercial register at the DED;

1.5 "**Commercial Companies Law**" shall mean UAE Federal Law No. 8 of 1984 concerning commercial companies (and its amendments);

1.6 "**DED**" shall mean the Abu Dhabi Department of Economic Development;

1.7 "**Managing Director**" shall have the meaning given to it in Article 9.8;

1.8 "**Ministry**" shall mean the UAE Ministry of Economy in the Emirate of Abu Dhabi; and

1.9 "**Shareholders**" shall mean the parties to this Memorandum and any person or legal entity which becomes the holder of a share in the capital of the Company in accordance with the terms of this Memorandum.

## ARTICLE 2: NAME OF THE COMPANY

2. The name of the Company is **NORTHSTAR AVIATION, L.L.C.**.

## ARTICLES 3: OBJECTS OF THE COMPANY

3.1 The objects of the Company are:

    (a) aircraft trading
    (b) spare parts and sections trading of airplanes;
    (c) maintenance and repair of aircraft and engines thereof; and
    (d) aviation training institute,

and all other activities as are related or ancillary thereto.

3-1 "**تاريخ البدء**" يعني تاريخ تسجيل الشركة في السجل التجاري.

4-1 "**السجل التجاري**" يعني السجل التجاري لدى دائرة التنمية الاقتصادية.

5-1 "**قـانون الشـركات التجاريـة**" يعنـي قـانون دولـة الإمـارات الاتحـادي رقـم 8 لسـنة 1984 فـي شـأن الشركات التجارية والقوانين المعدلة له.

6-1 "**دائرة التنميـة الاقتصـادية**" دائرة التنمية الاقتصادية في إمارة أبوظبي.

7-1 "**المدير العام**" يعني العضو المنتدب للإدارة والمبين في المادة 9-8.

8-1 "**الوزارة**" تعني وزارة الاقتصاد الاتحادية في إمارة أبوظبي؛ و

9-1 "**الأطراف**" يعني أطراف هذا العقد وأي شـخص أو كيـان قـانوني يصـبح مالكـاً لايـة حصـة مـن رأس مـال الشركة وفقاً لشروط هذا العقد.

## مـادة 2: إسم الشركة

2. إسم الشركة هو **نورث ستار للطيران ذ.م.م.**

## مـادة 3: أغراض الشركة

3-1 أغراض الشركة هي:

أ. تجارة الطائرات،
ب. تجارة قطع غيار الطائرات و مكوناتها،
ت. إصلاح وصيانة الطائرات ومحركاتها،
ث. التدريب على الطيران.

وجميع النشاطات المتعلقة أو التابعة لذلك.



**3.2** The Company may not carry on the business of insurance, banking or investment of funds for the account of third parties.

## ARTICLE 4: HEAD OFFICE OF THE COMPANY

**4.** The head office of the Company shall be in the Emirate of Abu Dhabi. It shall be permissible for the Company to establish branches, offices and/or agencies in the United Arab Emirates and/or abroad.

## ARTICLE 5: DURATION OF THE COMPANY

**5.** The duration of the Company shall be ninety-nine (99) years, commencing on the date of registration of the Company in the Commercial Register. Such period may be extended or shortened by a resolution of the Shareholders at a general assembly meeting.

## ARTICLE 6: THE CAPITAL OF THE COMPANY

**6.1** The capital of the Company is One Hundred and Fifty Thousand UAE Dirhams (AED 150,000) divided into One Thousand, Five Hundred (1,500) shares, the value of each share being One Hundred UAE Dirhams (AED 100).

**6.2** The capital of the Company shall be apportioned amongst the Shareholders in the following manner:

    (a) Name of Shareholder:
    **ROTANA JET AVIATION LLC –**
    **Abu Dhabi Branch 1**
    Number of shares: 1,485
    Value: AED 148,500
    Percentage of capital: 99%

    (b) Name of Shareholder:
    **SHEIKH AHMED BIN SAIF BIN**
    **MOHAMED AL NAHYAN**
    Number of shares: 15
    Value: AED 1,500
    Percentage of capital: 1%

**6.3** The Shareholders declare that the value of

3-2- لا يجوز للشركة أن تمارس أعمال التـأمين والمصـارف أو استثمار الأموال لحساب الغير.

## مـادة 4: مركز الشركة الرئيسي

4. يكون مركز الشركة الرئيسـي فـي إمـارة أبـوظبي، ويجـوز للشـركة أن تنشـأ لهـا فروعـاً أو مكاتـب و/أو وكـالات فـي الإمـارات العربيـة المتحـدة و/ أو خـارج الدولة.

## مـادة 5: مدة الشركة

5. مـدة الشـركة هـي تسـعة وتسـعون (99) سـنة، تبـدأ مـن تـاريخ تسـجيل الشـركة فـي السـجل التجـاري. ويجـوز تمديـد أو تقصـير هـذه المـدة بموجـب قـرار مـن قبـل الاطراف يتخذ في اجتماع جمعية عمومية.

## مـادة 6: رأسمال الشركة

1-6 رأسـمال الشـركةمائـة وخمسـون الـف. درهـم إمـاراتي (150.000 درهـم) مقسـم إلـى ألـف وخمسـمائة حصـة(1500.) حصـة قيمـة كـل حصـة مائـة درهـم إمـاراتي ( 100.درهم).

2-6 قسم رأسمال الشركة بين الأطراف على النحو التالي:

(أ) اسم الطرف: **السادة/ روتانـا جت للطيران ذ.م.م – فرع أبوظبي 1**
عدد الحصص:1485
القيمة: 148.500 درهم إماراتي
النسبة المئوية في رأس المال: 99%

(ب) اسم الطرف: **الشيخ أحمد بن سيف بن محمد ال نهيان**
عدد الحصص: 15
القيمة: 1500 درهم إماراتي
النسبة المئوية في رأس المال: 1%

3-6 يقـر الأطـراف بـأن قيمـة الحصـص النقديـة قـد دفعـت

the shares has been paid in full and has been deposited in the Company's bank account.

## ARTICLE 7: TRANSFER OF SHARES

7.1 Any Shareholder may transfer his shares in the Company to one or more Shareholders or to a third party by way of an instrument notarised by the competent official authority.

7.2 If one of the Shareholders intends to transfer its shares in the Company with or without consideration to a person who is not a Shareholder, he must notify the other Shareholders through the Managing Director of the terms of transfer. Any Shareholder may apply to acquire the shares at the agreed price, and in the event of a disagreement as to the price, Article 231 of the Commercial Companies Law shall apply.

7.3 If, within thirty (30) days of the date of the notice, none of the Shareholders exercise their rights to acquire the shares, the Shareholder shall be free to dispose of its shares.

7.4 If more than one Shareholder exercises the right to acquire the shares, the shares to be transferred shall be divided between them in proportion to the shareholding which each of them holds in the capital subject to the provisions of Article 227 of the Commercial Companies Law.

7.5 No transfer shall be valid as against the Company or third parties until it is recorded in the register of Shareholders and the Commercial Register. The Company may not refuse to record the transfer in the register of Shareholders unless it contravenes the provisions of this Memorandum.

