# Exhibit 1



ريفلكس ريسبونس للإستشارات الادارية ذ.م.م.
# REFLEX RESPONSES
Management Consultancy L.L.C.

Date: May, 2012

To: Chief Financial Officer, Reflex Responses Management Consultancy, LLC

**Transfer of Cash and Assets and the Liquidation of Reflex Responses Management Consultancy, LLC**

The following sets forth the instructions for the transfer of cash and assets both pre and post liquidation of Reflex Responses Management Consultancy, LLC (**R2**).

The following instructions are issued by Michael Roumi a Canadian National and holder of passport number BA653659 as:

(i) the duly appointed General Manager of R2 pursuant to the Agreement for the Transfer of Shares and Agreement to Amend the Memorandum of Association of R2 signed before the Emirates of Abu Dhabi Judicial Department on 7/4/2011; and

(ii) the duly appointed attorney of R2 pursuant to a power of attorney executed by Autumn Management Consultancy LLC and R2 signed before the Emirates of Abu Dhabi Judicial Department on 8/11/2010.

The cash and asset position in these instructions are based on the financial position and retained earnings of R2 as at 30 April, 2012 (as attached). As such, these instructions may be updated to reflect the retained earnings position prior to R2 entering liquidation.

### A. Instructions before liquidating R2

1. Transfer USD 50,953,806 in cash to an account of Vulcan Management Consultancy, LLC and write off the corresponding amount in the accounts of R2.

2. Transfer all assets pending in R2 corresponding to the 15 aircraft project to North Star Aviation, LLC and write off the corresponding amount in the accounts of R2 (USD 1,093,176).

3. Transfer all assets pending in R2 corresponding to the 30 aircraft project to North Star Aviation, LLC and write off the corresponding amount in the accounts of R2 (USD 26,027,394).

---

P.O. Box 132606, Abu Dhabi, UAE – Tel. +971 2 556 7638 – Fax +971 2 556 7639





# REFLEX RESPONSES
## Management Consultancy L.L.C.

4. Once realized, all proceeds from the money invested in performance bonds and bank guarantees will be transferred to Vulcan Management Consultancy, LLC and write off the corresponding amount in the accounts of R2 (USD 20,470,424).

5. Once realized, all proceeds from account receivables pending at the time of liquidation will be transferred to Vulcan Management Consultancy, LLC and write off the corresponding amount in the accounts of R2 (USD 2,840,949).

6. Maintain sufficient cash in R2 to cover the pending obligations of R2 (USD 21,358,836) during the liquidation process:

    a. Fuzes Project USD 18,000,000
    b. Provisions company close out USD 1,740,529
    c. Payables USD 1,618,307

B. **Instructions after liquidating R2**

1. Complete the Fuzes project under the direct instructions of Vulcan Management Consultancy, LLC.

2. Proceed with all payments pending to liquidate R2.

3. Transfer to an account of Vulcan Management Consultancy, LLC all remaining funds after all remaining payments and transactions have been completed.

The above instructions are authorized and accepted by and on behalf of Reflex Responses Management Consultancy, LLC.

_____ )
**MICHAEL ROUMI** )
**PRESIDENT** )
for and on behalf of )
**REFLEX RESPONSES MANAGEMENT** )
**CONSULTANCY LLC** )

P.O. Box 132606, Abu Dhabi, UAE — Tel. +971 2 556 7638 — Fax +971 2 556 7639



CONFIDENTIAL

NSA0020434

ADCB  ABU DHABI MAIN

Valid for 6 months from date of issue

Date 23-Jun-2013   No.   656661

Pay to the order of
****** MICHAEL ROUMI ******

The sum of   USD One Hundred Thousand only.

Drawn on

JP MORGAN CHASE BANK
270 PARK AVENUE,, NEW YORK, N.Y. 10017
ACCOUNT NO: ████2350

USD *** 100,000.00 ***
For Abu Dhabi Commercial Bank

Khalid Waleed Ismail
A713
Authorised Signature

Syed
Authorised Signature

████ 6661⹀  ████ 0021⹀  ████ 2350⹀

Received
June 24, 2013

CONFIDENTIAL

NSA0020435

# ACKNOWLEDGMENT AND CONFIRMATION

I, the undersigned **Michael Roumi**, a Canadian national, holder of passport number BA653659 and Emirates ID No: ███████████ 7950-2, do hereby acknowledge and confirm in respect of my relationship with M/s. Reflex Responses Management Consultancy - LLC (hereinafter referred to as the "**Company**"), whether as a shareholder and/or as manager or any other position in the Company, the following:

1. I confirm **AL MAQTARI AUDITING**, an establishment incorporated in Abu Dhabi under commercial licence number 1023463 issued by the Department of Economic and Development in Abu Dhabi (the "**Liquidator**"), is the appointed liquidator of the Company to represent the Company before all private institutions, the governmental and semi governmental departments in Abu Dhabi in connection with the winding up, dissolution and cancellation of the licenses of the Company without any objection from me and to consider all the previous sent notices cancelled and not existing anymore to include any notices or letters from Ali Habib & Associates as the attorney on behalf of myself and Juma Al Kaabi;

2. I confirm that the Liquidator is fully authorized without any condition or limit to deal with, enter into any agreements with, close accounts with, transfer money to, receive payments from and make payments to any third party (including financial institutions), creditor or debtor of the Company or in any other capacity, on such terms and conditions, as he shall in his absolute discretion determine to be appropriate without any prior approval or confirmation from myself and otherwise in accordance with the liquidation instructions dated 12 June 2012, with reference number 1202009481. Once the liquidation is completed I confirm all amounts shall be paid by the liquidator in accordance with the liquidation instructions signed by me on 3 May, 2012;

