Exhibit 2

1

11:25:00

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORTHSTAR AVIATION, LLC, :
et al.,                  :
        Plaintiffs, :
vs.                      : Civil Action No.
ALDEN BURT ALBERTO,      :    1:18cv191-TSE-JFA
et al,                   :
        Defendants.  :
--------------------------

Videotaped Deposition of

NRASIB ALI TAHIR

McLean, Virginia

Thursday, October 18, 2018

11:25 a.m.

Reported by:  Donna A. Peterson

| | | |
|---|---|---|
| 1 | Q. Did he provide any money to Vulcan? | 12:04:03 |
| 2 | A. I can't answer, it's quite general. | 12:04:06 |
| 3 | Q. Okay. Sitting here today, can you point | 12:04:07 |
| 4 | to any funds that you are aware of the sheikh | 12:04:10 |
| 5 | directly contributing to Vulcan Management? | 12:04:12 |
| 6 | A. Directly? No, I can't recall any | 12:04:14 |
| 7 | transaction like that. | 12:04:17 |
| 8 | Q. Okay. Who would you attribute to funding | 12:04:18 |
| 9 | Vulcan Management? | 12:04:30 |
| 10 | A. Reflex Responses. | 12:04:31 |
| 11 | Q. Through Mr. Alberto, correct? | 12:04:38 |
| 12 | A. Mr. Alberto being CEO there. | 12:04:40 |
| 13 | Q. Why did Mr. Alberto decide to send the | 12:04:44 |
| 14 | money to Vulcan? | 12:04:47 |
| 15 | MR. BENNETT: Objection to form. | 12:04:49 |
| 16 | THE WITNESS: I wouldn't know that. | 12:04:50 |
| 17 | BY MR. JOHNSON: | 12:04:59 |
| 18 | Q. Other than the funds that came over from | 12:05:05 |
| 19 | R2, are you aware of any other contributions, | 12:05:06 |
| 20 | monetary contributions, going to Vulcan Management? | 12:05:11 |
| 21 | A. No. | 12:05:15 |
| 22 | MR. JOHNSON: Okay. I'd like to hand you | 12:05:18 |

1　provided to the sheikh?　14:40:28
2　　**A.　As I mentioned earlier, anything which**　14:40:31
3　**needed to be handed over to sheikh would go through**　14:40:34
4　**Mr. Salem.  So I would give it to him and I assume**　14:40:37
5　**like it was delivered.**　14:40:41
6　　Q.　Right.  But are you aware of a time where　14:40:42
7　the sheikh made a request and that request was　14:40:44
8　never -- was not honored?　14:40:46
9　　**A.　I would not recall any -- any event like**　14:40:48
10　**that.**　14:40:53
11　　Q.　Okay.  Let's look at the cash forecast in　14:40:53
12　Exhibit 8.　14:41:01
13　　　You prepared this forecast, right?　14:41:02
14　　**A.　Yes.**　14:41:04
15　　Q.　And it lays out a number of different　14:41:05
16　scenarios that are reflected in blue, right?　14:41:07
17　　**A.　Correct.**　14:41:10
18　　Q.　Why were you laying out different　14:41:12
19　scenarios?　14:41:14
20　　**A.　As far as I remember correctly, I guess**　14:41:16
21　**so -- this was when the contract ended and there was**　14:41:21
22　**no other business with NorthStar.  So the only thing**　14:41:26

1  was going on was business development and proposals    14:41:31
2  out.  So no contracts, no revenue coming in to the     14:41:35
3  company.  So at that time, Reno and I had discussion   14:41:38
4  and quite a few times actually over this thing.  So    14:41:41
5  we needed to reduce our overheads.  So there were      14:41:44
6  different scenarios, so in how much cost-cutting       14:41:48
7  would lead us to 2019 to end up the warranty period.   14:41:52
8  So these numbers are actually based on that.           14:41:56
9       Q.    Okay.  And so what were you contemplating?  14:41:59
10 What costs were you specifically contemplating as      14:42:05
11 part of this cost reduction?                           14:42:07
12      A.    Yeah, as the scenarios changes, it's        14:42:09
13 different.  So current, when you go in the right       14:42:11
14 number, it shows like we'll be cash negative in a      14:42:13
15 certain period, and that's all the different           14:42:17
16 scenarios are.  So if we go with 50 percent cost       14:42:21
17 reduction, it's different 60 and 65.                   14:42:24
18      Q.    Okay.  And as part of this cost reduction,  14:42:27
19 were you contemplating laying off employees?           14:42:32
20      A.    Yeah, letting go employees was one of the   14:42:34
21 things.                                                14:42:36
22      Q.    Okay.  What were some of the other things   14:42:36

```
1   comfortable from a liquidity standpoint prior to      14:54:48
2   October 2017?                                         14:54:51
3       A.   No, I don't recall that.                     14:54:52
4       Q.   Okay.  Reno paid himself bonuses, too,       14:54:53
5   correct?                                              14:55:10
6       A.   Correct.                                     14:55:10
7       Q.   Prior to October 2017, did you ever think    14:55:11
8   any of Reno's bonuses were inappropriate?             14:55:20
9       A.   I wasn't in that position to judge Reno's    14:55:22
10  bonuses.                                              14:55:25
11      Q.   Well, as it relates to the liquidity of      14:55:26
12  the company, did you --                               14:55:28
13      A.   Liquidity, no.  As I said, I never felt      14:55:29
14  uncomfortable as far as the liquidity of the company  14:55:32
15  was concerned.                                        14:55:35
16      Q.   And you may have said this earlier and I     14:55:35
17  apologize if I did ask it earlier and I apologize for 14:55:37
18  asking it again, but since Reno left the company in   14:55:40
19  October 2017, have you personally received a bonus?   14:55:45
20      A.   No.  No one received a bonus after that.     14:55:47
21      Q.   Are you expecting a bonus at the end of      14:55:51
22  this year?                                            14:55:53
```

```
1         CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2              I, Donna A. Peterson, the officer before
3    whom the foregoing proceedings were taken, do hereby
4    certify that the foregoing transcript is a true and
5    correct record of the proceedings; that said
6    proceedings were taken by me stenographically and
7    therefore reduced to typewriting under my
8    supervision; and that I am neither counsel for,
9    related to nor employed by any of the parties to this
10   case and have no interest, financial or otherwise, in
11   its outcome.
12             IN WITNESS WHEREOF, I have hereunto set my
13   hand and affixed my notarial seal this _____ day of
14   _____, ____.
15
16   My commission expires:  June 30, 2020
17   Reg. #7231839
18
19   _____
20   NOTARY PUBLIC IN AND FOR THE
21   COMMONWEALTH OF VIRGINIA
22
```