Exhibit 3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

------------------------------------x

NORTHSTAR AVIATION, LLC, et al., :

 Plaintiffs/Counterclaim Defendants,: Civil Action

 vs. : No. 1:18cv191-

ALDEN BURT ALBERTO, : TSE-JFA

 Defendant/Counterclaim Plaintiff. :

------------------------------------x


 VIDEOTAPED DEPOSITION OF SHEIKH AHMED BIN SAIF

 AL NAHYAN

 McLean, Virginia

 Thursday, November 8, 2018

 9:31 a.m.




Job No.: 44473

Reported by: Elizabeth Mingione, RPR

1  education, the doctorate?
2      A.    Yes.
3      Q.    I want to talk about your work experience
4  after that.  So after you finished your doctorate,
5  what was your first work experience after that?  What
6  company did you work for?
7      A.    **I was in the Air Force.**
8      Q.    Okay.  And how long were you in the Air
9  Force?
10     A.    **A long time, maybe 15, 20 years.**
11     Q.    And as a part of your duty in the Air Force
12 you flew planes, correct?
13     A.    **Yes.**
14     Q.    Okay.  And then once you got out of the
15 military, what's your first company that you worked
16 for.
17     A.    **Undersecretary of the Civil Aviation.**
18     Q.    That's -- that's a position you ultimately
19 became the head of the civil aviation, correct?
20     A.    **Civil aviation.  Yes.**
21     Q.    Okay.  And that was a -- is that like a
22 government position that you held within Abu Dhabi?

1    A.    Yes.
2    Q.    And is that a full-time position such that
3  you weren't working at another airline during that
4  time?
5    A.    Full-time.
6    Q.    Okay.  When did you start with Gulf Air as
7  CEO?
8    A.    I think 1996.
9    Q.    Do you remember how long you stayed in that
10 position?
11   A.    Four years.
12   Q.    Four years until 2000?
13   A.    Okay.  Because the Gulf Air was owned by
14 four different countries, and every -- every time they
15 pick one of these countries to be a CEO, and because I
16 was in the civil aviation, they -- they picked me,
17 hired me.
18   Q.    So you said it was owned by four -- not
19 four different emirates but four different countries?
20   A.    Yes.  Oman, Qatar, Abu Dhabi, and Bahrain.
21   Q.    Did you have any personal ownership
22 interest in Gulf Air?

1  Bin Saif, the NorthStar companies have not run out of
2  money so that they had to close their business,
3  correct?
4      A.   It doesn't mean that we are not operating.
5  It doesn't mean that we are operating, that we are in
6  good health, or we are in good condition.
7      Q.   Okay.
8      A.   We have obligations.  We have project that
9  was -- we were supposed to get in Iraq, and the money
10 is gone.
11     Q.   You are about to get -- NorthStar is about
12 to get a follow-on contract with the UAE Air Force
13 soon, worth somewhat in excess of $60 million; is that
14 correct?
15     A.   Yes.
16     Q.   Okay.
17     A.   But -- but this has nothing to do with the
18 company and how healthy it is.
19     Q.   Okay.  We'll get into that later on.  I
20 just wanted to understand that the company is still
21 operating, correct?
22     A.   Yes.

1      Q.    Okay.  And do you remember during that
2   meeting with Mr. Alberto that you and Mr. Alberto
3   talked about business terms to go into business
4   together?
5      **A.    Like what?**
6      Q.    I'm just asking you just generally.
7      **A.    He was briefing me about the business they**
8   **have.  That's it.**
9      Q.    Okay.  And what did he say about the
10  business that he had?
11     **A.    He said that he has business in Saudi**
12  **Arabia, Kuwait, and different markets.  And of course**
13  **it wasn't true, not true, is not -- I didn't say it's**
14  **not true, but it was just talk.**
15     Q.    Did he also mention that he wanted to start
16  a business in order to pursue the follow-on work from
17  R2 after its liquidation?
18     **A.    How is that?  Can you repeat?**
19     Q.    In your meeting with Mr. Alberto in London
20  -- you have a house in London; is that correct?
21     **A.    Yes, I have.**
22     Q.    In your meeting with Mr. Alberto in London,

1  did Mr. Alberto ask you to go into business with him
2  to do the attack helicopter work for the UAE Air
3  Force?
4       A.   I knew about this project.
5       Q.   Okay.  And you knew about the project
6  because Mr. Alberto told you about the project,
7  correct?
8       A.   No.  Not only him, there is also they saw
9  that they can work with us or with me personally
10 because we can take this project and perform it.  And
11 thanks to God, we were able to get this project and
12 work on it.
13      Q.   Okay.  Thanks to God, but also thanks to
14 Reno Alberto for getting the contract, correct?
15      A.   No.  No.
16      Q.   What did you specifically do in order to
17 get this contract?
18      A.   This contract from -- this contract, I got
19 it.  Four years he was the CEO and he didn't bring any
20 project.
21      Q.   CEO of what company?
22      A.   When he was in my -- working for us in

1  salaries; he would go to someone who would -- raising

2  his own salary.  And then he would get the approval

3  from someone who is reporting to him, to raise his own

4  salary.

5           He didn't go to the board.  He just did

6  those things that he was not supposed to do as a CEO.

7      Q.   Sheikh Bin Saif, you knew in 2013 that Mr.

8  Alberto was paying himself a salary, didn't you?

9      A.   Of course he would have a salary, but the

10 raises that he used to add without any approvals.

