Exhibit 9

# POWER OF ATTORNEY

The shareholders of **NORTHSTAR AVIATION LLC**, a limited liability company duly incorporated in Abu Dhabi with commercial license number CN-1341341 issued by the Department of Economic Development in Abu Dhabi (the "**Company**") being **ROTANA JET AVIATION LLC**, a limited liability company incorporated in Abu Dhabi holding commercial license number CN-1239076 issued by the Department of Economic Development in Abu Dhabi, having its registered office at Airport Road, Bateen Airport, Abu Dhabi Island, United Arab Emirates and represented by **SHEIKH AHMED BIN SAIF BIN MOHAMED AL NAHYAN**, a UAE national, bearing ID number 784-1966-7547264-9, its duly appointed attorney-in-fact pursuant to the power of attorney granted to him and **SHEIKH AHMED BIN SAIF BIN MOHAMED AL NAHYAN**, a UAE national, bearing ID number 784-1966-7547264-9, in their capacities as the holders together of the entire issued share capital the Company hereby authorise **MR. ALDEN BURT ALBERTO**, an American national and holder of passport number 483709584 and ID Number 784-1964-7930637-3, (the "**Attorney**") to represent the Company under this power of attorney to the extent described below:

(a) To transact, manage, carry on and do all business matters and things requisite and necessary or in any matter connected with or having reference to the business and affairs of the Company's operations in the United Arab Emirates and elsewhere inclusive of the activities of the main office and all present and future branches and for such purposes to negotiate, sign and perform all agreements, transactions, correspondence, arrangements and dealings with third parties and all other activities related to the corporate objects of the Company;

(b) To represent the Company, either directly or by way of delegation, before all government ministries, departments, institutions and official bodies in the United Arab Emirates whether federal or local, including but not limited to, the Ministry of Economy, the DED, the relevant Departments of Economic Development, the Municipalities, the Chambers of Commerce and Industry, the Ministry of Labour, the Immigration Departments, the Police and Traffic Departments and such other lo-



/1



Alberto_01327



- cal and federal government departments as are necessary, desirable or convenient in connection with the Company's business activities;

(c) to represent the Company before all government departments and other public or semi-public bodies outside the United Arab Emirates;

(d) to prepare, submit and proceed with all such applications and procedures as shall be necessary for the purposes of:

  i. renewing the registration of the Company annually and maintaining the good standing of the Company as a company with limited liability;

  ii. obtaining, renewing and cancelling all such entry permits for employment, visit and transit visas, work permits and residence permits as may be required for non-United Arab Emirates personnel employed by the Company or whose presence in the United Arab Emirates may from time to time be deemed necessary or desirable for the purpose of the Company's business;

  iii. obtaining, renewing and cancelling all permits, licences, and authorisations as may be required from the Police and Traffic Departments in relation to the ownership and operation of vehicles, plant and equipment; and

  iv. the importation into the United Arab Emirates of all equipment, machinery and raw materials required by the Company for the purpose of its business and dealings;

(e) to open, operate and close accounts with such banks as the Attorney shall select for the purpose of the Company's business (or by way of delegation of authority to others), in the Company's name to draw, issue, accept and endorse all such cheques, drafts, promissory notes, bills of exchange and other negotiable instruments as she may deem necessary or desirable in the normal course of the Company's business;



2



| | | |
|---|---|---|
| (f) | to receive any and all monies or property which may be due to the Company for any reason whatsoever, to grant discounts, to compromise any amounts due, to give receipts and releases on behalf of the Company; | استلام أي من وجميع الأموال أو الممتلكات المستحقة للشركة لأي سبب ومنح الخصومات وتسوية أي مبالغ مستحقة وإعطاء الإيصالات وبراءات الذمة بالنيابة عن الشركة؛ (و) |
| (g) | to apply for and obtain such loan and other bank facilities of whatsoever nature (including, without limitation, letters of credit, guarantees and bill discounting facilities), as may be necessary or desirable for the conduct of the Company's business and to sign all such documents as shall be required of the Company in connection therewith provided that if the Company will not fully cash collateralize any such bank facility from its own funds, he must have the approval of the Chairman of the board of directors of the Company; | التقدم بطلب والحصول على قرض وتسهيلات مصرفية أخرى مهما كانت طبيعتها (وتشمل دون تحديد خطابات الاعتماد، والضمان وتسهيلات خصم الكمبيالات)، كما يعتبره ضرورياً أو مناسب لإدارة عمل الشركة وتوقيع جميع المستندات التي تكون مطلوبة من الشركة فيما يتعلق بما سبق ذكره، شريطة الحصول على موافقة رئيس مجلس إدارة الشركة في حال كانت التسهيلات البنكية المعنية غير مغطاة بالكامل بضمان مالي تودعه الشركة؛ (ز) |
| (h) | to purchase or take on lease residential, business and other premises and facilities for the business of the Company on such terms and conditions as the Attorney deems fit, including offering guarantees and doing anything necessary for these purposes, and to acquire all forms of movable and immovable property (collectively **"Company Property"**) as shall in his sole discretion think necessary or desirable for the purposes of the Company; | شراء أو استئجار المقرات والمنشآت لغرض السكن والعمل وغيرها من أجل أعمال الشركة وفق الشروط والأحكام التي يراها الوكيل مناسبة، بما في ذلك تقديم الضمانات والقيام بكل ما هو ضروري لهذه الأغراض وتملك كافة أشكال الممتلكات المنقولة والغير منقولة (يشار إليها مجتمعة بلفظ "ممتلكات الشركة") وفقاً لما يراه الوكيل وفق تقديره الحصري ضرورياً أو محبذاً لأغراض الشركة؛ (ح) |
| (i) | sell, exchange, surrender, lease or otherwise dispose of any part of the Company Property for such consideration and subject to such other terms and conditions as it shall in its sole discretion determine appropriate provided that the Company has full unencumbered title to such Company Property or he must have the approval of the Chairman of the Board of Directors of the Company; | بيع، وتحويل، والتنازل عن، وتأجير، أو التصرف بأي جزء من ممتلكات الشركة بأي شكل آخر مقابل العوض وبالبنود والشروط التي يعتبرها مناسبة وفقا لتقديره الخاص شريطة أن يكون للشركة الملكية الكاملة والخالية من القيد الرهني لتلك الممتلكات أو الحصول على موافقة رئيس مجلس إدارة الشركة؛ (ط) |
| (j) | mortgage, pledge or charge, any part of the Company Property for such consideration and subject to such other terms and conditions as it shall in its sole discretion determine appropriate provided that if the Company will not fully cash collateralize any such mortgage, pledge or charge from its own funds, he must have the approval of the Chairman of the board of directors of the Company; | رهن، ورهن وفاء، وتكليف أي جزء من ممتلكات الشركة مقابل العوض وبالبنود والشروط التي يعتبرها مناسبة وفقا لتقديره الخاص الحصول على موافقة رئيس مجلس إدارة الشركة في حال كان الرهن أو رهن الوفاء، أو التكليف المطلوب غير مغطى بالكامل بضمان مالي تودعه الشركة؛ (ي) |
| (k) | to demand and enforce payment of all debts owing to the Company, to institute and defend legal (and | طلب وتنفيذ سداد كافة الديون المستحقة إلى الشركة والمباشرة في الإجراءات القانونية (والتحكيم) والدفاع (ك) |



