

# AGREEMENT TO AMEND THE MEMORANDUM OF ASSOCIATION OF NORTHSTAR AVIATION L.L.C.

**THIS MEMORANDUM OF AMENDMENT** was entered into on the ......... Day of **March, 2013** (hereinafter referred to as the "Memorandum of Amendment").

**BY AND BETWEEN**

1. NAME OF SHAREHOLDER: **ROTANA JET AVIATION LLC**, a limited liability company incorporated in Abu Dhabi holding commercial license number CN-1239076 issued by the Department of Economic Development in Abu Dhabi, having its registered office at Abu Dhabi Island, Airport Road, Bateen Airport, United Arab Emirates and represented by **SHEIKH AHMED BIN SAIF BIN MOHAMED AL NAHYAN**, an Emirati national, bearing ID number 784-1966-7547264-9, its duly appointed attorney-in-fact holding a power of attorney (the "**First Party**"); and

2. NAME OF SHAREHOLDER: **SHEIKH AHMED BIN SAIF BIN MOHAMED AL NAHYAN**, an Emirati national, bearing ID number 784-1966-7547264-9 (the "**Second Party**").

اتفاقية تعديل عقد تأسيس نورث ستار للطيران ذ.م.م

أبرمـت اتفاقيـة تعـديل عقـد تأسـيس الشـركة بتـاريخ اليـوم الموافـق ........ مـارس 2013 (يشـار اليهـا فيمـا يلـي بلفـظ "اتفاقية التعديل").

من قبل وبين:

1. اسـم الطـرف: السـادة/ روتانـا جـت للطيـران ذ.م.م، وهـي شـركة ذات مسـؤولية محـدودة تأسـست فـي ابو ظبي وتحمـل رخصـة تجاريـة رقم CN-1239076 صـادرة عـن دائـرة التنميـة الاقتصـادية فـي ابـو ظبـي، وعنـوان مكتبهـا المسـجل هـو جزيـرة ابـو ظبـي، شـارع المطـار، مطـار البطـين، الإمـارات العربيـة المتحـدة، ويمثلهـا الشـيخ/ أحمـد بـن سـيف بـن محمـد آل نهيـان، إمـاراتي الجنسـية، ويحمـل بطاقـة هويـة رقـم 784-1966- 7547264-9، الوكيـل المعـين أصـولاً بموجـب الوكالة القانونية الممنوحة له ("الطرف الأول")، و

2. اسـم الطـرف: الشـيخ/ أحمـد بـن سـيف بـن محمـد آل نهيان، إماراتي الجنسية ويحمل بطاقة هوية رقم 784- 1966-7547264-9 ("الطرف الثاني").





NSA000105



(Where the context so requires, the above-mentioned parties shall hereinafter be collectively referred to as the "**Parties**".)

**Preamble:**

A.   Whereas the parties hereto are the shareholders of **NORTHSTAR AVIATION LLC**, a limited liability company, duly incorporated in Abu Dhabi with commercial license number CN-1341341 issued by the Department of Economic Development in Abu Dhabi (hereinafter referred to as the "**Company**") collectively holding the entire shares (100%) in the Company capital.

B.   Whereas for amending certain provisions of the Memorandum of Association of the Company (the "**Memorandum**") executed by and between the Parties on 7 December 2011 before the notary public in Abu Dhabi with notarization number 1102022180, the Parties have decided to enter into this Memorandum of Amendment, in the manner hereinafter appearing.






**Now the Parties agreed as follows:**

1. **Interpretation**

The above Preamble shall at all times be treated and read as an integral part of this Memorandum of Amendment.

2. **Change of authorization for first Managing Director**

Article 9 of the Memorandum shall be amended to read as follows:

## ARTICLE 9: MANAGEMENT OF THE COMPANY

9.1 The Company shall have a board of directors (the "**Board**"), which shall be composed of up to three (3) directors, who shall at all times be appointed, removed and replaced at the direction of the First Party exclusively. The Board shall comprise: Sheikh Ahmed Bin Saif Bin Mohamed Al Nahyan, an Emirati national holding ID number 784-1966-7547264-9 as the Chairman and Alden Burt Alberto, a United States of America national holding passport number 483709584 and Emirates ID Number 784-1964-7930637-3.