7.6 In any event, unless the applicable law governing the Company allows it, the transfer must not result in the reduction of the shares of the national Shareholders in the capital of the Company to less than fifty-one per cent (51%) of all the shares, nor increase the number of Shareholders to more than fifty (50), nor decrease it to less than two (2).

بالكامل وقد تم إيداعها في الحساب البنكي للشركة.

## مادة 7: التنازل عن الحصص

1-7 يجوز لأي طرف التنازل عن حصصه في الشركة إلى واحد أو أكثر من الأطراف أو للغير بمقتضى محرر موثقاً من قبل السلطة الرسمية المختصة.

2-7 إذا اعتزم أحد الأطراف التنازل عن حصصه في الشركة بعوض أو بغير عوض لشخص من غير الأطراف، وجب عليه أن يخطر باقي الأطراف من خلال العضو المنتدب للإدارة بشروط التنازل. ويجوز لأي طرف أن يطلب إسترداد الحصص بالسعر المتفق عليه، وفي حالة الاختلاف على الثمن يتم تطبيق المادة 231 من قانون الشركات التجارية.

3-7 إذا انقضى ثلاثون (30) يوماً من تاريخ الإخطار دون أن يمارس أحد الأطراف حق استرداد الحصص، كان الطرف حراً في التصرف في حصصه.

4-7 إذا استعمل حق الاسترداد أكثر من طرف، قسمت الحصص المبيعة بينهم بنسبة حصة كل منهم في رأس المال مع مراعاة أحكام المادة 227 من قانون الشركات التجارية.

5-7 لا يحتج بأي تنازل في مواجهة الشركة أو الغير إلا من تاريخ قيده في سجل الأطراف وفي السجل التجاري ولا يجوز للشركة الامتناع عن قيد التنازل في سجل الأطراف إلا إذا خالف ما نص عليه في هذا العقد.

6-7 وفي جميع الأحوال، إلا في حال سمح القانون المطبق على الشركة ذلك، يجب ألا يترتب على التنازل انخفاض نصيب الأطراف المواطنين في رأس مال الشركة إلى أقل من واحد وخمسين بالمائة (51%) من مجموع الحصص. كما يجب أن لا يترتب عليه زيادة في عدد الأطراف إلى أكثر من خمسين (50) شريكاً ولا أن يقل عدد الشركاء عن اثنين (2).

4

## ARTICLE 8: REGISTER OF SHAREHOLDERS

8.1 A special register of the Shareholders shall be prepared by the Company and be kept at its head office which should include the following:

    (a)    full name of each Shareholder;

    (b)    nationality;

    (c)    profession;

    (d)    domicile;

    (e)    address;

    (f)    number and value of the shares owned by each of them; and

    (g)    details of all dealings carried out with regard to the shares, together with the dates thereof.

8.2 The Managing Director shall be responsible for maintaining the register and for the accuracy of its contents; and the Shareholders and any interested party shall have the right to review such register.

8.3 The Company shall, in January of each calendar year, provide both the Ministry and the DED with the particulars recorded in the register referred to above and any amendments thereto.

## ARTICLE 9: MANAGEMENT OF THE COMPANY

9.1 The Company shall have a board of directors (the "**Board**"), which shall be composed of three (3) directors, who shall at all times be appointed, removed and replaced at the direction of the First Party exclusively. The first Board shall comprise: Sheikh Ahmed Bin Saif Bin Mohamed Al Nahyan, an Emirati national holding passport number 0027688, Alden Burt Alberto, a United States of America national holding passport

---

<div dir="rtl">

## مادة 8: سجل الشركاء

8-1 تقوم الشركة بإعداد سجل خاص بالأطراف يحتفظ به في مركزها الرئيسي ويشتمل على ما يلي:

(أ)    الاسم الكامل لكل طرف؛

(ب)    الجنسية؛

(ج)    المهنة؛

(د)    الموطن؛

(ه)    العنوان؛

(و)    عدد وقيمة الحصص التي يملكها كل منهم ؛ و

(ز)    تفاصيل كافة التصرفات التي أجريت على الحصص مع بيان تواريخها.

8-2 يكون العضو المنتدب للإدارة مسؤولاً عن الاحتفاظ بهذا السجل وصحة بياناته ويكون للأطراف ولكل ذي مصلحة حق الإطلاع على هذا السجل.

8-3 ترسل الشركة إلى كل من الوزارة ودائرة التنمية الاقتصادية في شهر يناير من كل سنة ميلادية البيانات الثابتة في السجل المشار إليه أعلاه والتغييرات التي طرأت عليها.

## مادة 9: إدارة الشركة

9-1 يكون للشركة مجلس إدارة ("المجلس"). واتفق على أن يتألف المجلس من ثلاث مدراء (3) يتم تعيينهم دائماً في كل الأوقات ،إقالتهم واستبدالهم بتوجيه من الطرف الأول حصرياً ، ويتألف أول مجلس من: الشيخ احمد بن سيف ال نهيان ، اماراتي الجنسية و يحمل جواز سفر رقم 0027688، السيد ألدين بيرت البيرتو ، أمريكي الجنسية و يحمل جواز سفر رقم 483709584،والسيد .هاني فرج، كندي الجنسية ويحمل جواز سفر رقم BA412732

</div>

number 483709584 and Hani Farag, a Canadian national holding passport number BA412732.

9.2   The directors shall be appointed for an unlimited term commencing from the date of registration of the Company in the Commercial Register.

9.3   Meetings may be called by a director upon fourteen (14) days' prior notice in writing being given to the other directors specifying the proposed date, time and location of the meeting together with the details of the matters to be discussed. A meeting of the Board may be called at shorter notice if each of the directors so agrees in writing.

9.4   No matter shall be discussed and/or resolved at any meeting of the Board save for those matters specifically provided for in the notice convening that meeting unless all of the directors (or their alternates) agree otherwise.

9.5   No resolution shall be passed at a meeting of the Board, unless a majority of directors vote in favour of such resolution.

9.6   Each director shall have the right to appoint any other director or other person acceptable to the Board as his alternate to attend meetings on his behalf. Every appointment and revocation of an alternate shall be in writing signed by the appointer and lodged at the head office of the Company. An alternate who is also a director shall have an extra vote for each director whom he represents. The attendance of an alternate at a meeting of the Board shall count as the personal attendance of the original director for all purposes.

9.7   The Board shall have all of the powers necessary for the management of the Company including, but not limited to those set out in Article 9.9 below.

9.8   The day to day management of the Company's affairs shall be entrusted to and carried out by a Managing Director. To be appointed by The Board from time to time).

9-2   تعيين المديرين لمدة غير محدودة تبدأ من تاريخ تسجيل الشركة في السجل التجاري.

9-3   يجوز للمدير الدعوة لعقد الاجتماعات بموجب إشعار مكتوب مسبق مدّته أربعة عشر (14) يوم يوجه إلى المديرين الآخرين يتضمن التاريخ المقترح وموعد وموقع الاجتماع بالإضافة إلى تفاصيل الأمور التي سيتم مناقشتها. ويجوز الدعوة لعقد اجتماع المجلس بموجب إشعار اقصر إذا وافق كل من المديرين على ذلك بشكل مكتوب.