And I do hereby confirm that as per a general release agreement between the Company and me dated 24 May, 2012 I have previously received the amount of **US$200,000 (two hundred thousand dollars)** and that I have also received a final payment amount of **US$100,000 (one hundred thousand) US Dollars** from the Company, which is in full and final settlement of any profits, benefits, allowances, expenses, bonuses, incentive payments, commissions, post-termination remuneration, accrued holiday pay, relocation expenses, and




NSA0020436

compensation and/or any other amounts whatsoever now or in the future payable to me by the Company and that the total amount of **US$300,000 (three hundred thousand dollars)** which has been received by me is full and final settlement of all entitlements or any other payment due to me from the Company or any other relation with the Company and I totally waive my right towards the Company and the Liquidator to claim any amount in the future in any way whatsoever. I also confirm my understanding that any further action on my part in violation of this Acknowledgement and Confirmation and/or the agreement signed between the Company and me date 24 May, 2012 may result in legal action being taken against me by the Company

INTENDING TO BE LEGALLY BOUND, I do hereby sign this Acknowledgment and Confirmation on this the 24/06/2013 in the Emirate of Abu Dhabi.

Signed by:
Michael Roumi

First Witness: Mr Yazan Saoudi

Second Witness: Mr Salem Al Dhaheri

CONFIDENTIAL

NSA0020437

[News article fragment - partially illegible]

BUCHAREST: [text partially illegible] army [...] crashed on Thursday [...] morning [...] killing the pilot. [...] the instructor was [...] to eject from the aircraft before impact, the defence ministry said.

The plane was on a training flight and crashed shortly after takeoff, about 500 metres north of the runway, at Craiova airport in the south of the country, the ministry said.

"The pilot was killed on impact," the ministry said, adding that the flight instructor managed to eject from the aircraft and was taken away in an ambulance.

"The weather conditions were rather good," an official at Craiova airport, Adrian Predescu, told Realitatea TV.

*Agence France-Presse*

---

**A Gulf foundations company in fields of (Piling, Shoring and Dewatering)**

# REQUIRED

| Job | Experience | Number |
|---|---|---|
| Site Engineer | 5 years | 20 |
| Project Director | 12 years | 10 |
| Project Director | 8 years | 1 |
| Foundations Designer | 5 years | 1 |
| AutoCAD Draftsman | 5 years in piling | 1 |
| Piling Hydraulic Mechanic | 5 years | 1 |
| Foundations Site Welder | 5 years | 1 |
| Heavy Equipment Driver for Digging Piling Foundations | 5 years | 1 |
| Crane driver | 5 years | 1 |

Send C.V to: allresumes527@gmail.com

---

 **Ras Al Khaimah Free Trade Zone Authority**
هيئة المنطقة الحرة براس الخيمة

Under notice no. 153-2012,
Ras Al Khaimah Free Trade Zone Authority announces the following:

### De-Registration

| Trade Name | License no. | Type |
|---|---|---|
| Prime Group International FZE | 5006590 | Commercial |
| Finan Formworks FZE | 5004655 | Commercial |
| Lord Consultants FZE | 6001470 | Consulting |

### Name Change

| Trade Name | License no. | P.O. Box | Proposed Name |
|---|---|---|---|
| Cognito FZE | 5005405 | 5111 | Amaoya FZE |
| [illegible] | [illegible] | [illegible] | [illegible] |

---

Fax: 00971-6-5777677
Email: rgmkt@alkosteel.ae
Tel: 00971-4-6257811

**ABU DHABI OFFICE:**
Tel: 00971-2-6426266
Fax: 00971-2-6426324

**AL AIN OFFICE:**
Tel: 00971-3-7656756

**RAS AL KHAIMAH OFFICE:**
Tel: 00971-7-2334380

**FUJAIRAH OFFICE:**
Tel: 00971-9-2241970

### INTERNATIONAL

**INDIA**
The Times of India, Response Department
Tel: 0091 22 2731338, Fax: 0091-22 2731145

**KINGDOM OF BAHRAIN**
Arab World - Advertising & Information Centre
00973 277794, Fax: 00973 254297

**PAKISTAN**
Tel: 0092 21 6634795, Fax: 0092 21 6634795

**MUSCAT**
Tel 00968 789 268

---



**Al Maqtari Auditing**
Accountants - Auditors - Consultants

## LIQUIDATION NOTICE
**REFLEX RESPONSES MANAGEMENT CONSULTANCY L.L.C. (UNDER LIQUIDATION)**
**REGISTER NO.1181799 ABU DHABI**

For the above mentioned company, the Abu Dhabi Department of Economic Development has initiated the company closure process by recording in the commerce register the appointment of a liquidator per the resolution of the shareholders dated 12 June, 2012 to liquidate the company which was duly attested by the Abu Dhabi clerk to the Justice on the same day.

**CONCERNED PARTIES** may contact the liquidator within 45 days from the date of this announcement at the following address:-

**AL MAQTARI AUDITING**
Accountants — Auditors - Consultants
Post Box 5034, Abu Dhabi

Tel: 02-6268636    Fax: 02-6269110

Concerned parties must submit claims or objections supported by original supporting documentation to the liquidator within the stipulated period.

---

**Ras Al Khaimah Free Trade Zone Authority**
هيئة المنطقة الحرة براس الخيمة

Under notice no. 152-2012,
Ras Al Khaimah Free Trade Zone Authority announces the following:

### De-Registration

| Trade Name | License no. | Type |
|---|---|---|
| Turner Associates FZE | 006077 | Commercial |
| Pana Energy Solutions Trading FZE | [illegible]447 | [illegible] |