11     Q.   Did you ever ask him any questions in 2013

12 about his pay or his bonus?

13     A.   I -- before that, we didn't know.  Okay.

14 So he -- he would -- in the board meeting he would say

15 we have distributed the -- an amount which is 100

16 percent; 90 percent of this amount would go to him as

17 bonus for him, without getting any approval.  And the

18 board would think that the 100 percent is going to

19 everybody else and not to him.

20     Q.   So, do I understand --

21     A.   Excuse me.

22     Q.   Oh, you are still talking.

1    meeting on October 17, 2017, and stayed for the whole
2    board meeting, didn't he?
3        A.    I think so.
4        Q.    Okay.  And in fact, Sheikh Bin Saif, you
5    only stayed for a small portion of that board meeting,
6    isn't that true?  You only stayed for first 10, 15
7    minutes of the board meeting; isn't that true?
8        A.    Yes.
9        Q.    Okay.  Why did you leave the board meeting
10   so soon?
11       A.    Because the information was available.  The
12   financial manager and Reno was there.  Deloitte were
13   also present.  So I didn't think, you know, that I'm
14   -- I staying would make any difference.
15       Q.    So at no point during the board meeting did
16   you ever question Mr. Alberto about any amounts of
17   bonuses; isn't that true?
18       A.    We talked about the agenda that was set for
19   the meeting.  So what I knew that they didn't want to
20   -- so they didn't want to give the information to the
21   financial auditor, Deloitte; they didn't want to give
22   the information.

1    Q.   Who is they?
2    A.   Definitely Reno because he's the
3 responsible -- he's the responsible from A to Z as the
4 CEO.
5    Q.   But Mr. Alberto and Mr. Ali stayed in the
6 board meeting for the whole duration of the board
7 meeting, and you did not.  So how do you know they did
8 not give information?
9    A.   So the information was asked from them.  It
10 was not given to them.
11   Q.   Who was it asked by, if you weren't there?
12   A.   When the meeting started, I started -- I
13 don't have one company.  I have more than one company.
14 So Ali was there, and the head of the finance
15 department, and I have my personal office also.  Reno
16 said I need two days to gather this information.  And
17 after the two days, as I said, he left.  He traveled.
18   Q.   But he still could have gotten you the
19 information before you revoked his power of attorney
20 even if he wasn't physically in Abu Dhabi, couldn't
21 he?
22   A.   We didn't strip him of the power of

```
1                C E R T I F I C A T E
2     UNITED STATES OF AMERICA   )
3                                ss:
4     COMMONWEALTH OF VIRGINIA   )
5              I, ELIZABETH MINGIONE, Notary Public within
6     and for the Commonwealth of Virginia do hereby
7     certify:
8              That the witness whose deposition is
9     hereinbefore set forth was duly sworn, and that the
10    within transcript is a true record of the testimony
11    given by such witness.
12             I further certify that I am not related to
13    any of the parties to this action by blood or marriage
14    and that I am in no way interested in the outcome of
15    this matter.
16             IN WITNESS WHEREOF, I have hereunto set my
17    hand this _____day of _____, 20_____.
18
19                                 _____
20    Notary Registration No. 104119
21    My Commission Expires:
22    May 31, 2019
```

# ERRATA SHEET FOR THE TRANSCRIPT OF:

Caption:   Northstar Aviation, LLC, et al. v. Alden Burt Alberto
Deponent: Sheikh Ahmed Bin Saif Al Nahyan
Dep. Date: November 8, 2018

I wish to make the following changes for the following reasons:

| Pg.:Ln. | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|
| 25:12 | Long time | Maybe 15, 20 years and I retired at the rank of General | Translation error |
| 29:6 | Normal | Voluntary | Translation error |
| 32:14 | Yes | 99% | Translation error |
| 45:7 | We | Reno | Translation error |
| 55:16 | ITAR | Problem with ITAR | Translation error |
| 61:6 | Names | Names that are listed in the trade license | Translation error |
| 63:10 | Business relation | Business relation between R2 and Rotana Jet | Translation error |
| 65:12 | Because they | Because he informed me they | Translation error |
| 70:11 | No | No, they can't | Translation error |
| 84:7 | That was transferred | I know the money, it | Translation error |
| 95:9 | No relation | No relation to the case | Translation error |
| 111:3 | I give it | I give it back | Translation error |
| 111:6 | I give it | I give it back | Translation error |
| 122:20 | Points | Financial points | Translation error |
| 126:16 | About Rotana | About Rotana without knowledge | Translation error |
| 126:16 | Messages | Letters | Translation error |
| 126:17 | Messages | Letters | Translation error |
| 126:18 | Messages | Letters | Translation error |

| Pg.:Ln. | Now Reads | Should Read | Reasons Therefor |
|---|---|---|---|
| 154:1 | The bonus | A bonus | Translation error |
| 163:17 | Don't have customers | Don't have multiple customers | Translation error |
| 167:6 | I be | He be | Translation error |
| 169:18 | The bonus | A bonus | Translation error |
| 180:11 | Was available | Was not available | Translation error |
| 181:10 | To them | By them | Translation error |
| 181:15 | Personal office | Personal finance director | Translation error |
| 189:15 | At the same time | On the same day | Translation error |

by [signature]

SIGNATURE OF THE WITNESS

This __11__ day of __Dec__, 2018