3

(k continued) arbitral) proceedings in the Company's name (at all procedural stages), to settle such proceedings on such terms as she shall in her absolute discretion determine appropriate (or to abandon the same) and to instruct lawyers, accountants and other experts in connection therewith;

(l) to place insurance in respect of any and all risks relating to the Company Property and in case of destruction, damage or loss, file claims with the insurers, receive the respective indemnifications and proceeds and issue the necessary receipts and releases;

(m) to purchase, subscribe for, otherwise acquire, sell or otherwise dispose of shares and other securities in companies or other forms of undertaking, to open branch offices and to commence, acquire or dispose of business undertakings, enter in to partnership and to sign memoranda of association, amendments thereto, purchase and sale agreements and all related documents and to attend to all formalities to give effect to such matters;

(n) to engage and dismiss employees on behalf of the Company, fix their salaries and other conditions of employment, determine their job descriptions, supervise their performance, amend or terminate their employment and settle their entitlements, and to appoint agents and representatives to act on behalf of the Company, granting them the necessary powers of attorney and to revoke the same, signing all papers which may be necessary;

(o) to deal with all matters relating to the protection of the Company's trademarks and all other intellectual property rights, including the registration thereof with the relevant authorities within the United Arab Emirates and elsewhere and do all things, which may be necessary or desirable for the defence and protection of the trademarks, copyrights, patents and/or the commercial/industrial property of the Company;

(p) to appoint lawyers and advocates to act on behalf of the Company and to represent the interests of the Company as defendant, claimant or other interested party in any action or case before the First Instance Courts, Appeal Courts, Federal Supreme Court, Court of Cassation, Shari'a Court, Shari'a Appeal Court and the Shari'a Supreme Court and any other divisions of any court, forum of arbitra-

4

tion or tribunal inside or outside the United Arab Emirates and to act on behalf of the Company in respect of any court or tribunal of the United Arab Emirates, with power (directly or through lawyers, as permitted by law) to institute, prosecute and pursue all kinds of case or legal procedure (criminal and civil), to file, prosecute and perfect appeals, change the course of actions or withdraw the same, to demand indemnities, to counterclaim and defend counterclaims, to intervene in lawsuits as a third party, to refer to arbitration, to appoint arbitrators and experts, to enjoin third parties to litigation, to issue executive writs, pursue proceedings, to collect sums adjudged, to come to any settlement, abandon litigation or waive a judgment wholly or in part or by any channel of appeal, lift a lien or abandon a guarantee whilst the remainder of the debt remains unpaid, claim forgery, accept or reject a judge, arbitrator or expert, accept or reject an offer or undertake any and all other action for which the law requires special authorisation;

(q) to do and/or execute without restriction all or any acts or things that may be required to enable the Company to carry on its business in Abu Dhabi and elsewhere inside or outside the United Arab Emirates and generally to do all such acts and things as fully and effectively to all intents and purposes as the Company itself could do;

(r) to execute, sign, enter into, acknowledge and perform all such documents, deeds, agreements, acts and things as shall be necessary or desirable in relation to any of the above powers; and

(s) from time to time as necessary or desirable for the proper conduct of the Company's affairs, to delegate by written authorisation all or some of the powers provided for herein to such persons, and on such terms, as she shall in her absolute discretion determine to be appropriate.

Signed by and on behalf of:

**ROTANA JET AVIATION LLC** by:
**SHEIKH AHMED BIN SAIF BIN MOHAMED AL NAHYAN**

5

| | |
|---|---|
| Signed by:<br>**SHEIKH AHMED BIN SAIF BIN MOHAMED AL NAHYAN** | وقعت من قبل<br>الشيخ/ أحمد بن سيف بن محمد آل نهيان |
| First Witness: ................................. | شاهد أول : مبارك محمد الجزائري  |
| Second Witness: ................................. | شاهد ثاني: جميل مصطفى  |