قد أتلف الأطراف على ما يلي:

1. التفسيرات

يعامل ويفسر ويقرأ التمهيد المذكور أعلاه بصفة دائمة باعتباره جزء لا يتجزأ من اتفاقية تعديل عقد التأسيس.

2. تعديل التفويض الممنوح لأول عضو منتدب للإدارة

تعدل المادة 9 من عقد التأسيس ليصبح نصها كما يلي:

المادة التاسعة: إدارة الشركة

1-9 يكون للشركة مجلس إدارة ("المجلس"). واتفق على أن يتألف المجلس من ثلاثة مدراء (3) يتم تعيينهم دائماً في كل الأوقات، وإقالتهم، واستبدالهم بتوجيه من الطرف الأول حصرياً، ويتألف أول مجلس من: الشيخ/ احمد بن سيف بن محمد آل نهيان، إماراتي الجنسية ويحمل بطاقة هوية رقم 9-7547264-1966-784 بصفته رئيساً، والسيد ألدين بيرت البيرتو، أمريكي الجنسية ويحمل جواز سفر رقم 483709584، وهوية اماراتية رقم 3-7930637-1964-784.



9.2 The directors shall be appointed for an unlimited term commencing from the date of registration of the Company in the Commercial Register.

9.3 Meetings may be called by a director upon fourteen (14) days' prior notice in writing being given to the other directors specifying the proposed date, time and location of the meeting together with the details of the matters to be discussed. A meeting of the Board may be called at shorter notice if each of the directors so agrees in writing.

9.4 No matter shall be discussed and/or resolved at any meeting of the Board save for those matters specifically provided for in the notice convening that meeting unless all of the directors (or their alternates) agree otherwise.

9.5 No resolution shall be passed at a meeting of the Board, unless a majority of directors vote in favour of such resolution.

9.6 Each director shall have the right to appoint any other director or other person acceptable to the Board as his alternate to attend meetings on his behalf. Every appointment and revocation of an alternate shall be in writing signed by the appointer and lodged at the head office of the Company. An alternate who is also a

2-9 يعين المدراء لمدة غير محدودة تبدأ من تاريخ تسجيل الشركة في السجل التجاري.

3-9 يجوز للمدير الدعوة لعقد الاجتماعات بموجب إشعار خطي مسبق مدته أربعة عشر (14) يوم يوجه إلى المدراء الآخرين يتضمن التاريخ المقترح، وموعد وموقع الاجتماع، بالإضافة إلى تفاصيل الأمور التي سيتم مناقشتها. ويجوز الدعوة لعقد اجتماع المجلس بموجب إشعار أقصر إذا وافق كل من المدراء على ذلك خطياً.

4-9 لا يجوز مناقشة أي مسألة و/أو البت فيها في أي من اجتماعات المجلس باستثناء تلك المسائل المنصوص عليها تحديدا في الإخطار لعقد ذلك الاجتماع إلا إذا اتفق جميع أعضاء مجلس الإدارة (أو المدراء البدلاء عنهم) على خلاف ذلك.

5-9 لا يجوز تمرير أي قرارات في اجتماع مجلس المديرين إلا إذا صوت أكثرية المديرين لمصلحة هذا القرار.

6-9 يحق لكل مدير أن يعين أي مدير آخر أو شخص آخر يوافق عليه المجلس ليكون بديل عنه لحضور الاجتماعات نيابة عنه. ويجب أن يكون كل تعيين أو إلغاء تعيين بديل خطياً وموقع من قبل المدير الذي قام بإجراء التعيين ويجب تقديمه لمكتب الشركة الرئيسي



NSA000108

director shall have an extra vote for each director whom he represents. The attendance of an alternate at a meeting of the Board shall count as the personal attendance of the original director for all purposes.

9.7 The Board shall have all of the powers necessary for the management of the Company including, but not limited to those set out in Article 9.9 below.