9-4   يجب عدم مناقشة و/ أو تسوية أي موضوع في أي اجتماع للمجلس عدا تلك الأمور المنصوص عليها بالتحديد في إشعار عقد الاجتماع ما لم يوافق جميع المديرين (أو البديلين عنهم) على خلاف ذلك.

9-5   لا قرار قد يمرر في اجتماع مجلس المديرين إلا إذا صوت أكثرية المديرين لمصلحة هذا القرار.

9-6   يحق لكل مدير أن يعين أي مدير آخر أو شخص آخر يوافق عليه المجلس ليكون بديل عنه لحضور الاجتماعات نيابة عنه. وكل تعيين أو إلغاء تعيين بديل يجب أن يكون خطيا وموقع عليه من قبل المدير الذي قام بإجراء التعيين ويجب تقديمه لمكتب الشركة الرئيسي. والبديل الذي يكون أيضا مديرا يكون له صوت إضافي عن كل مدير يقوم بتمثيله. وحضور البديل في اجتماع المجلس يعتبر حضور شخصي للمدير الأصلي لكافة الأغراض.

9-7   يكون للمجلس جميع الصلاحيات المطلوبة لإدارة الشركة بما في ذلك ، دون أن تقتصر على تلك الواردة في المادة 9-9 ادناه.

9-8   تُخول الإدارة اليومية لأمور الشركة من قبل العضو المنتدب للإدارة، الذي يتم تعيينه بواسطة المجلس من وقت لآخر. يكون تّ إقالة واستبدال العضو المنتدب للإدارة الأول ( وأي مدير يتم تعيينه لاحقاً)



The removal and replacement of the first (and any subsequently appointed) Managing Director by the Board shall be determined by the Board (acting pursuant to a resolution adopted by a majority of its members), which determination shall be confirmed by way of a written statement, which any one member of the Board acting alone may sign on behalf of the Board.

The First Managing Director, is Alden Burt Alberto, a United States of America national holding passport number 483709584

9.9     The Managing Director shall have all of the powers necessary for the management of the Company including, but not limited to those set out below and shall be authorised to represent the Company as follows:

(a)     to transact, manage, carry on and do all business matters and things requisite and necessary or in any matter connected with or having reference to the business and affairs of the Company's operations in the United Arab Emirates and elsewhere and all present and future branches and for such purposes to negotiate, sign and perform all agreements, transactions, correspondence, arrangements and dealings with third parties and all other activities related to the corporate objects of the Company;

(b)     to represent the Company, either directly or by way of delegation, before all government ministries, departments, institutions and official bodies in the United Arab Emirates whether federal or local, including but not limited to, the Ministry of Economy, the DED, the other relevant Departments of Economic Development, the Municipalities, the Chambers of Commerce and Industry, the Ministry of Labour, the Immigration Departments, the Health Authority of Abu Dhabi, the Police and Traffic Departments and such

عن قبل المجلس ( بموجب قرار خطي يتخذه أغلبية أعضاء المجلس ) ، حيث يحق لأي عضو من أعضاء مجلس التصـرف منفرداً أن يوقعـه بالنيابـة عـن المجلس لتأكيد هذا التعيين.

وأول عضو منتدب للادارة هو السيد ألدين بيرت ألبيرتو ، أمريكي الجنسية و يحمل جواز سفر رقم 483709584.

9-9     يكـون للعضـو المنتـدب للإدارة للشـركة جميـع الصلاحيات المطلوبة لإدارة الشركة بما في ذلك ، دون أن تقتصر على تلك الواردة أدنا ، وهو مخول بتمثيل الشركة على النحو التالي:

(أ)     أداء وإدارة وإجـراء وفعـل كافـة الأمـور التجارية والأشياء المطلوبة أو اللازمـة أو أي موضـوع يتعلـق أو لـه صـلة بعمـل وشـؤون عمليات الشركة في الإمارات العربية المتحدة وغيرهـا، وجميـع الفـروع الحاليـة والمستقبلية والقيام من أجل هذه الأغراض بمناقشة وتوقيع وأداء كافة الاتفاقيات والعمليات والمراسلات والترتيبـات والتعـاملات مـع الغيـر وكافـة النشاطات الأخرى المتعلقة بالأغراض التجارية للشركة؛

(ب) تمثيل الشركة، سواء بشكل مباشر أو غير مباشر أو بموجب تفويض، أمام كافة الوزارات والـدوائر والمؤسسـات الحكوميـة والهيئـات الرسمية في الإمارات العربية المتحدة الاتحادية أو المحليـة، بما فـي ذلـك دون تحديـد، وزارة الاقتصـاد، ودوائـر التنميـة الاقتصـادية، والبلـديات، وغـرف التجـارة والصـناعة المختصـة، وزارة العمـل ، ودوائـر الهجـرة، وهيئـة الصـحة فـي ابوظبي، ودوائـر الشرطة والمرور والدوائر الحكومية المحلية والاتحادية الأخرى وفقـاً لمـا هـو مطلوب أو مناسب فيما يتعلق بنشاطات عمل الشركة؛



other local and federal government departments as are necessary, desirable or convenient in connection with the Company's business activities;

(c)    to represent the Company before all government departments and other official bodies outside the United Arab Emirates;

(d)    to prepare, submit and proceed with all such applications and procedures as shall be necessary for the purposes of:

(1) renewing the registration of the Company and maintaining the good standing of the Company as a company with limited liability;

(2) obtaining, renewing and cancelling all such entry permits for employment, visit and transit visas, work permits and residence permits as may be required for non-United Arab Emirates personnel employed by the Company or whose presence in the United Arab Emirates may from time to time be deemed necessary or desirable for the purpose of the Company's business;

(3) obtaining, renewing and cancelling all permits, licences, and authorisations as may be required from the Police and Traffic Departments in relation to the ownership and operation of vehicles, plant and equipment; and

(4) the importation into the United Arab Emirates of all equipment, machinery and raw materials required by the Company for the purpose of its business and dealings;

(e)    to open, operate and close accounts with any banks in the Company's name, to draw, issue, accept and endorse all such cheques, drafts,

(ج) تمثيل الشـركة أمـام جميـع الـدوائر الحكوميـة والهيئـات الرسـمية الأخـرى خـارج الإمـارات العربية المتحدة؛

(د) إعـــداد وتقـــديم ومتابعـــة جميـــع الطلبـــات والإجراءات المطلوبة لغرض:

(1) القيـام بتجديـد التسـجيل التجـاري للشـركة وإبقـاء الشـركة بوضـع جيـد كشـركة ذات مسؤولية محدودة؛

(2) الحصول على وتجديد وإلغاء كافة تصاريح الدخول للعمـل وتأشيرات الزيـارة والمرور وتصـــاريح العمـــل والإقامـــة المطلوبـــة للمـوظفين الوافـدين للعمـل فـي الشـركة أو الذين يعتبر تواجدهم في الإمـارات العربيـة المتحـــدة مـــن وقـــت لآخـــر مطلـــوب أو ضروري لغرض عمل الشركة؛

(3) الحصـــول علـــى وتجديـــد وإلغـــاء جميـــع التصـــاريح والتـــراخيص والتفويضـــات المطلوبة من دوائر الشـرطة والمرور فيمـا يتعلق بملكية وتشـغيل السـيارات والوحدات الصناعية والمعدات؛ و

(4) استيراد كافة المعدات والماكنـات والمـواد الخـام إلـى الإمـارات العربيـة المتحـدة التـي تتطلبهـا الشـركة لغـرض عمـل الشـركة وتعاملاتها.