9.8 The day to day management of the Company's affairs shall be entrusted to and carried out by the "**Managing Director**", to be appointed by the Board from time to time). The removal and replacement of the first (and any subsequently appointed) Managing Director by the Board shall be determined by the Board (acting pursuant to a resolution adopted by a majority of its members), which determination shall be confirmed by way of a written statement, from all members of the Board. The first Managing Director is **ALDEN BURT ALBERTO**, a United States of American national holding passport number 483709584 and ID Number 784-1964-7930637-3.

9.9 The Managing Director shall have all of the powers necessary for the proper conduct of the day-to-day management of

وبكون البديل الذي يشغر ايضاً منصب مدير صوت اصافي عن كل مدير يقوم بتمثيله. ويعتبر حضور البديل في اجتماع المجلس حضور شخصي للمدير الاصلي لكافة الأغراض.

7-9 يكون للمجلس جميع الصلاحيات المطلوبة لإدارة الشركة بما في ذلك، على سبيل المثال لا الحصر تلك الواردة في المادة 9-9 أدناه.

8-9 تُخول الإدارة اليومية لأمور الشركة للعضو المنتدب للإدارة، والذي يتم تعيينه بواسطة المجلس من وقت لآخر. ويكون للمجلس حق إقالة واستبدال العضو المنتدب للإدارة الأول (وأي مدير يتم تعيينه لاحقاً) بموجب قرار خطي يتخذه أغلبية أعضاء المجلس، على أن يتم تأكيد هذا القرار بموجب بيان خطي من كافة أعضاء المجلس. ويكون أول عضو منتدب للإدارة السيد/ ألدين بيرت البيرتو، أمريكي الجنسية ويحمل جواز سفر رقم 483709584 وبطاقة هوية رقم 3-7930637-1964-784.

9-9 يكون للعضو المنتدب للإدارة جميع الصلاحيات المطلوبة لإدارة الشركة ويتضمنها تمثيل الشركة،

NSA000109

the Company, including representing the Company, signing documentation on its behalf and carrying out all acts required to fulfill its objects and decisions of the Board, including but not limited to being able to:

(a) transact, manage, carry on and do all business matters and things requisite and necessary or in any matter connected with or having reference to the business and affairs of the Company's operations in the United Arab Emirates and elsewhere inclusive of the activities of the main office and all branches and for such purposes to negotiate, sign and perform all agreements, transactions, correspondence, arrangements and dealings with third parties and all other activities related to the corporate objects of the Company;

(b) represent the Company, either directly or by way of delegation, before all government ministries, departments, institutions and official bodies in the United Arab Emirates whether federal or local, including but not limited to, the Ministry of Economy, Zones Corp, the relevant Departments of Economic Development, the Municipalities, the Chambers of Commerce and

وتوقيع المستندات نيابة عنها، والقيام بـأداء جميـع الإجراءات التي تتطلبها اغراض الشركة، وتشمل دون تحديد:

(أ) أداء، وإدارة، وإجـراء، وفعـل كافـة الأمـور التجاريـة والأشـياء المطلوبـة أو اللازمـة أو أي موضـوع يتعلـق أو لـه صـلة بعمل وشـؤون عمليـات الشـركة فـي الإمـارات العربيـة المتحـدة وغيرهـا، بمـا فـي ذلـك نشـاطات المكتـب الرئيسـي وجميـع الفـروع والقيـام مـن أجـل هـذه الأغـراض بمناقشـة وتوقيـع وأداء كافـة الاتفاقيـات والعمليـات والمراسـلات والترتيبـات والتعـاملات مـع الغيـر وكافـة النشـاطات الأخـرى المتعلقـة بـالأغراض التجارية للشركة؛

(ب) تمثيـل الشـركة، سـواء بشـكل مباشـر او غيـر مباشـر او بموجـب تفـويض، امـام كافـة الـوزارات والـدوائر والمؤسسـات الحكوميـة والهيئـات الرسـمية فـي الإمـارات العربيـة المتحـدة الاتحاديـة أو المحليـة، بمـا فـي ذلـك دون تحديـد، وزارة الاقتصـاد، المؤسسـة العليـا، البلـديات، غـرف التجـارة والصـناعة