(هـ) فتح وإدارة وإقفال أي من الحسـابات فـي البنـوك للشركة ، والقيام باسم الشركة وسـحب وإصدار وقبـول وتظهيـر جميـع الشـيكات والكمبيـالات والسندات الاذنية والحوالات والسندات الأخرى

promissory notes, bills of exchange and other negotiable instruments as it may deem necessary or desirable;

(f)   to receive any and all monies or property which may be due to the Company for any reason whatsoever, to grant discounts, to compromise any amounts due, to give receipts and releases on behalf of the Company;

(g)   to apply for and obtain such loan and other bank facilities of whatsoever nature (including, without limitation, letters of credit, guarantees and bill discounting facilities), as may be necessary or desirable for the conduct of the Company's business and to sign all such documents as shall be required of the Company in connection therewith;

(h)   to purchase or take on lease residential, business and other premises and facilities for the business of the Company on any terms and conditions as it deems fit, including offering guarantees and doing anything necessary for these purposes, and to acquire all forms of movable and immovable property (collectively "**Company Property**");

(i)   to sell, exchange, surrender, mortgage, pledge, charge, lease or otherwise dispose of any part of the Company Property for such consideration and subject to such other terms and conditions as it may deem appropriate;

(j)   to demand and enforce payment of all debts owing to the Company, to institute and defend legal (and arbitral) proceedings in the Company's name (at all procedural stages), to settle such proceedings on such terms as it shall in its absolute discretion determine appropriate (or to abandon the same) and to instruct lawyers, accountants and other

(و) القابلة للتداول كما يعتبره ضرورياً أو محبذاً؛

استلام أي وجميع الأموال أو الممتلكات التي تكون مستحقة إلى الشركة لأي سبب مهما كان ومنح خصومات وتسوية أية مبالغ مستحقة وإعطاء إيصالات وإخلاء طرف نيابة عن الشركة؛

(ز) التقدم بطلب والحصول على قرض وتسهيلات مصرفية أخرى مهما كانت طبيعتها (وتشمل دون تحديد خطابات الاعتماد، والضمان وتسهيلات خصم الكمبيالات)، كما يعتبره ضرورياً أو مناسب لإدارة عمل الشركة وتوقيع جميع المستندات التي تكون مطلوبة من الشركة فيما يتعلق بما سبق ذكره؛

(ح) شراء أو استئجار المنشآت السكنية والتجارية وغيرها من المنشآت والمرافق لغرض عمل الشركة بأية بنود وشروط يعتبرها مناسبة بما في ذلك إعطاء ضمانات وفعل كل شيء يكون مطلوبا لهذه الأغراض واكتساب جميع أشكال الممتلكات المنقولة وغير المنقولة (مجتمعة "**ممتلكات الشركة**")؛

(ط) بيع، التنازل عن، تحويل، استبدال، تسليم، رهن، رهن وفاء، تكليف، تأجير أو التصرف بأي جزء من ممتلكات الشركة مقابل العوض وبالبنود والشروط التي يعتبرها مناسبة.

(ي) طلب وتنفيذ دفع جميع الديون المستحقة إلى الشركة ورفع واتخاذ الإجراءات القانونية (التحكيمية) والدفاع فيها باسم الشركة (في جميع المراحل الإجرائية) وتسوية تلك الإجراءات بالشروط التي يعتبرها وفقا لتقديره الخاص مناسبة (أو ترك الخصومة) وإعطاء تعليمات إلى المحامين والمحاسبين وغيرهم من الخبراء فيما يتعلق بذلك؛



9

experts in connection therewith;

(k) to place insurance in respect of any and all risks relating to the Company Property and in case of destruction, damage or loss, file claims with the insurers, receive the respective indemnifications and proceeds and issue the necessary receipts and releases;

(l) to purchase, subscribe for, otherwise acquire, sell and otherwise deal in and dispose of shares and other securities in companies or other forms of undertaking, to open branch offices and to commence, acquire or dispose of business undertakings and to sign memoranda of association, amendments thereto, purchase and sale agreements and all related documents, to attend meetings, vote and pass resolutions and to exercise and waive rights in relation to such companies or undertakings and to attend to all formalities to give effect to such matters;

(m) to open branch offices;

(n) to engage and dismiss employees on behalf of the Company, fix their salaries and other conditions of employment, determine their job descriptions, supervise their performance, amend or terminate their employment and settle their entitlements, and to appoint agents and representatives to act on behalf of the Company, granting them the necessary powers of attorney and to revoke the same, signing all papers which may be necessary;

(o) to deal with all matters relating to the protection of the Company's trademarks and all other intellectual property rights, including the registration thereof with the relevant authorities within the United Arab Emirates and elsewhere and do all

(ك) التأمين على ممتلكات الشركة ضد أي وكافة المخاطر والقيام في حالة الإصابة أو الخسارة أو الضرر بتقديم مطالبات واستلام التعويضات والعوائد ذات الصلة وإصدار الإيصالات وبراءات الذمة المطلوبة لذلك؛

(ل) شراء والاكتتاب على والاستحواذ بشكل آخر وبيع والتصرف بخلاف ذلك بالأسهم والأوراق المالية الأخرى في الشركات أو الأشكال الأخرى من التعهدات وفتح مكاتب الفروع ومباشرة أو الاستحواذ على أو التصرف بتعهدات الأعمال وتوقيع عقود التأسيس والتعديلات عليها واتفاقيات البيع والشراء وجميع المستندات ذات الصلة وحضور الاجتماعات والتصويت وتمرير القرارات وممارسة الحقوق فيما يتعلق بتلك الشركات أو التعهدات والتنازل عنها والقيام بجميع الإجراءات لإنفاذ هذه الأمور؛

(م) فتح مكاتب الفروع؛

(ن) تعيين وفصل الموظفين نيابة عن الشركة وتحديد رواتبهم وشروط التوظيف الأخرى وتحديد شروط عملهم والإشراف على أدائهم أو تمديد أو إنهاء خدماتهم وتسوية مستحقاتهم؛ وتعيين الوكلاء والممثلين للعمل نيابة عن الشركة ومنحهم الوكالات القانونية المطلوبة وإلغائها وتوقيع جميع المستندات المطلوبة؛

(س) التعامل مع كافة الأمور المتعلقة بحماية العلامات التجارية الخاصة بالشركة وكافة حقوق الملكية الفكرية الأخرى بما في ذلك تسجيلها لدى السلطات المختصة داخل الإمارات العربية المتحدة وغيرها وفعل جميع الأشياء المطلوبة أو المناسبة للدفاع عن وحماية



things, which may be necessary or desirable for the defence and protection of the trademarks, copyrights, patents and/or the commercial/industrial property of the Company;