NSA000110

Industry, the Ministry of Labour, the Immigration Departments, the Police and Traffic Departments and such other local and federal government departments as are necessary, desirable or convenient in connection with the Company's business activities;

المختصة وزارة العمـل، دوائـر الهجـرة، ودوائر الشرطة والمرور والـدوائر الحكوميـة المحليـة والاتحاديـة الأخـرى وفقـاً لمـا هـو مطلـوب أو مناسـب فيمـا يتعلق بنشـاطات عمـل الشركة؛

(c) represent the Company before all government departments and other official bodies outside the United Arab Emirates;

(ج) تمثيـل الشـركة أمـام جميـع الـدوائر الحكوميـة والهيئـات الرسـمية الأخـرى خـارج الإمـارات العربية المتحدة؛

(d) prepare, submit and proceed with all such applications and procedures as shall be necessary for the purposes of:

(د) إعداد وتقديم ومتابعة جميع الطلبـات والإجراءات المطلوبة لغرض:

(1) renewing the registration of the Company and maintain the good standing of the Company as a company with limited liability;

(1) القيـام سـنوياً بتجديـد تسـجيل الشـركة وإبقـاء الشـركة بوضـع جيـد كشـركة ذات مسؤولية محدودة؛

(2) obtaining, renewing and cancelling all such entry permits for employment, visit and transit visas, work permits and residence permits as may be required for personnel employed by the Company or whose presence in the United Arab Emirates may from time to time be

(2) الحصـول علـى، وتجديـد، وإلغـاء كافـة تصـاريح الـدخول للعمـل وتأشـيرات الزيـارة والمـرور وتصـاريح العمـل والإقامـة المطلوبـة للمـوظفين الوافدين للعمـل فـي الشـركة أو الـذين يعتبر تواجدهم في الإمارات العربية المتحدة من



NSA000111



deemed necessary or desirable for the purpose of the Company's business;

(3) obtaining, renewing and cancelling all permits, licences, and authorisations as may be required from the Police and Traffic Departments in relation to the ownership and operation of vehicles, plant and equipment; and

(4) the importation into the United Arab Emirates of all equipment, machinery and raw materials required by the Company for the purpose of its business and dealings;

(e) open, operate and close credit and loan accounts with such banks as it shall select for the purpose of the Company's business (or by way of delegation of authority to others), in the Company's name to draw, issue, accept and endorse all such cheques, drafts, promissory notes, bills of exchange and other negotiable instruments as it may deem necessary or desirable in the normal course of the Company's business;

(f) receive any and all monies or property which may be due to the

وفت لاجزء مطلوب أو ضروري لغرض عمل الشركة؛

(3) الحصـول علـى، وتجديـد، وإلغـاء جميـع التصـــاريح والتـــراخيص والتفويضـــات المطلوبـة مـن دوائـر الشـرطة والمـرور فيمـا يتعلــق بملكيــة وتشــغيل الســيارات والوحــدات الصناعية والمعدات؛ و

(4) اسـتيراد كافـة المعـدات، والمكنـات، والمـواد الخـام إلـى الإمـارات العربيـة المتحـدة والتـي تتطلبهـا الشـركة لغـرض عمـل الشـركة وتعاملاتها.

(هـ) فـتح، وإدارة، وإقفـال الحسـابات والبطاقـات الائتمانية والقروض لـدى البنوك التـي يختارهـا لأغـراض عمـل الشـركة (أو بموجـب إسـناد صـلاحية للغير)، والقيـام باسـم الشركة بسـحب، واصـدار، وقبـول، وتظهيـر جميـع الشـيكات والكمبيـالات والسـندات الاذنيـة والحـوالات والسـندات الأخـرى القابلـة للتـداول كمـا يعتبـره مناسـب أو مطلـوب أثنـاء سـير عمـل الشـركة الاعتيادي؛

(و) اسـتلام أي وجميـع الأمـوال أو الممتلكات التـي تكون مستحقة إلى الشركة لأي سبب مهمـا كان،