(p) to appoint lawyers and advocates to act on behalf of the Company and to represent the interests of the Company as defendant, claimant or other interested party in any action or case before the First Instance Courts, Appeal Courts, Federal Supreme Court, Court of Cassation, Shari`a Court, Shari`a Appeal Court and the Shari`a Supreme Court and any other divisions of any court, forum of arbitration or tribunal inside or outside the United Arab Emirates and to act on behalf of the Company in respect of any court or tribunal of the United Arab Emirates, with power (directly or through lawyers, as permitted by law) to institute, prosecute and pursue all kinds of case or legal procedure (criminal and civil), to file, prosecute and perfect appeals, change the course of actions or withdraw the same, to demand indemnities, to counterclaim and defend counterclaims, to intervene in lawsuits as a third party, to refer to arbitration, to appoint arbitrators and experts, to enjoin third parties to litigation, to issue executive writs, pursue proceedings, to collect sums adjudged, to come to any settlement, abandon litigation or waive a judgment wholly or in part or by any channel of appeal, lift a lien or abandon a guarantee whilst the remainder of the debt remains unpaid, claim forgery, accept or reject a judge, arbitrator or expert, accept or reject an offer or undertake any and all other action for which the law requires special authorisation;

(q) to do and/or execute without restriction all or any acts or things

العلامـات التجاريــة، حقـوق التـأليف، بـراءات الاختـراع و/ أو الملكيــة التجاريــة/ الصــناعية الخاصة بالشركة؛

(ع) تعيين المـحامين والمستشـارين القـانونيين للعمـل نيابـة عن الشركة وتمثيل مصالحها كمدعى عليه أو مدعي أو كطـرف ذو مصـلحة فـي أي إجـراء أو قضيـة أمـام المحـاكم الابتدائيــة أو محـاكم الاستئناف أو المحكمة الاتحادية العليا أو محكمة التمييـز أو المحكمـة الشــرعية أو محكمـة الاستئناف الشرعية أو المحكمة العليا الشرعية وأية أقسام أخرى في أي محكمـة أو لجنـة تحكيم أو هيئة تحكيم داخل الإمـارات العربية المتحدة أو خارجها، والقيـام نيابـة عن الشركة أمـام أيـة محكمـة أو هيئـة فـي الإمـارات العربيـة المتحدة (مباشرة او بواسطة محـامين، كمـا هو مسموح قانونا) بتقديم وتنفيذ ومتابعة كافة أنـواع القضـايا أو الإجـراءات القانونيــة (المدنيــة والجنائيــة) وتقـديم الاسـتئنافات والترافـع فيهـا وتعـديلها وتغييـر مسـار الـدعوى أو سـحبها وطلـب التعويض وتقديم الدعاوى المقابلـة والدفاع فيها والتدخل في القضايا كطرف ثالث والإحالـة إلـى التحكيم وتعيين المحكمـين والخبـراء وإدخـال الغير فـي الخصـومة وإصـدار الأوامـر التنفيذيـة ومتابعة الإجراءات وتحصيل المبالغ المحكوم بها والتسوية وترك الخصومة أو التنازل عن الحكـم بشـكل كلـي أو جزئـي أو بموجـب أي استئناف ورفع الحجز أو التخلي عن الضـمان عندما يكـون بـاقي الـدين غيـر مسـدد والطعن بـالتزوير وقبـول أو رد القضـاة أو المحكمـين أو الخبراء وقبول أو رفض العروض أو القيام بأي مـن وكافـة الإجـراءات الأخـرى التـي تتطلـب تفويضاً خاصاً بموجب القانون؛

(ف) القيام بدون قيد بفعل و/ أو تنفيذ جميع أو أي إجراءات أو أشياء تكون مطلوبة لتمكين الشركة



that may be required to enable the Company to carry on its business in Abu Dhabi and elsewhere inside or outside the United Arab Emirates and generally to do all such acts and things as fully and effectively to all intents and purposes as the Company itself could do;

(r)    to execute, sign, enter into, acknowledge and perform all such documents, deeds, agreements, acts and things as shall be necessary or desirable in relation to any of the aforementioned powers; and

(s)    from time to time as necessary or desirable for the proper conduct of the Company's affairs, to delegate by written authorisation all or some of the powers provided for herein to such persons, and on such terms, as it deems appropriate.

9.10    The Managing Director shall at all times be responsible and subject to the control of the Board.

9.11    The members of the Board and the Managing Director shall be indemnified out of the assets of the Company against any liability incurred by them in defending any proceedings, whether civil or criminal, in which judgment is given in their favour or in which they are acquitted or in connection with any application in which relief is granted to them by the court from liability for negligence, default or breach of duty in relation to the affairs of the Company.

### ARTICLE 10: FINANCIAL MANAGEMENT

10.1    The Managing Director shall prepare the Company's balance sheet and profit and loss account. It shall also prepare an annual report of the Company's activities, its financial position and the proposal for the distribution of profits. All the above shall be completed within three (3) months from the end of each financial year of the Company.

---

من مزاولة عملها داخل أبو ظبي أو في مكان آخر داخل أو خارج الإمارات العربية المتحدة وبشكل عام فعل جميع الإجراءات والأشياء بشكل وفاعلية تامـة مـن كافـة الجوانـب والأغراض كمـا لـو قامت الشركة بفعل ذلك بنفسها؛

(ص) تنفيذ وتوقيع وإبـرام وإقـرار وأداء كافـة المستندات والصكوك والاتفاقيـات والإجـراءات والأشياء المطلوبـة أو المناسبة فيمـا يتعلق بـأي من الصلاحيات سالفة الذكر؛ و

(ق) القيـام مـن وقـت لآخـر كمـا يكـون مطلـوب أو مناسب مـن اجـل إدارة شـؤون الشـركة بشـكل صـحيح، بمـنح جميـع أو أي مـن الصـلاحيات المذكورة أعلاه إلى شخص أو أشخاص بموجب تفويض مكتوب بالبنود التي يعتبرها مناسبة.

9-10    يكـون العضـو المنتـدب لـلإدارة فـي جميـع الأوقـات مسؤولا ويخضع لمراقبة المجلس.

9-11    يتم تعويض أعضاء المجلس العضو المنتدب لـلإدارة للشـركة مـن موجـودات الشـركة عـن أي مسـؤولية تحدث من قبلهم في الدفاع عن أي إجراءات ، سواء كانـت مدنيـة أو جنائيـة فـي أي حكـم يـرد فـي مصلحتهم أو يتهموا فيها والتي تصدر بحقهم من قبل المحكمة فيما يتعلق بالمسؤولية عن التقصير الخطأ أو الإخلال بالواجب بشؤون الشركة.

### مـادة 10: الإدارة المالية

10-1    يجب على العضو المنتدب لـلإدارة إعداد الميزانية العمومية للشركة وحساب الأرباح والخسائر وأيضاً تحضير تقرير سنوي عن نشاطات الشركة ومركزها المالي وطريقة توزيع الأرباح وذلك كله خلال ثلاثة (3) أشهر من تاريخ انتهاء كل سنة مالية للشركة.