NSA000112



Company for any reason whatsoever, to grant discounts, to compromise any amounts due, to give receipts and releases on behalf of the Company;

وفتح حسابات، وتسوية أية مبالغ مستحقة، وإعطاء إيصالات، وإخلاء طرف نيابة عن الشركة؛

(g) to apply for and obtain such loan and other bank facilities of whatsoever nature (including, without limitation, letters of credit, guarantees and bill discounting facilities), as may be necessary or desirable for the conduct of the Company's business and to sign all such documents as shall be required of the Company in connection therewith provided that if the Company will not fully cash collateralize any such bank facility from its own funds, he must have the approval of the Chairman of the board of directors of the Company;

(ز) التقدم بطلب والحصول على قرض وتسهيلات مصرفية أخرى مهما كانت طبيعتها (وتشمل دون تحديد خطابات الاعتماد، والضمان وتسهيلات خصم الكمبيالات)، كما يعتبره ضرورياً أو مناسب لإدارة عمل الشركة وتوقيع جميع المستندات التي تكون مطلوبة من الشركة فيما يتعلق بما سبق ذكره، شريطة الحصول على موافقة رئيس مجلس إدارة الشركة في حال كانت التسهيلات البنكية المعنية غير معطاة بالكامل بضمان مالي تودعه الشركة؛ و

(h) purchase or take on lease residential, business and other premises and facilities for the business of the Company on such terms and conditions as he deems fit, including offering guarantees and doing anything necessary for these purposes, and to acquire all forms of movable and immovable property (collectively "**Company**

(ح) شراء أو استئجار المنشآت السكنية والتجارية وغيرها من المنشآت والمرافق لغرض عمل الشركة بالبنود والشروط التي يعتبرها مناسبة بما في ذلك إعطاء ضمانات وفعل كل شئ يكون مطلوباً لهذه الأغراض واكتساب جميع أشكال الممتلكات المنقولة وغير المنقولة (يشار إليها



NSA000113

Property") as it shall in its sole discretion think necessary or desirable for the purposes of the Company;

(i) sell, exchange, surrender, lease or otherwise dispose of any part of the Company Property for such consideration and subject to such other terms and conditions as it shall in its sole discretion determine appropriate provided that the Company has full and unencumbered title to such Company Property or he must have the approval of the Chairman of the Board of Directors of the Company;

(j) mortgage, pledge or charge, any part of the Company Property for such consideration and subject to such other terms and conditions as he shall in his sole discretion determine appropriate provided that if the Company will not fully cash collateralize any such mortgage, pledge or charge from its own funds, he must have the approval of the Chairman of the board of directors of the Company;

(k) demand and enforce payment of all

مجتمعة تلفظ "ممتلكات الشركة") كما يعتبره او وفقا لتقديره الخاص مطلوب او مناسب لأغراض الشركة؛

(ط) بيــع، وتحويــل، والتنـــازل عـن، وتـــأجير، أو التصرف بـأي جزء من ممتلكـات الشركة بـأي شكل آخر مقابل العوض وبالبنود والشروط التي يعتبرها مناسبة وفقا لتقديره الخاص شريطة أن يكون للشركة الملكية الكاملة والخالية من القيد الرهني لتلك الممتلكات أو الحصول على موافقة رئيس مجلس إدارة الشركة.

(ي) رهن، ورهن وفاء، وتكليف اي جزء من ممتلكات الشركة مقابل العوض وبالبنود والشروط التي يعتبرها مناسبة وفقا لتقديره الخاص شريطة الحصول على موافقة رئيس مجلس إدارة الشركة في حال كان الرهن أو رهن الوفاء، أو التكليف المطلوب غير مغطى بالكامل بضمان مالي تودعه الشركة.