10.2   The balance sheet and the profit and loss account shall be submitted to the annual general assembly for approval.

## ARTICLE 11: THE GENERAL ASSEMBLY

11.1   The Company shall have a general assembly composed of all the Shareholders. The general assembly shall be convened at the invitation of the Managing Director at least once a year on the date and at the place to be determined by the Managing Director during the four (4) months following the end of the financial year. Invitations to attend the general assembly shall be given by the Managing Director or by a number of Shareholders holding not less than one quarter of the capital of the Company.

11.2   Invitations to attend the general assembly shall be sent by registered letter with acknowledgement of receipt with a copy by fax or preferably by international express courier addressed to each Shareholder at least twenty-one (21) days before the date of the meeting. The invitations must include the particulars of the agenda and the place, date and time of the meeting.

11.3   Every Shareholder shall have the right to attend a general assembly irrespective of the number of shares it owns. A Shareholder may, by proxy, delegate another Shareholder other than a director to represent it at the general assembly. Each Shareholder shall have a number of votes equal to the number of shares it owns or represents. A Shareholder which is a company or other corporate body may appoint a duly authorised representative to attend and vote on its behalf at a general meeting.

11.4   The agenda for the annual general assembly must include the following matters:

(a)   review of the report of the Managing Director on the Company's activities and financial position during the year and the auditor's report;

(b)   discussion and adoption of the balance

---

10-2   يجب تقديم الميزانية العمومية وحساب الأرباح والخسائر إلى الجمعية العمومية السنوية لاعتمادها.

## مادة 11: الجمعية العمومية

11-1   يكون للشركة جمعية عمومية تتألف من كافة الأطراف. تنعقد الجمعية العمومية بدعوة من العضو المنتدب للإدارة مرة واحدة على الأقل في السنة في الزمان والمكان الذي يحدده العضو المنتدب للإدارة خلال الأربعة (4) أشهر التالية بعد نهاية السنة المالية للشركة. توجه الدعوات لحضور الجمعية العمومية من قبل العضو المنتدب للإدارة أو بواسطة عدد من الأطراف يملكون ما لا يقل عن ربع رأسمال الشركة.

11-2   توجه الدعوة لحضور الجمعية بموجب كتب مسجلة بعلم الوصول مع إرسال نسخة عنها عبر الفاكس أو من المفضل بواسطة ناقل مراسلات سريع إلى كل طرف قبل موعد انعقادها بواحد وعشرين (21) يوما على الأقل، ويجب أن تشتمل كتب الدعوة على بيان جدول الأعمال ومكان الاجتماع وزمانه.

11-3   لكل طرف حق حضور الجمعية العمومية مهما كان عدد الحصص التي يملكها. للطرف أن ينيب عنه بتفويض خاص طرفا آخر ليس مدير لتمثيله في الجمعية العمومية . ويكون لكل طرف عدد من الأصوات بقدر عدد ما يملكه أو يمثله من حصص. والطرف الذي يكون شركة أو هيئة اعتبارية أخرى يجوز له تعيين ممثل مفوض حسب الأصول لحضور والتصويت في الجمعية العمومية نيابة عنه.

11-4   يجب أن يشتمل جدول أعمال الجمعية العمومية السنوية على المسائل التالية:

(أ)   مراجعة تقرير العضو المنتدب للإدارة عن أنشطة الشركة ومركزها المالي خلال السنة وتقرير مدقق الحسابات؛

(ب)   مناقشة وتبني الميزانية العمومية وحساب الربح

sheet and profit and loss account:

(c) determination of the share in the profits to be distributed among the Shareholders: and

(d) any other matter within its competence in accordance with the provisions of the Commercial Companies Law or this Memorandum.

11.5 The general assembly may not deliberate matters not included in the agenda unless serious issues are disclosed at the general meeting, which require discussion. Should any one of the Shareholders request the inclusion of a specific matter on the agenda, the Managing Director must do so, otherwise the relevant Shareholder shall have the right to appeal to the general assembly.

11.6 Every Shareholder shall have the right to discuss matters included in the agenda. The Managing Director is obliged to reply to any Shareholder's questions provided it is not detrimental to the Company's interest to do so. Should one of the Shareholders consider the reply of the Managing Director to be insufficient, they may appeal to the general assembly, whose resolutions shall be binding.

11.7 Resolutions of the general assembly shall not be valid unless adopted by a vote of Shareholders representing at least seventy-five per cent (75%) of the capital of the Company.

11.8 Minutes adequately summarising the discussions of the general assembly shall be prepared. The minutes and the resolutions of the general assembly shall be recorded in a special register kept at the Company's head office. Any of the Shareholders may review the register personally or through an attorney. Shareholders and their authorised attorneys may also review the Company's balance sheet, profit and loss account and annual report.

11.9 A resolution in writing executed by or on

والخسارة؛

(ج) تحديد حصص الأرباح التي يقتضي توزيعها بين الأطراف؛

(د) أي موضـوع اخـر يـدخل ضـمن اختصاصـها بموجب أحكام قانون الشركات التجارية أو هذا العقد.

11-5 لا يجـوز للجمعيـة العموميـة أن تتـداول فـي غيـر المسائل الواردة في جدول الأعمال إلا إذا تبين أثناء الاجتمـاع وقـائع خطيـرة تقتضـي المداولـة فيهـا. وإذا طلب أحد الأطراف إدراج مسالة معينة على جدول الأعمال وجب على العضو المنتدب للإدارة إجابة الطلب وفي حالة عدم قيامه بفعل ذلك كان من حق الطرف المعني أن يحتكم إلى الجمعية العمومية.

11-6 يحق لكل طرف مناقشة الموضوعات المدرجة على جدول الأعمال ويكون العضو المنتدب للإدارة ملزما بالإجابة على سؤال أي طرف بشرط أن لا يعرض ذلك مصالح الشركة للضرر. إذا اعتبر أحد الأطراف أن رد العضو المنتدب للإدارة غير كاف احتكم إلى الجمعية العمومية التي تكون قراراتها ملزمة بهذا الخصوص.

11-7 لا تكون قرارات الجمعية العمومية صحيحة إلا إذا أقرت بتصويت من قبل أطراف يمثلون على الأقل 75% من رأسمال الشركة.

11-8 يتم إعداد محضر بخلاصة وافية لمناقشات الجمعية العموميـة وتـدون المحاضـر وقـرارات الجمعيـة العمومية فـي سـجل خـاص يـودع بمركـز الشـركة الرئيسي ويكون لأي من الأطراف حق الاطلاع عليه بنفسه أو بوكيل عنه، كما يكون للأطراف أو وكلائهم المفوضـين حسـب الأصـول حـق الاطـلاع علـى الميزانيـة وحسـاب الأربـاح والخسـائر والتقريـر السنوي الخاص بالشركة.

11-9 يكون القرار المكتوب والموقع من قبل كل شريك او

behalf of each Shareholder, who would have been entitled to vote upon it if it had been proposed at a general assembly at which he was present, shall be as effective as if it had been passed at a general assembly duly convened and held and may consist of several instruments in the like form each executed by or on behalf of one or more Shareholders.