(ك) طلب وتنفيذ دفع جميع الديون المستحقة الى



debts owing to the Company, to institute and defend legal (and arbitral) proceedings in the Company's name (at all procedural stages), to settle such proceedings on such terms as it shall in its absolute discretion determine appropriate (or to abandon the same) and to instruct lawyers, accountants and other experts in connection therewith;

(l) place insurance in respect of any and all risks relating to the Company Property and in case of destruction, damage or loss, file claims with the insurers, receive the respective indemnifications and proceeds and issue the necessary receipts and releases;

(m) to purchase, subscribe for, otherwise acquire, sell and otherwise deal in and dispose of shares and other securities in companies or other forms of undertaking, to open branch offices and to commence, acquire or dispose of business undertakings and to sign memoranda of association, amendments thereto, purchase and sale agreements and all related documents, to attend meetings, vote and pass resolutions and to exercise and waive rights in

الشركة ورفع واتخاذ الإجراءات القانونية (التحكيم) والدفاع فيها باسم الشركة (في جميع المراحل الإجرائية) وتسوية تلك الإجراءات بالشروط التي يعتبرها وفقا لتقديره الخاص مناسبة (أو ترك الخصومة) وإعطاء تعليمات إلى المحامين والمحاسبين وغيرهم من الخبراء فيما يتعلق بذلك؛

(ل) التأمين على ممتلكات الشركة ضد أي وكافة المخاطر والقيام في حالة الإصابة أو الخسارة أو الضرر بتقديم مطالبات واستلام التعويضات والعوائد ذات الصلة وإصدار الإيصالات وبراءات الذمة المطلوبة لذلك؛

(م) شراء، والاكتتاب على، والاستحواذ بأي شكل آخر، وبيع، والتصرف بخلاف ذلك بالأسهم والأوراق المالية الأخرى في الشركات أو الأشكال الأخرى من التعهدات، وفتح مكاتب الفروع ومباشرة، أو الاستحواذ على أو التصرف بتعهدات الأعمال، وتوقيع عقود التأسيس، والتعديلات عليها، واتفاقيات البيع، والشراء، وجميع المستندات ذات الصلة، وحضور الاجتماعات، والتصويت، وتمرير القرارات، وممارسة الحقوق فيما يتعلق بتلك الشركات أو التعهدات، والتنازل عنها، والقيام بجميع



relation to such companies or undertakings and to attend to all formalities to give effect to such matters;

(n)  to engage and dismiss employees on behalf of the Company, fix their salaries and other conditions of employment, determine their job descriptions, supervise their performance, amend or terminate their employment and settle their entitlements, and to appoint agents and representatives to act on behalf of the Company, granting them the necessary powers of attorney and to revoke the same, signing all papers which may be necessary;

(o)  deal with all matters relating to the protection of the Company's trademarks and all other intellectual property rights, including the registration thereof with the relevant authorities within the United Arab Emirates and elsewhere and do all things, which may be necessary or desirable for the defence and protection of the trademarks, copyrights, patents and/or the commercial/industrial property of the Company;



الإجراءات لإنفاذ هذه الأمور؛ و

(ن)  تعيين وفصل الموظفين نيابة عن الشركة، وتحديد رواتبهم وشروط التوظيف الأخرى، وتحديد شروط عملهم، والإشراف على أدائهم أو تمديد أو إنهاء خدماتهم وتسوية مستحقاتهم؛ وتعيين الوكلاء والممثلين للعمل نيابة عن الشركة ومنحهم الوكالات القانونية المطلوبة وإلغائها وتوقيع جميع المستندات المطلوبة؛

(س)  التعامل مع كافة الأمور المتعلقة بحماية العلامات التجارية الخاصة بالشركة وكافة حقوق الملكية الفكرية الأخرى بما في ذلك تسجيلها لدى السلطات المختصة داخل الإمارات العربية المتحدة وغيرها وفعل جميع الأشياء المطلوبة أو المناسبة للدفاع عن وحماية العلامات التجارية، حقوق التأليف، براءات الاختراع و/ أو الملكية التجارية/ الصناعية الخاصة بالشركة؛