11.10 Without prejudice to the rights of third parties acting in good faith, a resolution adopted at a general assembly in violation of the provisions of the Commercial Companies Law or this Memorandum, benefiting certain Shareholders or causing damage to other Shareholders without due consideration to the interests of the Company, shall be void. In this event only the Shareholders who had objected to the adoption of the said resolution or those who were unable to object thereto for acceptable reasons, may request the nullification of the resolution which shall be considered as void.

## ARTICLE 12: THE FINANCIAL YEAR

12. The financial year of the Company shall commence on 1 January and shall end on 31 December of each year, with the exception of the first financial year, which shall commence on the Commencement Date and end on 31 December of the following year.

## ARTICLE 13: PROFITS AND LOSSES

13.1 The Company shall allocate a minimum of ten per cent (10%) of its net profits each year to create a statutory reserve. The Shareholders may resolve at a general assembly to allocate additional reserves as they see fit. The Shareholders may resolve that the allocation of net profits to the statutory reserve be discontinued when the reserve reaches half of the capital of the Company.

13.2 The net profits shall be distributed between the Shareholders in the following proportion:

Name of Shareholder:

بالنيابة عنه، يكون لديه الحق في التصويت عليه في جمعية عمومية كما لو كان جمعية عمومية عرضه في جمعية عمومية كما لو كان الشريك موجودا فيها، نافذاً كما لو اتخذ في جمعية عمومية تمت الدعوة إليها وانعقدت أصولاً و تضمنت عدة مستندات متشابهه كل منها منفذ من أو بالنيابه عن واحد او أكثر من الشركاء.

10-11 مع عدم الإخلال بحقوق الغير حسني النية يقع باطلا كل قرار يصدر من الجمعية العمومية للأطراف بالمخالفة لأحكام قانون الشركات التجارية أو هذا العقد وكذلك إذا صدر لمصلحة بعض الأطراف أو للإضرار بالبعض الاخر دون اعتبار لمصالح الشركة، وفي هذه الحالة لا يجوز أن يطلب البطلان إلا الأطراف اللذين اعترضوا على القرار أو الذين لم يتمكنوا من الاعتراض عليه لأسباب مقبولة ويترتب على الحكم بالبطلان اعتبار القرار كأن لم يكن بالنسبة إلى جميع الأطراف.

## مادة 12: السنة المالية

12. تبدأ السنة المالية للشركة في 1 يناير وتنتهي في 31 ديسمبر من كل سنة، ما عدا السنة المالية الأولى والتي تبدأ من تاريخ البدء وتنتهي في 31 ديسمبر من السنة التالية.

## مادة 13: الأرباح والخسائر

13-1 على الشركة تخصيص عشرة بالمائة ( 10%) على الأقل من صافي أرباح الشركة كل سنة لتكوين احتياطي قانوني. ويجوز للأطراف في الجمعية العمومية تخصيص احتياطات إضافية كما يعتبرونه مناسب. ويجوز للأطراف أن يقرروا وقف هذا التخصيص إذا بلغ الاحتياطي نصف رأسمال الشركة.

13-2 يتم توزيع الأرباح الصافية بين الأطراف بالنسبة التالية:

اسم الطرف:

15

ROTANA JET AVIATION LLC- Abu
Dhabi Branch1: 99%

Name of Shareholder:
SHEIKH AHMED BIN SAIF BIN
MOHAMED AL NAHYAN: 1%

13.3 Each of the Shareholders shall only be liable
to the extent of its share in the capital of the
Company.

## ARTICLE 14: THE AUDITOR

14. The Company shall have one or more
auditors of the accounts of the Company to
be selected by the Shareholders at the
general assembly, who shall have the powers
and obligations provided for under Articles
144 to 151 of the Commercial Companies
Law.

## ARTICLE 15: VARIATION OF THIS MEMORANDUM

15. It shall not be permissible to amend this
Memorandum nor to increase or reduce the
capital in the Company unless it is approved
by Shareholders holding seventy-five per
cent (75%) of the capital of the Company,
nor shall it be permissible to increase the
obligations of the Shareholders save by their
unanimous consent. A resolution to reduce
the capital of the Company shall not be valid
unless it is also approved by the competent
authority. The Managing Director of the
Company must serve and deposit the legal
documents relating to the above and any
amendments thereto with the Commercial
Registry.

## ARTICLE 16: DISSOLUTION OF THE COMPANY

16. The Company shall be dissolved for any of
the following reasons:

(a) the expiry of the period specified for the
Company in this Memorandum, unless
this period is renewed;

---

السادة/ روتانا جت للطيران ذ.م.م- فرع أبوظبي 1:
99%.

اسم الطـرف:
الشيخ احمد بن سيف محمد ال نهيان: 1%



13-3 لا يسـأل كـل طـرف إلا بقـدر حصـته فـي رأسـمال
الشركة.

## مـادة 14: مراجـع الحسابات

14. يكـون للشـركة مراجـع حسـابات واحـد أو أكثـر يـتم
اختيـارهم بواسطة الأطـراف فـي الجمعيـة العموميـة،
ويكـون لهـم الصـلاحيات والالتزامـات المنصـوص
عليهـا بموجـب المـواد 144 إلـى 151 مـن قـانون
الشركات التجارية.

## مـادة 15: تعديل عقد التأسيس

15. لا يجوز تعديل هذا العقد ولا زيـادة رأسمال الشركة
أو تخفيضـه إلا بموافقـة عـدد مـن الأطـراف يملكـون
نسبة خمسـة و سبعون بالمائة (75%) مـن رأسمال
الشركة كمـا لا يجـوز زيـادة التزامـات الأطـراف إلا
بموافقتهم الإجماعية. وقرار تخفيض رأسمال الشركة
لا يكـون قـانوني ونافـذ مـا لـم توافـق عليـه السـلطة
المختصـة أيضـاً. ويتعـين علـى العضـو المنتـدب
لـلإدارة للشـركة إبـلاغ وإيـداع المسـتندات القانونيـة
المتعلقة بما ورد أعلاه وأية تعديلات لها لدى السـجل
التجاري.

## مـادة 16: حل الشركـة

16. تحل الشركة لأي من الأسباب التالية:

(أ) إنتهـاء المـدة المحـددة فـي هـذا العقـد مـا لـم يـتم
تجديد هذه المدة؛ أو



(b) fulfilment of the objects for which the Company was established;

(c) amalgamation or merger of the Company with another company;

(d) the Shareholders holding one hundred per cent (100%) of the capital of the Company deciding to terminate the duration of the Company;

(e) the depletion of all or most of the assets of the Company making beneficial investment of the remainder of the assets, if any, impracticable; or

(f) upon the rendering of a decision from the court to dissolve the Company.

## ARTICLE 17: LIQUIDATION OF THE COMPANY

17.  One or more liquidators shall be appointed by the Shareholders at a general assembly and in accordance with the provisions of the Commercial Companies Law, unless the Shareholders agree otherwise upon the dissolution of the Company. If the liquidation is by decision of the court, the court shall determine the manner of the liquidation and shall appoint a liquidator, and the powers of the Managing Director shall cease when the liquidator is appointed.