NSA000116

(p) appoint lawyers and advocates to act on behalf of the Company and to represent the interests of the Company as defendant, claimant or other interested party in any action or case before the First Instance Courts, Appeal Courts, Federal Supreme Court, Court of Cassation, Shari'a Court, Shari'a Appeal Court and the Shari'a Supreme Court and any other divisions of any court, forum of arbitration or tribunal inside or outside the United Arab Emirates and to act on behalf of the Company in respect of any court or tribunal of the United Arab Emirates, with power (directly or through lawyers, as permitted by law) to institute, prosecute and pursue all kinds of case or legal procedure (criminal and civil), to file, prosecute and perfect appeals, change the course of actions or withdraw the same, to demand indemnities, to counterclaim and defend counterclaims, to intervene in lawsuits as a third party, to refer to arbitration, to appoint arbitrators and experts, to enjoin third parties to litigation, to issue executive writs, pursue proceedings, to collect sums adjudged, to come to any settlement, abandon litigation

تعيين المحامين والمستشارين القانونيين للعمل (٤)
بالنيابة عن الشركة وتمثيل مصالحها كمدعى عليه
أو مدعى أو كطرف ذي مصلحة في أي اجراء
أو قضية أمام المحاكم الابتدائية أو محاكم
الاستئناف أو المحكمة الاتحادية العليا أو محكمة
التمييز أو المحكمة الشرعية أو محكمة الاستئناف
الشرعية أو المحكمة العليا الشرعية وأية أقسام
أخرى في أي محكمة أو لجنة تحكيم أو هيئة
تحكيم داخل الإمارات العربية المتحدة او
خارجها، والقيام نيابة عن الشركة أمام أية محكمة
أو هيئة في الامارات العربية المتحدة (مباشرة أو
بواسطة محامين، كما هو مسموح قانونا) بتقديم
وتنفيذ ومتابعة كافة أنواع القضايا أو الإجراءات
القانونية (المدنية والجنائية) وتقديم الاستئنافات
والترافع فيها وتعديلها وتغيير مسار الدعوى أو
سحبها وطلب التعويض وتقديم الدعاوى المقابلة
والدفاع فيها والتدخل في القضايا كطرف ثالث
والإحالة إلى التحكيم وتعيين المحكمين والخبراء
وإدخال الغير في الخصومة وإصدار الأوامر
التنفيذية ومتابعة الإجراءات وتحصيل المبالغ
المحكوم بها والتسوية وترك الخصومة أو التنازل

NSA000117

or waive a judgment wholly or in part or by any channel of appeal, lift a lien or abandon a guarantee whilst the remainder of the debt remains unpaid, claim forgery, accept or reject a judge, arbitrator or expert, accept or reject an offer or undertake any and all other action for which the law requires special authorisation;

(q) do and/or execute without restriction all or any acts or things that may be required to enable the Company to carry on its business in Abu Dhabi and elsewhere inside or outside the United Arab Emirates and generally to do all such acts and things as fully and effectively to all intents and purposes as the Company itself could do;

(r) execute, sign, enter into, acknowledge and perform all such documents, deeds, agreements, acts and things as shall be necessary or desirable in relation to any of the aforementioned powers; and

(s) from time to time as necessary or desirable for the proper conduct of the Company's affairs, to delegate by written authorisation all or some

عن الحكم بشكل كلي أو جزئي أو بموجب أي طريقة من طرق الطعن أو رفع الحجز أو التخلي عن الضمان عندما يكون باقي الدين غير مسدد والطعن بالتزوير وقبول أو رد القضاة أو المحكمين أو الخبراء وقبول أو رفض العروض أو القيام بأي من وكافة الإجراءات الأخرى التي تتطلب تفويضاً خاصاً بموجب القانون،

(ف) القيام بدون قيد بفعل و/ أو تنفيذ جميع أو أي إجراءات أو أشياء تكون مطلوبة لتمكين الشركة من مزاولة عملها داخل أبو ظبي أو في مكان آخر داخل أو خارج الامارات العربية المتحدة وبشكل عام فعل جميع الإجراءات والأشياء بشكل وفاعلية تامة من كافة الجوانب والأغراض كما لو قامت الشركة بفعل ذلك بنفسها؛

(ص) تنفيذ، وتوقيع، وابرام، واقرار، وأداء كافة المستندات والصكوك والاتفاقيات والإجراءات والأشياء المطلوبة أو المناسبة فيما يتعلق بأي من الصلاحيات سالفة الذكر؛ و

(ق) القيام من وقت لآخر كما يكون مطلوب أو مناسب من اجل إدارة شؤون الشركة بشكل صحيح، بمنح جميع أو أي من الصلاحيات المذكورة أعلاه إلى شخص أو أشخاص





of the powers provided for herein to such persons, and on such terms, as it shall in its absolute discretion determine to be appropriate.