## ARTICLE 18: NOTICES

18.  Notices sent by the Company to the Shareholders shall be by way of facsimile transmission or hand delivery to the address or fax number of each Shareholder as may be recorded in the register of Shareholders from time-to-time. In the event of service of the notice by facsimile transmission, service shall be deemed to have been made at the moment of transmission, and in the case of hand delivery, at the moment of delivery.

## ARTICLE 19: COPIES

19.  This Memorandum has been made and

(ب) تحقيـق الأغـراض التـي أسسـت مـن اجلهـا الشركة؛ أو

(ج) إندماج الشركة مع شركة أخرى؛ أو

(د) إذا قرر عدد من الأطراف يملكون نسبة مائـة بالمائة (100%) من رأسمال الشركة إنهاء مدة الشركة؛ أو

(ه) هـلاك جميـع أو معظـم أصـول الشـركة بحيـث يتعذر إستثمار البـاقي أن وجد إستثمارا مجديا؛ أو

(و) بناء علـى صـدور قرار مـن المحكمـة المختصـة ينص على حل الشركة.

مـادة 17: تصفية الشركة

17.  يتم تعيين مصفي واحد أو أكثر من قبل الأطراف في جمعيـة عموميـة ووفقـا لأحكـام قـانون الشـركات التجارية، مـا لم يتفق الأطراف علـى غير ذلك عند حل الشركة. إذا كانـت التصفية بموجب قرار مـن المحكمة، عنـده يجب علـى المحكمـة تحديـد أسـلوب التصفية وتعيين مصفي، وعند تعيين المصفي تتوقف صلاحيات العضو المنتدب للإدارة.

مـادة 18: التبليغـات

18.  التبليغات التي ترسل بواسطة الشركة إلى الأطراف يجب أن تكون بالفاكس أو بالتسليم باليد إلـى عنوان ورقم فـاكس كـل طـرف يمكن أن يكـون مـدون فـي سـجل الأطـراف مـن وقـت لاخـر. فـي حالـة التبليـغ بواسطة الفاكس يعتبر التبليغ علـى انـه تم فـي لحظـة الإرسال وفي حالة التسليم باليد في وقت التسليم.

مـادة 19: نسخ العقد

19.  حرر هذا العقد وتم توقيعه من قبل الأطراف وأعطـي




17

signed by the Shareholders, one copy given to each of the Shareholders, and the other copies shall be utilised for registration purposes, as required under the Commercial Companies Law.

## ARTICLE 20: GOVERNING LAW AND DISPUTES

20.1 This Memorandum shall be governed by and construed in accordance with the laws of the United Arab Emirates.

20.2 Any disputes and differences whatsoever arising out of or in connection with this Memorandum or the construction or application of this Memorandum (or any part of it) shall be subject to the exclusive jurisdiction of the courts of Abu Dhabi, United Arab Emirates.

## ARTICLE 21: MISCELLANEOUS

21.1 The Company shall not have a corporate personality and may not perform its business until it is registered in the Commercial Register.

21.2 Matters not provided for in this Memorandum shall be subject to the provisions of the Commercial Companies Law and its amendments and the ministerial decisions made in implementation thereof.

21.3 This Memorandum and any amendments thereto shall be written in the Arabic language, as well as the English language, and notarised by the competent authority. Any amendments made to this Memorandum must be annexed to it.

21.4 Any expenses, charges and costs incurred in the process of securing registration of the Company pursuant to the provisions of the Commercial Companies Law shall be borne by the Company.

21.5 Each of the Shareholders shall at all times execute, make and do all such deeds, acts and things as may be required for giving full effect to the provisions of this Memorandum

كـل طـرف نسـخة والنسـخ الأخرى تكون لأغـراض التسـجيل كمـا هو مطلـوب بموجب قـانون الشـركات التجاريـة.

**مـادة 20: القانون الساري والخلافات**

20-1 يحكم هذا العقد ويفسر وفقـا لقوانين دولـة الإمـارات العربية المتحدة.

20-2 أيـة خلافـات ونزاعات مهمـا كانـت طبيعتهـا تنجم عـن أو تتعلق بهذا العقد أو تفسير أو تطبيق هذا العقد (أو أي جـزء منـه) تخضـع للاختصـاص القضـائي الحصـري لمحـاكم أبـوظبي، الإمـارات العربيـة المتحدة.

**مـادة 21: أحكـام متفرقة**

21-1 لا يكون للشركة شخصية اعتباريـة ولا يجوز لهـا أن تبدأ أعمالها إلا بعد قيدها في السجل التجاري.

21-2 تكون الأمور غير المنصوص عليهـا فـي هـذا العقد خاضعة لأحكام قـانون الشـركات التجاريـة وتعديلاتـه والقرارات الوزارية المنفذة له.

21-3 يجب أن يكـون هـذا العقـد وكـل تعـديل يطـرأ عليـه مكتوبـا باللغة العربيـة واللغة الإنجليزيـة وموثقـا مـن قبل السلطة المختصة، كما يجب إرفاق كل التعديلات بهذا العقد.

21-4 أيـة مصـروفات وأتعـاب وتكـاليف يتم تحملهـا لتسـجيل الشـركة بموجـب أحكـام قـانون الشـركات التجاريـة تتحملها الشركة.

21-5 يجب على كل طرف القيام في جميـع الأوقـات بتنفيذ وعمـل وفعـل جميـع الإجـراءات والأفعـال والأشـياء التي تكون مطلوبـة لإعطـاء فاعلية تامـة لأحكـام هذا العقد بشرط أن لا يخالف هذا قوانين دولـة الإمـارات

18

provided such does not violate the laws of the United Arab Emirates.

العربية المتحدة.

21.6 The invalidity of any provision of this Memorandum shall not affect the validity of any other provision.

21-6 إن عدم فاعلية أي حكم من هذا العقد لا تؤثر على فاعلية أي حكم آخر.

21.7 The headings contained in this Memorandum shall be disregarded for the purposes of construing this Memorandum.

21-7 العناوين المتضمنة في هذا العقد لا تأخذ بعين الاعتبار لأغراض تفسير هذا العقد.

21.8 All references to time shall be construed by reference to the Gregorian calendar.

21-8 جميع الإشارات للوقت يجب أن تفسر وفقا للتقويم الميلادي.

IN WITNESS WHEREOF the Shareholders have signed this Memorandum on the date hereof.

إشهاداً على ذلك، قام الأطراف بتوقيع وتنفيذ هذا العقد في التاريخ المذكور أعلاه.

Signed for and on behalf of:
ROTANA JET AVIATION LLC – Abu Dhabi Branch1
By: **SHEIKH AHMED BIN SAIF BIN MOHAMED AL NAHYAN**

وقعت باسم وبالنيابة عن
السادة/ روتانا جت للطيران ذ.م.م- فرع أبوظبي 1 ،
من قبل الشيخ أحمد بن سيف بن محمد بن نهيان

Signed by:
**SHEIKH AHMED BIN SAIF BIN MOHAMED AL NAHYAN**

وقعت من قبل الشيخ أحمد بن سيف بن محمد ال نهيان

First witness: ………………………………...

شاهد أول : ………………………………

Second witness: …………………………...

شاهد ثاني: ………………………………
SHABAZ GHOUSE