9.10 The Managing Director shall at all times be responsible and subject to the control of the Board

9.11 The members of the Board and the Managing Director shall be indemnified out of the assets of the Company against any liability incurred by them in defending any proceedings, whether civil or criminal, in which judgment is given in their favour or in which they are acquitted or in connection with any application in which relief is granted to them by the court from liability for negligence, default or breach of duty in relation to the affairs of the Company.



تقتضيه تفـويض مكتـوب بـالبنود التـي يعتّبرهـا مناسبة وفقا لتقديره الخاص.

9-10 يكون العضو المنتدب للإدارة في جميع الأوقات مسؤولا ويخضع لمراقبة المجلس.

9-11 يتم تعويض أعضاء المجلس والعضو المنتدب للإدارة للشركة من موجودات الشركة عن أي مسؤولية تحدث من قبلهم فـي الـدفاع عن أي إجـراءات ، سواء كانت مدنيـة أو جنائيـة فـي أي حكم يـرد فـي مصلحتهم أو يتهموا فيها والتي تصدر بحقهم من قبل المحكمة فيما يتعلق بالمسؤولية عن التقصير، أو الخطأ، أو الإخلال بالواجب المرتبط بشؤون الشركة.







## 3. Other provisions of Memorandum

All the remaining terms and condition of the Memorandum thereto shall remain unchanged and continue to be valid and binding on the Parties.

**IN WITNESS WHEREOF** the Shareholders have signed this Memorandum of Amendment on the date hereof.

Signed for and on behalf of:

**FIRST PARTY**

**ROTANA JET AVIATION LLC**

**SHEIKH AHMED BIN SAIF BIN MOHAMED AL NAHYAN**



Signed by:

**SECOND PARTY**

**SHEIKH AHMED BIN SAIF BIN MOHAMED AL NAHYAN**

First witness: .............................

Second witness: .............................



3 الأحكام الأخرى في عقد التأسيس

نظل كافة الشروط والأحكام المتبقية من عقد تأسيس الشركة الحالي بدون تعديل وتستمر بنفس الصلاحية والإلزام لكافة الأطراف.

واشهاداً على ذلك، قام الأطراف بتوقيع وتنفيذ اتفاقية التعديل هذه في التاريخ المذكور أعلاه.

وقع لصالح وبالنيابة عن:

الطرف الأول:

روتانا جت للطيران ذ. م. م.

الشيخ/ أحمد بن سيف بن محمد آل نهيان

**0681687**

دائرة القضاء
JUDICIAL DEPARTMENT

صوره عبق الاصل

للتصديق رقم 1302004550C

إنه في يوم الاربعاء الموافق 2016/02/10 م

حضر لدي أنا/ هدى العبري الكتب العدل

سليم رحمن رحمن وآخرون

وبعد استيفاء الإجراءات المقررة وسداد الرسم وقدره 320 درهم

بموجب الإيصال رقم 1601005365301003890، قمت بالتصديق.

شاهد أول: .......................

شاهد ثاني: .......................





Emirates Of Abu Dhabi
Judicial Department
امارة ابوظبي
دائرة القضاء

محضر للتصديق رقم 1302004550

إنه في يوم الاثنين الموافق 2013/03/25 م

استقلت أنا/ حلف القبري الكاتب العدل

إلي مقر الشيخ احمد بن سيف بن محمد آل نهيان وآخرون

وبعد استيفاء الإجراءات المقررة وسداد الرسم وقدره 175 درهم

بموجب الإيصال رقم 83130300
5812 قمت بالتصديق.

NSA000120