

Exhibit 12

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| NORTHSTAR AVIATION, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs/Counterclaim Defendants, | ) | |
| | ) | |
| v. | ) | C. A. No. 1:18cv191-TSE-JFA |
| | ) | |
| ALDEN BURT ALBERTO, | ) | |
| a/k/a Reno Alberto, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## PLAINTIFFS' EXPERT DISCLOSURE UNDER
## RULE 26(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE

The plaintiffs, NorthStar Aviation L.L.C. ("NorthStar UAE") and NorthStar Aviation USA LLC ("NorthStar USA," and collectively with NorthStar UAE, "NorthStar"), by counsel, make the following disclosure of retained expert witness(es) and documents as provided under Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Court's Rule 16(b) Order (Dkt. 53).

I. **NorthStar may call the following individual to present evidence at trial under Rules 702, 703, and/or 705 of the Federal Rules of Evidence**:

1. Leslie W. Robson, C.P.A.
   Robson, P.C.
   5040 Sadler Place, Suite 100
   Glen Allen, Virginia 23060
   (804) 346-3598
   (804) 346-3599 (facsimile)

   <u>Subjects on which the witness may present evidence</u>:  Mr. Robson may present evidence as detailed in his report appended hereto and incorporated herein, by reference.

   NorthStar reserves the right to supplement this Disclosure as provided under Rule 26(a)(2)(E) of the Federal Rules of Civil Procedure.

NORTHSTAR AVIATION L.L.C. and
NORTHSTAR AVIATION USA LLC

By: DUNLAP BENNETT & LUDWIG PLLC

_Kevin T. Streit_
Of Counsel

Thomas M. Dunlap  (VSB No. 44016)
Ellis L. Bennett  (VSB No. 71685)
Ben S. Barlow  (VSB No. 67933)
Eric L. Olavson  (VSB No. 87872)
DUNLAP BENNETT & LUDWIG PLLC
211 Church Street SE
Leesburg, Virginia 20175
(703) 777-7319
(703) 777-3656 (facsimile)
tdunlap@dbllawyers.com
ebennett@dbllawyers.com
bbarlow@dbllawyers.com
eolavson@dbllawyers.com

Kevin T. Streit  (VSB No. 45024)
Stephanie Martinez  (VSB No. 87791)
DUNLAP BENNETT & LUDWIG PLLC
8003 Franklin Farms Drive, Suite 220
Richmond, Virginia 23229
(804) 823-7776
(804) 977-2680 (facsimile)
kstreit@dbllawyers.com
smartinez@dbllawyers.com

Noah Fontanez, Esquire, _Pro Hac Vice_
DUNLAP BENNETT & LUDWIG PLLC
616 South Boston Avenue, Suite 600
Tulsa, Oklahoma 74119
(918) 505-7851
(918) 505-7851 (facsimile)
nfontanez@dbllawyers.com

Sarah C. Aviles (VSB No. 86031)
DUNLAP BENNETT & LUDWIG PLLC
8300 Boone Boulevard, Suite 550
Vienna, Virginia 22182
(703) 777-7319
(703) 777-3656 (facsimile)
saviles@dbllawyers.com

_Counsel for the Plaintiffs/Counterclaim Defendants_

CERTIFICATE OF SERVICE

I hereby certify that on this, the 1st day of October, 2018, the original of the foregoing

was transmitted via electronic mail to:

> Clyde E. Findley, Esq.
> Nicholas R. Johnson, Esq.
> David Deitch, Esq.
> Ryen Rasmus, Esq.
> Samantha Bernstein, Esq.
> Berenzweig Leonard LLP
> 8300 Greensboro Drive, Suite 1250
> McLean, Virginia 22102
> cfindley@berenzweiglaw.com
> njohnson@berenzweiglaw.com
> ddeitch@berenzweiglaw.com
> rrasmus@berenzweiglaw.com
> sberenstein@berenzweiglaw.com
> *Counsel for defendant/counterclaim plaintiff Alden Burt Alberto*

> Kevin T. Streit  (VSB No. 45024)
> Dunlap Bennett & Ludwig, PLLC
> 8003 Franklin Farms Drive, Suite 220
> Richmond, Virginia 20175
> (804) 823-7776
> (804) 977-2680 (facsimile)
> kstreit@dbllawyers.com

> *Counsel for Plaintiffs/Counterclaim Defendants*

# *Robson*, P.C.

*Forensic Accountants*
*Business Valuation Analysts*

October 1, 2018

Dunlap Bennett & Ludwig, PLLC
8003 Franklin Farm Drive, Suite 220
Richmond, VA 23229

Attention: Kevin T. Streit, Esquire

> RE:  Northstar Aviation, LLC et al v. Alden Burt Alberto
> Northstar Aviation, LLC - Plaintiff
> Trial Date:January 0, 1900
> Claim Number: 1:18cv-00191-TSEJFA
> Robson, PC File Number: 1183027

Dear Mr. Streit:

As requested, I reviewed and analyzed the available, relevant records of NorthStar Aviation, LLC (also referred to as "NSA-UAE") and its subsidiary, NorthStar Aviation USA, LLC (also referred to as "NSA-USA") (the two entities are collectively referred to as "NorthStar"), in connection with breach of fiduciary duty, conversion and unjust enrichment alleged by NorthStar against its former Managing Director and Chief Executive Officer, Alden Burt Alberto ("Alberto"). My assignment was to evaluate the financial health of NorthStar during the time it was under Alberto's management and analyze withdrawals of funds by Alberto during that timeframe. This report summarizes my opinions reached during my engagement and details the basis for those opinions.

## SUMMARY OF OPINIONS

My opinions are summarized in the bullet points that follow:

- During the five-plus years Alberto was NorthStar's CEO, the companies' financial health was generally poor, with net losses that exceeded net profits by more than $51 million (Schedule 1).

- From its inception through December 31, 2014, the company's consolidated debts exceeded its assets in amounts that reached at least $39 million (Schedule 5). During 2015, the company's shareholders returned the company to a solvent position by injecting approximately $89 million in capital primarily in the form of a debt-to-equity conversion of loans and accounts that the company had owed to an affiliated company, Vulcan Management Consultancy, LLC.

- By the time Alberto left NorthStar in October 2017, the company's inventory had declined from $57 million in 2013 to $0.09 million in October 2017 (Schedule 5). During that same timeframe, the company's sales declined from $100 million in 2014 to $12 million in the first 9.8 months of 2017.

- Alberto compensated himself during the time he was Managing Member and CEO at a level that was unreasonably high and that excessive compensation contributed to NorthStar's reduced profitability, and sometimes unprofitability. Alberto's compensation as CEO of a small business was excessive generally, especially in relation to the poor operating results NorthStar experienced under his management. The excesses peaked in 2017 when, as a result of two bonuses totaling $9,540,000 that Alberto gave himself in a period during which the company's sales only totaled $11,777,691, it incurred a $23,208,265 net loss. Including his bonus and salary, Alberto's compensation totaled 97% of the company's consolidated revenues and comprised nearly half of the company's net loss.

I reached my conclusions within a reasonable degree of accounting probability. I base my opinion upon my knowledge, skill, experience, training, education and personal observations as well as facts and data perceived by or made known to me, which facts and data are of the type reasonably relied upon by experts in my particular field in forming opinions or inferences. I am independent with respect to the plaintiffs, plaintiffs' counsel and all other parties to this litigation.

At the time this report is being written, I have just received a copy of NorthStar's 2017 audited financial statements with the audit report dated September 27, 2018. I performed a cursory review of these financial statements and noticed some discrepancies in certain reported amounts that could materially impact my findings if I relied on them without adequate clarification. I have asked counsel to present these discrepancies to NorthStar and request clarification, however with my expert report due October 1, 2018, I am reasonably certain sufficient clarification will not be received by that time. Accordingly, I have elected not to rely on these newly

provided financial statements at this time and reserve the right to amend my opinions once adequate clarification is received. Furthermore, it is my understanding that NorthStar may take the depositions of a number of witnesses who might provide information that impacts my opinions. Accordingly, I reserve the right to update my opinions for any additional information I receive prior to trial.

## BASIS FOR OPINIONS

I formed my opinions based upon my review and analysis of the available books and records of NorthStar, deposition testimony of Alberto and independent research that I performed into operating results and compensation in the industries in which NorthStar does business. Exhibit A to this report details the information I was provided and considered in this engagement. In performing my analysis, I considered and, in many instances, relied on information as it appeared in NorthStar's financial statements and business records without performing audit procedures of my own. Accordingly, my findings are limited by the accuracy and reliability of that information. Some of the monetary information provided was stated in Arab Emirate Dirham (AED), the currency of the United Arab Emirates. I converted those amounts to US Dollars (USD) based upon per-period averages I computed from a chart of daily AED-to-USD exchange rates published on Tor Currency Exchange, Ltd.'s website: https://www.currency-converter.org.uk/currency-rates/historical/table/AED-USD.html.[1] I relied on the accuracy of these published exchange rates in performing my analysis.

My analysis of that information, which was the basis for my opinions, is detailed in the paragraphs that follow.

### Financial Statement Analysis

I reviewed and analyzed the audited financial statements of NorthStar for 2012 – 2016, and the unaudited financial statements of NorthStar for January 1 – October 24, 2017 and NSA-USA 2012 – 2017. Because Alberto was CEO of both NSA-UAE and NSA-USA and the revenues, expenses, assets and debts of NSA-

---

[1] I compared the exchange rates published by Tor Currency Exchange to a five-year graph of exchange rates published on the website of ONADA corporation and, while the graph did not show specific daily rates, the Tor Currency-reported values were clearly within the range shown on the graph.

USA were consolidated into NorthStar's consolidated financial statements, I primarily focused my analysis on NorthStar's financial statements.

Schedule 1 summarizes NorthStar's annual revenue and net income (or net loss) during the time Alberto was CEO of the two entities. The graph included shows that the company incurred significant net losses in 2013 and 2017 with much smaller net profits in 2014, 2015 and 2016. Over the five years and five months Alberto was CEO, NorthStar's accumulated net losses were $51,499,694. According to the amended complaint, in 2013 NSA-UAE entered into a contract with the United Arab Emirates Armed Forces (UAEAF) to sell UAEAF thirty (30) 407 MRH Lightning helicopters. The helicopters were to be delivered between 2014 and 2017. The decline in sales and profits from 2014 through 2017 appear to be related to the completion of the UAEAF contract and, as such, appear to have been something Alberto should have foreseen and prepared for. However, from the sharp decline in sales in 2017 it is apparent that Alberto did not ensure that NorthStar found new business to replace the UAEAF contract. And, the fact that the company's expenses were not proportionately reduced during 2017, indicates that Alberto did not take the necessary steps to reduce the company's costs and expenses in preparation for the foreseeable downturn occasioned by the UAEAF contract's completion. To the contrary, during 2017, while sales were dropping and operating losses were mounting, Alberto used NorthStar's funds to reward himself with $9,450,000 in bonuses in addition to his contractual salary and also paid Senior Vice-president Terry Key a $1,830,000 bonus, Chief Financial Officer Nrasib Ali Tahir a $622,200 bonus and Chief Marketing Officer Hillary Holcomb a $100,000 bonus. NorthStar's consolidated income statements and balance sheets are detailed on Schedules 4 and 5, respectively.

**Analysis of CEO Compensation**

Alberto's compensation package was described in his employment contract, which was originally executed May 31, 2012 and later amended March 1, 2014. His compensation consisted of a $1,000,000 annual salary ($750,000 from May 31, 2017 to February 28, 2014); allowances for car, housing and travel; and tax

assistance payments equal to 100% of the individual income taxes on his base salary and allowances. Pursuant to the agreement, the sum of his annual salary, allowances and tax equalization payments totaled $1,540,000 in 2013 and $2,139,684 thereafter. According to the agreement, "The Company may in its *absolute discretion* pay Executive a bonus of such amount, at such intervals, and subject to such conditions as the Company may in its *absolute discretion* determine from time to time." [Emphasis added.]

From 2013 through 2017, Alberto's annual compensation ranged from $4,047,646 in 2015 to $11,443,404 in 2017 (Schedule 2). During these years, the amount by which his total compensation exceeded the compensation stated in his employment agreement ranged from $1,908,962 in 2015 to $9,696,812 in 2017. The graph on Schedule 1 shows the relationship of Alberto's annual compensation to NorthStar's annual revenues and annual net income/(net losses). Contrary to good sense, Alberto's compensation was highest in the years with the lowest sales and greatest net losses. In fact during 2017, his compensation at $11,443,404 equaled 97% of the company's revenue for the same period and comprised 49% of the net loss the company incurred during that time period (Schedule 3).

The fact that Alberto paid himself bonuses at all during the years the company lost money is arguably unreasonable. However, the <u>degree</u> to which he paid himself those bonuses strongly suggests that he placed his own interests above the interests of the company and its shareholders. During 2013, NorthStar lost $32,378,496 (Schedules 1 and 4). During 2013, Alberto's compensation in excess of the contract amount was $4,132,700 (Schedule 2). From January 1 through October 24, 2017, NorthStar lost $23,208,265 (Schedules 1 & 4). During that same time, Alberto's compensation in excess of the contract amount totaled $9,696,812.

The unreasonable and excessive magnitude of Alberto's compensation seems obvious on its face. Nevertheless, to get a sense of how his compensation relates proportionately to other small and large companies generally and in the defense industry in particular, I performed some research on CEO compensation.

In a May 2016 white paper published by the Economic Research Institute, Small Cap (capitalization) companies in the Russell 3000 Index were defined as companies with less than $750 million in market capitalization (the share value multiplied by number of shares outstanding).[2] For perspective, NorthStar's contributed share capital ranged from $40,875 in 2013 to $80,996,092 in October 2017 and its total equity ranged from $7,284,952 in 2012 to $29,475,981 in 2017 (Schedule 5). In the ERI's study, NorthStar would compare to a very small Small-Cap company. The results of the study showed there was in the sample of 3,000 companies a positive relationship between company size and CEO compensation. Said differently, among publicly traded companies, bigger companies generally pay their CEOs more than smaller companies. According to the study, the 2015 total median CEO compensation was:

| | Market Capitalization (size) | Median CEO Compensation |
|---|---|---|
| Small Cap | $0 - $750 million | $2,442,804 |
| Mid Cap | $750 million - $4 billion | 4,295,052 |
| Large Cap | Greater than $4 billion | 9,582,407 |

By comparison to companies in the Russell 3000, Alberto, with total compensation ranging from $4,047,646 to $11,443,404, paid himself as if he were the CEO of a $750 million to over $4 billion company.

I also researched the CEO compensation and operating results of 12 publicly traded defense industry companies that had aviation products as part of their business. I found the information in the proxy statements and 10-K filings the companies submitted to the Security & Exchange Commission (SEC). In terms of sales volume, the companies (during 2017) ranged in size from $81 million to $93 billion and operating income of $-362 million to $8.2 billion (Schedule 3). By comparison, NorthStar's sales were $11.7 million and its operating income was a $23 million operating loss in 2017. Alberto's compensation, however, at $11.4 million, was greater than all but five of the twelve companies I considered. And even for years 2016 and 2015, Alberto's compensation was disproportionately high

---

[2] "Executive Compensation Index – May 2016", published by Economic Research Institute, https://downloads.erieri.com/pdf/Executive_Compensation_Index_May_2016.pdf.

compared to other defense companies with much higher sales and operating income.

My review and consideration of the CEO compensation relationships in other companies was completely consistent with my opinion based on my analysis of NorthStar's records and my professional experience that Alberto's compensation was disproportionately high given the lackluster to poor operating results the company produced under his management.

In conducting my analysis, I reviewed NorthStar's bank accounts for 2012 – 2017. I identified a series of payments totaling $3,174,684.79 to Alberto or that were unidentified bank branch withdrawals (Schedule 6). As yet I have not identified the purpose of these payments and reserve the right to amend my findings to include them, if supporting documentation is provided prior to trial.

**Information About the Author of this Report:**

This report was authored by Leslie W. Robson, CPA, CFA, CVA. Robson's curriculum vitae is attached as Exhibit B to this report. Exhibit C is a list of the matters in which Robson has given sworn testimony in the past four years. Exhibit D is a rate schedule that show's Robson's current billing rate along with the rates of other members of the firm who have worked on this matter or might work on it before trial.

I appreciate the opportunity to be of service and welcome any questions you may have.

Sincerely,

*Leslie W Robson*

**Leslie W. Robson**
**Certified Public Accountant**

Enclosures

# REPORT

October 1, 2018

NorthStar Aviation, LLC et al v. Alden Burt Alberto

## NorthStar Aviation, LLC - Plaintiff

Case Number:1:18cv-00191-TSEJFA

*- Schedules -*

# INDEX OF SCHEDULES

| Schedule Number: | Description : |
|---|---|
| 1. | Comparison of Sales & Net Income/(Loss) to CEO Compensation |
| 2. | Analysis of Alden Alberto's Annual Compensation |
| 3. | Comparison of A. Alberto's Compensation to Compensation of Defense Contractor CEOs |
| 4. | Income Statements - NorthStar Aviation, LLC - UAE (in US Dollars) |
| 5. | Balance Sheets - NorthStar Aviation, LLC - UAE (USD) |
| 6. | Payments to A. Alberto and Branch Counter Withdrawals |

**Exhibits:**

| | |
|---|---|
| A. | Information Reviewed |
| B. | Curriculum Vitae - Leslie W. Robson, CPA, CVA, CFF |
| C. | List of Sworn Testimony |
| D. | Fee Schedule |

### NorthStar Aviation, LLC et al v. Alden Burt Alberto

## NorthStar Aviation, LLC - Plaintiff
## Comparison of Sales & Net Income/(Loss) to CEO Compensation
### *Case Number: 1:18cv-00191-TSEJFA*

| Year | Revenue | | % Change | Net Income/(Loss) | | A. Alberto Compensation |
| | Annual | Mo. Avg | | Annual | Mo. Avg | |
|---|---|---|---|---|---|---|
| 2013 | $30,433,311 | $2,536,109 | | ($7,325,825) | | $5,672,700 |
| | | | | (32,378,496) | ($2,698,208) | |
| 2014 | 100,094,395 | 8,341,200 | 228.90% | 4,255,408 | 354,617 | 5,506,355 |
| 2015 | 94,915,689 | 7,909,641 | -5.17% | 5,829,315 | 485,776 | 4,047,646 |
| 2016 | 82,061,584 | 6,838,465 | -13.54% | 1,328,169 | 110,681 | 4,649,446 |
| 2017 Ja-Oc | **11,777,691** | 1,201,805 | -82.43% | **(23,208,265)** | (2,368,190) | **11,443,404** |
| | | | | **($51,499,694)** | | |



NorthStar Aviation, LLC et al v. Alden Burt Alberto
**NorthStar Aviation, LLC - Plaintiff**
**Analysis of Alden Alberto's Annual Compensation**
*Case Number: 1:18cv-00191-TSE/JFA*

|  | 5/31/2012 Agreement | | 3/1/2014 |
|  | 2013 | Jan-Feb 2014 | Agreement |
|---|---|---|---|
| Base Salary | $750,000 (1) | $750,000 (1) | $1,000,000 (1) |
| Bonus | Discretionary | Discretionary | |
| Tax assistance | 550,000 (1) | 550,000 (2) | 873,000 (1) |
| Car allowance | 40,000 (1) | 40,000 (1) | 39,996 (1) |
| Housing allowance | 125,000 (1) | 125,000 (1) | |
| Travel Allowance | 75,000 (1) | 75,000 (1) | |
| COLA Allowance | 0 | 0 | 225,688 (1) |
| Total | $1,540,000 | $1,540,000 | $2,138,684 |

| | W-2 Earnings | | | Earnings per Employment Contract | | | Earnings in Excess of Employment Contract | |
| Year | Sales | Amount | % of Sales | | Amount | % of Sales | | Amount | % of Sales |
|---|---|---|---|---|---|---|---|---|---|
| 2013 | $30,433,311 | $5,672,700 | 18.64% | | $1,540,000 | 5.06% | | $4,132,700 | 13.58% |
| 2014 | 94,915,689 | 5,506,355 | 5.80% | | 2,038,903 (3) | 2.15% | | 3,467,452 | 3.65% |
| 2015 | 94,915,689 | 4,047,646 | 4.26% | | 2,138,684 | 2.25% | | 1,908,962 | 2.01% |
| 2016 | 82,061,584 | 4,649,446 | 5.67% | | 2,138,684 | 2.61% | | 2,510,762 | 3.06% |
| 2017 | 11,777,691 | 11,443,404 (5) | 97.16% | | 1,746,592 (4) | 14.83% | | 9,696,812 | 82.33% |
| | $314,103,964 | $31,319,551 | 9.97% | | $9,602,863 | 3.06% | | $21,716,688 | 6.91% |

**Footnotes:**

(1) As stated in the employment agreement.

(2) Assumed the same as the "exceptional basis" amount payable 1/15/13.

(3) Equals the sum of $1,540,000 prorated to two months plus $2,138,684 prorated to ten months.

(4) Equals annual amount of $2,139,684 prorated to 9.8 months.

(5) We did not receive form W-2 for Mr. Alberto for 2017. Amount was based on the 2017 "Payroll Register" reports for Mr. Alberto.

**NorthStar Aviation, LLC et al v. Alden Burt Alberto**
**NorthStar Aviation, LLC - Plaintiff**
**Comparison of A. Alberto's Compensation to Compensation of Defense Contractor CEOs**
*Case Number: 1:18cv-00191-TSEJFA*

| Company Name | CEO Name | 2017 | | | 2016 | | | 2015 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CEO Comp. | Sales | Oper. Income | CEO Comp. | Sales | Oper. Income | CEO Comp. | Sales | Oper. Income |
| NorthStar Aviation, LLC | A Alberto | $11,443,404 | $11,777,691 | ($23,195,103) | $4,649,446 | $82,061,584 | $1,099,281 | $4,047,646 | $94,915,689 | $1,727,737 |
| Ranking | | 6th highest | Lowest | 2nd lowest | 10th highest | 2nd Lowest | 2nd Lowest | 9th highest | Lowest | 2nd lowest |
| | | (5 higher/7 lower) | 12 higher/0 lower | 11 higher/1 lower | (10 higher/2 lower) | 11 higher/1 lower | 11 higher/1 lower | (8 higher/2 lower) | 10 higher/0 lower | 9 higher/1 lower |
| CPI Aerostructures, Inc. | D. McCrosson | $943,363 | $81,283,148 | $10,196,322 | $709,201 | $81,329,858 | ($4,295,272) | | | |
| Kaman Corp. | NJ Keating | 2,683,641 | 1,805,909,000 | 49,826,000 | 5,743,581 | 1,808,376,000 | 58,854,000 | $5,412,924 | $1,775,125,000 | $60,438,000 |
| Esterine Technologies Corp. | CC Reusser | 4,243,849 | 2,002,195,000 | 124,698,000 | 4,113,681 | 1,992,631,000 | 116,951,000 | 3,411,324 | 2,002,793,000 | 127,895,000 |
| Heico Corp. | LA Mendelson | 5,292,220 | 1,524,813,000 | 306,658,000 | 4,948,855 | 1,376,258,000 | 265,345,000 | 4,051,995 | 1,188,648,000 | 229,656,000 |
| Triumph Group, Inc. | DJ Crowley | 6,342,719 | 3,198,951,000 | (362,406,000) | 9,395,813 | 3,532,799,000 | 56,889,000 | 242,872 | 3,886,072,000 | (1,091,106,000) |
| Hexcel Corp. | NL Stanage | 7,016,766 | 1,973,300,000 | 350,600,000 | 6,681,602 | 2,004,300,000 | 360,100,000 | 5,718,619 | 1,661,200,000 | 332,400,000 |
| Spirit Aerosystems, Inc. | TC Gentile, III | 9,907,398 | 6,983,000,000 | 569,100,000 | 6,174,754 | 6,792,900,000 | 725,100,000 | | | |
| Textron, Inc. | SC Donnelly | 14,825,330 | 14,198,000,000 | 306,000,000 | 12,672,171 | 13,763,000,000 | 843,000,000 | 12,392,028 | 13,423,000,000 | 698,000,000 |
| United Technologies Corp. | GJ Hayes | 15,759,799 | 59,837,000,000 | 4,920,000,000 | 13,448,390 | 57,244,000,000 | 5,436,000,000 | 10,547,063 | 56,098,000,000 | 4,356,000,000 |
| Boeing Company | DA Muilenburg | 18,450,416 | 93,392,000,000 | 8,197,000,000 | 15,066,290 | 94,571,000,000 | 4,895,000,000 | 13,226,333 | 96,114,000,000 | 5,176,000,000 |
| Lockheed Martin | MA Hewson | 20,179,452 | 43,875,000,000 | 5,921,000,000 | 19,422,118 | 40,365,000,000 | 5,549,000,000 | 20,163,169 | 34,868,000,000 | 4,712,000,000 |
| General Dynamics Corp. | PN Novkovic | 21,501,429 | 30,973,000,000 | 4,177,000,000 | 21,358,077 | 30,561,000,000 | 3,734,000,000 | 20,424,104 | 31,781,000,000 | 4,295,000,000 |

| Company Name | CEO Name | 2017 | | 2016 | | 2015 | |
|---|---|---|---|---|---|---|---|
| | | CEO Comp / Sales | CEO Comp / Oper. Income | CEO Comp / Sales | CEO Comp / Oper. Income | CEO Comp / Sales | CEO Comp / Oper. Income |
| NorthStar Aviation, LLC | A Alberto | 97.2% | -49.3% | 5.7% | 423.0% | 4.3% | 234.3% |
| CPI Aerostructures, Inc. | D. McCrosson | 1.2% | 9.3% | 0.9% | -16.5% | | |
| Kaman Corp. | NJ Keating | 0.1% | 5.4% | 0.3% | 9.8% | 0.3% | 9.0% |
| CC Reusser | Esterine Technologies Corp. | 0.2% | 3.4% | 0.2% | 3.5% | 0.2% | 2.7% |
| Heico Corp | DJ Crowley | 0.3% | 1.7% | 0.4% | 1.9% | 0.3% | 1.8% |
| Triumph Group, Inc. | NL Stanage | 0.2% | -1.8% | 0.3% | 16.5% | 0.0% | 0.0% |
| Hexcel Corp. | TC Gentile, III | 0.4% | 2.0% | 0.1% | 0.9% | 0.3% | 1.7% |
| Spirit Aerosystems, Inc. | SC Donnelly | 0.1% | 1.7% | 0.1% | 1.5% | | |
| Textron, Inc. | GJ Hayes | 0.1% | 4.8% | 0.1% | 1.5% | 0.1% | 1.8% |
| United Technologies Corp. | DA Muilenburg | 0.0% | 0.3% | 0.0% | 0.2% | 0.0% | 0.2% |
| Boeing Company | MA Hewson | 0.0% | 0.2% | 0.0% | 0.3% | 0.0% | 0.3% |
| Lockheed Martin | PN Novkovic | 0.0% | 0.3% | 0.0% | 0.4% | 0.1% | 0.4% |
| General Dynamics Corp. | | 0.1% | 0.5% | 0.1% | 0.6% | 0.1% | 0.5% |

*ROBSON, PC*
*Forensic Accountants/Business Valuation Analysts*

**NorthStar Aviation, LLC et al v. Alden Burt Alberto**
**NorthStar Aviation, LLC - Plaintiff**
**Income Statements - NorthStar Aviation, LLC - UAE (in US Dollars)**
Case Number: 1:18cv-00191-TSE/JFA

| Account Classification/Name | For the Year Ended December 31, 2012 Amount | % | For the Year Ended December 31, 2013 Amount | % | For the Year Ended December 31, 2014 Amount | % | For the Year Ended December 31, 2015 Amount | % | For the Year Ended December 31, 2016 Amount | % | 9.77 Months Ended October 24, 2017 Amount | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (1) | | (1) | | (1) | | (1) | | (1) | | (1) | |
| **Revenue** | | | | | | | | | | | | |
| Sale of helicopters | | | $30,433,311 | 100.00% | $73,948,917 | 73.88% | $66,553,893 | 70.12% | $73,948,918 | 90.11% | $7,394,868 | 62.79% |
| Sale of spare parts | | | | | 24,049,750 | 24.03% | 26,193,011 | 27.60% | 3,928,710 | 4.79% | 1,021,022 | 8.67% |
| Sale of rendered services | | | | | 2,095,728 | 2.09% | 2,168,785 | 2.28% | 4,183,955 | 5.10% | 3,381,801 | 28.54% |
| Total sales | | | 30,433,311 | 100.00% | 100,094,395 | 100.00% | 94,915,689 | 100.00% | 82,061,584 | 100.00% | 11,777,691 | 100.00% |
| **Cost of Sales** | | | | | | | | | | | | |
| Cost of inventories sold | | | 29,748,334 | 97.75% (2) | 63,219,230 | 64.51% (2) | 67,282,892 | 72.54% (2) | 58,397,340 | 74.99% (2) | 6,741,932 | 80.11% (2) |
| Rebates received from supplier | | | | 0.00% | | 0.00% | | 0.00% | | 0.00% | (210,015) | -2.84% (2) |
| Impairment loss on inventories | | | 3,437,800 | 11.30% (2) | 5,031,401 | 5.03% | 3,273,896 | 3.45% | 3,712,755 | 4.52% | 1,973,266 | 16.75% |
| Subcontractor costs | | | | | 4,036,439 | 4.03% | 4,093,855 | 4.31% | 4,341,040 | 5.29% | 3,334,174 | 28.31% |
| Staff costs | | | | | 2,666,870 | 2.66% | 2,400,178 | 2.53% | | 0.00% | | 0.00% |
| Warranty expense | | | | | | 0.00% | | 0.00% | (2,418,087) | -2.95% | (1,153,562) | -9.79% |
| Gain on reversal of warranty provision | | | 2,060,536 | 6.77% | 2,589,902 | 2.59% | 1,287,883 | 1.37% | 1,291,368 | 1.57% | 1,043,958 | 8.86% |
| Amortization of intangible asset | | | | | 1,391,777 | 1.39% | 872,517 | 0.92% | 432,918 | 0.53% | 279,471 | 2.37% |
| Freight, storage & handling costs | | | | | 1,107,572 | 1.11% | 194,862 | 0.21% | 291,379 | 0.36% | 580,550 | 4.93% |
| Penalties | | | | | 762,244 | 0.76% | 710,771 | 0.75% | 888,384 | 1.08% | 776,249 | 6.59% |
| Rent expense | | | | | 639,107 | 0.64% | 469,261 | 0.49% | 394,938 | 0.48% | 206,349 | 1.75% |
| Insurance | | | | | 510,460 | 0.51% | 456,701 | 0.48% | 401,454 | 0.49% | 223,583 | 1.90% |
| Consultancy, legal & professional fees | | | | | 223,379 | 0.22% | 104,336 | 0.11% | 68,327 | 0.08% | 8,214 | 0.07% |
| Supplies & other consumables | | | | | 178,670 | 0.18% | 241,823 | 0.25% | 320,684 | 0.39% | 141,608 | 1.20% |
| Bank charges | | | | | 172,495 | 0.17% | 95,582 | 0.10% | 122,151 | 0.15% | 19,186 | 0.16% |
| Travel | | | | | 115,591 | 0.12% | 150,315 | 0.16% | 168,298 | 0.21% | 77,380 | 0.66% |
| Depreciation of property & equipment | | | | | | | | | | | | |
| Other costs | | | 98,869 | 0.32% | 141,829 | 0.14% | 122,060 | 0.13% | 16,978 | 0.02% | 173,575 | 1.47% |
| Total Cost of Sales | | | 35,343,539 | 116.13% | 82,766,666 | 82.71% | 81,766,732 | 88.15% | 68,529,937 | 83.51% | 14,215,918 | 120.70% |
| **Gross Profit(Loss)** | | | (4,910,228) | -16.13% | 17,307,529 | 17.29% | 13,148,957 | 13.85% | 13,531,647 | 16.49% | (2,438,227) | -20.70% |
| **Operating Expenses** | | | | | | | | | | | | |
| General & Administrative | $82,557 (3) | #DIV/0! | 5,672,700 (3) | 18.64% | 5,506,355 (3) | 5.50% | 4,047,646 | 4.26% | 4,649,446 (3) | 5.67% | 11,443,404 (3) | 97.16% |
| Staff cost - A. Alberto | 3,192,330 (3) | #DIV/0! | 6,622,234 (3) | 21.76% | 4,535,992 (3) | 4.53% | 4,907,558 | 5.17% | 5,279,932 (3) | 6.43% | 5,012,552 (3) | 42.56% |
| Staff cost - other | 975,293 | #DIV/0! | 6,077,305 | 19.97% | 346,939 | 0.35% | 253,407 | 0.27% | 280,871 | 0.34% | 1,825,534 | 15.50% |
| Loss on receivable from A-Alberto | 1,814,486 | #DIV/0! | 1,897,336 | 6.23% | 189,206 | 0.19% | | 0.00% | | 0.00% | 77,279 | 0.66% |
| Bad debts | 74,047 | #DIV/0! | 1,632,835 | 5.53% | 189,244 | 0.19% | 193,440 | 0.20% | 182,166 | 0.22% | 193,717 | 1.70% |
| Consultancy, legal & professional | 35,498 | #DIV/0! | 461,052 | 1.51% | 32,554 | 0.03% | 24,606 | 0.03% | 28,789 | 0.04% | | 0.00% |
| Service fees | 348,542 | #DIV/0! | 454,649 | 1.49% | 265,300 | 0.27% | 348,735 | 0.37% | 407,677 | 0.50% | 139,501 | 1.18% |
| Rental | 26,090 | #DIV/0! | 106,252 | 0.35% | 62,289 | 0.06% | 40,354 | 0.04% | 30,907 | 0.04% | 14,626 | 0.12% |
| Insurance | | | 11,737 | 0.04% | | 0.00% | | 0.00% | 18,456 | 0.02% | 337,977 | 2.87% |
| Travel expenses | 91,027 | #DIV/0! | 179,320 | 0.59% | 176,065 | 0.18% | 419,005 | 0.44% | 440,071 | 0.55% | 24,986 | 0.21% |
| Depreciation | | | | | | | | | | | 43,807 | 0.37% |
| Amortization of intangible asset | | | | | | | | | | | 224,943 | 1.91% |
| Other Expenses | 6,639,868 | #DIV/0! | 23,164,420 | 76.12% | 11,295,044 | 11.28% | 10,234,771 | 10.78% | 11,319,315 | 13.79% | 19,344,306 | 164.25% |
| Selling Expenses | | | 1,037,634 | 3.41% | 613,862 | 0.61% | 1,186,449 | 1.25% | 1,113,051 | 1.38% | 1,412,570 | 11.99% |
| | 6,639,868 | #DIV/0! | 24,201,954 | 79.52% | 11,909,006 | 11.90% | 11,421,220 | 12.03% | 12,432,366 | 15.15% | 20,756,876 | 176.24% |
| **Operating Income(Loss)** | (6,639,868) | #DIV/0! | (29,112,182) | -95.66% | 5,398,523 | 5.39% | 1,727,737 | 1.82% | 1,099,281 | 1.34% | (23,195,103) | -196.94% |

*ROBSON, PC*
*Forensic Accountants/Business Valuation Analysts*

NorthStar Aviation, LLC et al v. Aiden Burt Alberto
**NorthStar Aviation, LLC - Plaintiff**
Income Statements - NorthStar Aviation, LLC - UAE (in US Dollars)
Case Number: 1:18cv-00191-TSEJFA

| Account Classification/Name | For the Year Ended December 31, 2012 Amount | % | For the Year Ended December 31, 2013 Amount | % | For the Year Ended December 31, 2014 Amount | % | For the Year Ended December 31, 2015 Amount | % | For the Year Ended December 31, 2016 Amount | % | 9.77 Months Ended October 24, 2017 Amount | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (1) | | (1) | | (1) | | (1) | | (1) | | (1) | |
| **Other Income & Expenses** | | | | | | | | | | | | |
| Other Income/(Expense) | | | | | | | | | | | | |
| Gain on disposal of property & equipment | | | | | 31,314 | 0.03% | - | 0.00% | - | 0.00% | - | 0.00% |
| Loss on write-off of property & equipment | | | | | | | 3,892,129 | 4.10% | - | 0.00% | (144,536) | -1.23% |
| Gain on write-off of amount due to related party | | | | | | | (4,361) | 0.00% | (7,118) | -0.01% | - | 0.00% |
| Other expenses | | | | | (4,075) | 0.00% | | | | | (10,020) | -0.09% |
| | | | 4,120 | 0.01% | 27,239 | 0.03% | 3,887,768 | 4.10% | (7,118) | -0.01% | (154,556) | -1.31% |
| Finance costs | | | | | | | | | | | | |
| Interest income on fixed deposits | | | 77,579 | 0.25% | 301,048 | 0.30% | 213,810 | 0.23% | 236,006 | 0.29% | 141,394 | 1.20% |
| Interest charged by related party | | | (1,866,146) | -6.13% | (1,471,402) | -1.47% | - | 0.00% | - | 0.00% | - | 0.00% |
| Bank charges | | | (1,481,867) | -4.87% | | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Total finance costs | (685,957) | #DIV/0! | (3,270,434) | -10.75% | (1,170,354) | -1.17% | 213,810 | 0.23% | 236,006 | 0.29% | 141,394 | 1.20% |
| Total Other Income/(Expense) | (685,957) | #DIV/0! | (3,266,314) | -10.73% | (1,143,115) | -1.14% | 4,101,578 | 4.32% | 228,888 | 0.28% | (13,162) | -0.11% |
| Net Income/(Loss) | ($7,325,825) | #DIV/0! | ($32,378,496) | -106.39% | $4,255,408 | 4.25% | $5,829,315 | 6.14% | $1,328,169 | 1.62% | ($23,208,265) | -197.05% |
| Cash Flow | ($7,299,735) | | ($30,199,971) | | $7,023,190 | | $7,317,867 | | $2,837,198 | | ($22,018,154) | |

Footnotes:
(1) All dollar amounts are based upon the amounts reported in NorthStar Aviation, LLC's (UAE) consolidated financial statements, which were stated in AED (Emirati dirham) and converted to U.S. dollars based upon each year's (or period's) average of the daily conversion rates published at:   https://www.currency-converter.org.uk/currency-rates/historical/table/AED-USD.html
(2) As percent of product sales.
(3) We assumed A. Alberto's compensation was included in staff costs.  For presentation purposes, we listed Mr. Alberto's compensation separately based on his W-2 wages/payroll registers and deducted all other staff costs by subtracting Mr. Alberto's compensation from total staff costs.

*ROBSON, PC*
*Forensic Accountants/Business Valuation Analysts*

NorthStar Aviation, LLC et al v. Alden Burt Alberto
**NorthStar Aviation, LLC - Plaintiff**
**Balance Sheets - NorthStar Aviation, LLC - UAE (USD)**
Case Number: 1:18cv-00191-TSEJFA

| Account Classification/Name | December 31 2012 | December 31 2013 | December 31 2014 | December 31 2015 | December 31 2016 | October 24 2017 |
|---|---|---|---|---|---|---|
| | (1) | (1) | (1) | (1) | (1) | (1) |
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash & bank balances | $7,297,664 | $57,867,659 | $41,775,953 | $42,835,490 | $32,779,843 | $17,909,972 |
| Other receivables | 105,459 | 143,955 | 24,786,413 | 16,871,919 | 18,529,384 | 8,914,630 |
| Inventories | 33,172,535 | 57,285,351 | 42,346,445 | 22,857,704 | 5,528,545 | 92,555 |
| Due from related parties | 1,542,823 | 40,875 | 40,875 | 0 | 0 | 0 |
| Prepayments & other current assets | 16,250,050 | 17,795,237 | 19,793,252 | 12,759,037 | 2,543,054 | 729,845 |
| Total Current Assets | 58,368,531 | 133,133,077 | 128,742,938 | 95,324,150 | 59,380,826 | 27,647,002 |
| **Property & equipment** | | | | | | |
| Property & equipment | 435,388 | 569,397 | 4,474,006 | 5,349,074 | 5,429,329 | 5,568,094 |
| Accumulated depreciation | 22,305 | 123,663 | 438,947 | 850,490 | 1,289,478 | 1,628,276 |
| Net Property & Equipment | 413,083 | 445,734 | 4,035,059 | 4,498,584 | 4,139,851 | 3,939,818 |
| **Other Assets** | | | | | | |
| Intangible - software | 0 | 42,680 | 42,680 | 68,840 | 230,896 | 230,895 |
| Intangible - prototype | 1,624,232 | 10,006,301 | 10,006,321 | 10,006,301 | 10,006,321 | 10,006,289 |
| Total intangible assets | 1,624,232 | 10,048,981 | 10,049,001 | 10,075,141 | 10,237,217 | 10,237,184 |
| Accumulated amortization | 0 | 2,072,273 | 4,662,179 | 5,960,052 | 7,269,889 | 8,357,630 |
| Net intangible assets | 1,624,232 | 7,976,708 | 5,386,822 | 4,115,089 | 2,967,328 | 1,879,554 |
| Restricted cash | 0 | 195,088 | 470,531 | 0 | 0 | 0 |
| Total Other Assets | 1,624,232 | 8,171,796 | 5,857,353 | 4,115,089 | 2,967,328 | 1,879,554 |
| **Total Assets** | $60,405,846 | $141,750,607 | $138,635,350 | $103,937,823 | $66,488,005 | $33,466,374 |
| **Liabilities & Equity** | | | | | | |
| **Current Liabilities** | | | | | | |
| Trade payables | 737,116 | 1,035,232 | 1,404,431 | 1,243,335 | 715,264 | 356,713 |
| Interest payable | 685,957 | 2,552,103 | 4,023,511 | 0 | 0 | 0 |
| Employee-related accruals | 62,727 | 110,372 | 197,443 | 239,479 | 74,551 | 194,201 |
| Advances received from customers | 0 | 96,191,312 | 78,160,783 | 38,378,281 | 3,626,761 | 476,145 |
| Other accrued expenses | 60,394 | 1,320,965 | 10,007,023 | 2,499,683 | 1,353,261 | 1,418,685 |
| Apparent math error in financial statement | 0 | 79,074 | 0 | 0 | 0 | 0 |

**NorthStar Aviation, LLC et al v. Alden Burt Alberto**
**NorthStar Aviation, LLC - Plaintiff**
**Balance Sheets - NorthStar Aviation, LLC - UAE (USD)**
*Case Number: 1:18cv-00191-TSEJFA*

| Account Classification/Name | December 31 2012 | December 31 2013 | December 31 2014 | December 31 2015 | December 31 2016 | October 24 2017 |
|---|---|---|---|---|---|---|
| | (1) | (1) | (1) | (1) | (1) | (1) |
| Provision for warranty claims | 0 | 0 | 2,666,870 | 5,067,043 | 2,648,966 | 1,136,886 |
| Loan from Vulcan Mgmt Consultancy | 64,181,432 | 76,144,928 | 76,224,398 | 89,383,710 | 89,475,677 | 80,934,779 |
| Due from related parties – Vulcan Mgmt | 1,814,487 | 3,711,823 | 3,892,137 | 0 | 0 | 0 |
| Total Current Liabilities | 67,542,113 | 181,145,809 | 176,576,596 | 47,427,821 | 8,418,803 | 3,582,630 |
| **Long-term Liabilities** | | | | | | |
| Provision for employee's E-o-S benefits | 148,685 | 268,251 | 467,100 | 705,314 | 757,852 | 407,763 |
| Total Long-term Liabilities | 148,685 | 268,251 | 467,100 | 705,314 | 757,852 | 407,763 |
| **Total Liabilities** | 67,690,798 | 181,414,060 | 177,043,696 | 48,133,135 | 9,176,655 | 3,990,393 |
| **Equity** | | | | | | |
| Share capital | 40,875 | 40,875 | 40,875 | 40,875 | 40,875 | 40,875 |
| Additional shareholder contribution (Vulcan | 0 | 0 | 0 | 89,383,710 | 89,475,677 | 80,934,779 |
| Statutory reserve | 0 | 0 | 20,437 | 20,437 | 20,437 | 20,437 |
| Shareholder's account (advance to S/H) | 0 | 0 | (3,000,225) | (4,000,292) | (4,000,300) | 0 |
| Accumulated profit/(Loss) | | | | | | |
| Beginning balance | 0 | (7,325,829) | (39,704,407) | (35,469,362) | (29,640,104) | (28,225,248) (2) |
| Apparent prior-period adjustment | (1) | (1) | 0 | 2 | 0 | (86,599) |
| Current year net income/(loss) | (7,325,826) | (32,378,498) | 4,255,411 | 5,829,318 | 1,414,765 | (23,208,263) |
| Distributions | 0 | (39,704,328) | (20,437) | 0 | 0 | 0 |
| Ending balance | (7,325,827) | (39,663,453) | (35,469,433) | (29,640,042) | (28,225,339) | (51,520,110) |
| Total Equity | (7,284,952) | (39,663,453) | (38,408,346) | 55,804,688 | 57,311,350 | 29,475,981 |
| **Total Liabilities & Equity** | $60,405,846 | $141,750,607 | $138,635,350 | $103,937,823 | $66,488,005 | $33,466,374 |

**Footnotes:**

(1) All dollar amounts are based upon the amounts reported in NorthStar Aviation, LLC's (UAE) consolidated financial statements, which were stated in AED (Emirati dirham) and converted to U.S. Dollars based upon each year's (or period's) average daily conversion rates published at:
https://www.currency-converter.org.uk/currency-rates/historical/table/AED-USD.html.

(2) It is apparent from the beginning balance shown in the 2017 Consolidated Statement of Changes in Equity that an adjustment was made to retained earnings between December 31, 2016 and October 24, 2017.

NorthStar Aviation, LLC et al v. Alden Burt Alberto
NorthStar Aviation, LLC - Plaintiff
Payments to A. Alberto and Branch Counter Withdrawals
Case Number: 1:18cv-00191-TSE/FA

| Date | Drawn On | Notation on Bank Stmt | Journal Voucher Explanation | Amount | Alden/Reno Alberto | Branch Withdrawal |
|------|----------|----------------------|----------------------------|--------|-------------------|-------------------|
| 10/15/13 | Wells #**9272 | Withdrawal - branch | | $1,227,390.07 | | $1,227,390.07 |
| 08/12/16 | Wells #**9272 | Withdrawal - branch | Contractor payment (Alexa H.) | 2,000.00 | | 2,000.00 |
| 09/02/16 | Wells #**9272 | Withdrawal - branch | | 4,825.00 | | 4,825.00 |
| 10/06/16 | Wells #**9272 | Withdrawal - branch | | 3,750.00 | | 3,750.00 |
| 11/22/16 | Wells #**9272 | Withdrawal - branch | | 3,800.00 | | 3,800.00 |
| 06/02/17 | Wells #**9272 | Reno Alberto | | 4,165.00 | $4,165.00 | |
| 07/05/17 | Wells #**9272 | Reno Alberto | | 3,465.00 | 3,465.00 | |
| 08/02/17 | Wells #**9272 | Reno Alberto | | 3,514.00 | 3,514.00 | |
| 10/19/17 | Wells #**9272 | Online transfer to A. Alberto | | 550,000.00 | 550,000.00 | |
| 10/24/17 | Wells #**9272 | Withdrawal - branch | | 1,057,500.00 | | 1,057,500.00 |
| 10/26/17 | Wells #**9272 | Online transfer to A Alberto | | 42,574.77 | 42,574.77 | |
| 10/31/17 | Wells #**9272 | Withdrawal - branch | | 19,300.95 | 19,300.95 | |
| 3/24/2016 | E-NBD #9602 | Alden Alberto | | 81,400.00 | 81,400.00 | |
| 12/22/2016 | Mash #5649 | Alden Alberto | | 171,000.00 | 171,000.00 | - |
| | | Totals | | $3,174,684.79 | $875,419.72 | $2,299,265.07 |

ROBSON, PC
Forensic Accountants/Business Valuation Analysts

NorthStar Aviation, LLC et al v. Alden Burt Alberto
# NorthStar Aviation, LLC - Plaintiff
## Documents Reviewed
### Case Number: 1:18cv-00191-TSEJFA

1. Copy of amended complaint with exhibits and Order on motion to dismiss complaint.
2. Transcript of August 30, 2018 deposition of Alden Burt Alberto.
3. Income tax returns of NorthStar Aviation USA, LLC for 2012 - 2016.
4. Consolidated financial statements of NorthStar Aviation, LLC for 2012 - period ended October 24, 2017.
5. Financial statements of NorthStar Aviation USA, LLC for 2012 - 2017.
6. NorthStar letter to Deloitte & Touche confirming certain points.
7. Projected cash flow statement for NorthStar Aviation, LLC for July 2017 - March 2019.
8. Documents produced by the defendant including bonus summaries for 2014 & 2016, various financial spreadsheets, a Facts and Solutions presentation, a present and proposed compensation worksheet for Mr. Alberto, payroll tax returns and worksheets for third-quarter 2017, and a Sept 2017 bank statement for Wells Fargo account ***9272.
9. Salary slips for Nrasin Ali Tahir 2012 - August 2018 and Terry Key for 2012 - October 2017.
10. Form W-2 for Terry Key for 2017.
11. Bank statements for Vulcan Aviation, LLC's Wells Fargo Bank account #***4872 for October 2017 - July 2018.
12. VISA credit card statements for Vulcan Aviation, LLC's card # ***5828 for April & May 2018.
13. Bank statements for NorthStar Aviation, LLC's accounts # ***1001, 0001, 9604, 9603, 9602 and 9601 for January 2014 - June 2017 from ADCB Bank and Emirates NBD Banks.
14. Bank statements from NorthStar Aviation, LLC's Wells Fargo account # ***9272 for Jul 2012 - Aug 2017 & Oct 2017.
15. Bank statement from NorthStar Aviation USA, LLC's Wells Fargo account # ***8308 for October 2017.
16. Bank statements from NorthStar Aviation USA, LLC's SunTrust account # ***3773 for November-December 2017.
17. Bank statements from NorthStar Aviation USA, LLC's SunTrust account # ***3781 for November-December 2017.
18. A term loan agreement dated May 22, 2012 between Vulcan Management Consultancy, LLC and NorthStar Aviation, LLC.
19. NorthStar Aviation, LLC board resolutions dated December 15, 2015 and December 31, 2016.
20. Periodic "Present" and "Proposed" compensation sheets for Reno Alberto for Dec 2012 - Dec 2015.
21. Pay stubs for Alden Alberto for November 2012 and October 13, 2017.
22. Funds transfer documents for funds transferred to Alden Alberto.
23. Forms W-2 for Alden Alberto and Terry Key for 2012 - 2017 and 2017 for Hillary Holcomb.
24. VISA Credit card statement for NorthStar Aviation - Alden Alberto for November 2017.
25. NorthStar Aviation Journal Vouchers and supporting detail for March 2016 - June 2017.
26. NorthStar Aviation USA, LLC debit card journal vouchers with some supporting detail for November 2015 - May 2017.
27. NorthStar expense reports for Reno Alberto for June 2012 - October 2017.
28. A list of Publicly Traded Aerospace & Defense Stocks - US Exchanges published by InvestSnips at http://investsnips.com/complete-list-of-aerospace-defense-companies-listed-on-u-s-exchanges/
29. Summary tables of executive compensation from the 2017 proxy statements and summaries of selected financial data from the 2017 10-K SEC filings of: The Boeing Company; CPI Aerostructures, Inc.; Esterline Technologies Corp.; General Dynamics Corp.; Heico Corp.; Hexcel Corp.; Kaman Corp.; Lockheed Martin Corp.; Textron, Inc.; Triumph Group, Inc.; and United Technologies Corp.
30. "Executive Compensation Index - Mary 2016" (a white paper) published by the Economic Research Institute at https://downloads.erieri.com/pdf/Executive_Compensation_Index_May_2016.pdf
31. "A Guide to CEO Compensation" by Ben McClure, update May 28, 2018- 8:30 pm EDT, https://www.investopedia.com/managing-wealth/guide-ceo-compensation/
32. IRS Publication 535 (2017), Business Expenses.
33. "The Relationship Between Company Size and CEO Pay", by Kevin F. Hallock; published in WorkSpan magazine, Feb., 2011.
34. Annual Statement Studies - Financial Ratio Benchmarks - 2016-2017, published by The Risk Management Association; p. 55, p. 60, pp. 924-925 Retail - Motorcycle, ATV and All Other Motor Vehicle Dealers, pp.715-716 Manufacturing - Aircraft Manufacturing, and pp. 718-719 Manufacturing - Other Aircraft Parts and Auxiliary Equipment Manufacturing.
35. Tor Currency Exchange, Ltd. table of daily exchange rates - AED to USD - from June 10, 2009 to Sep 23, 2018 https://www.currency-converter.org.uk/currency-rates/historical/table/AED-USD.html
36. OANDA 5-year graph of AED to USD exchange rates from 2014 - September 2018, www.OANDA.com.

# LESLIE W. ROBSON, CPA, CVA, CFF
# CURRICULUM VITAE

## TITLE & LICENSURE

President of the Richmond, Virginia forensic accounting firm - Robson, PC
Licensed Certified Public Accountant
Certified Valuation Analyst – certified by the National Association of Certified
    Valuators and Analysts.
Certified in Financial Forensics – certified by the American Institute of Certified
    Public Accountants

## EDUCATION

A.S. in Business Administration from J. S. Reynolds Community College, 1976.
B.S. in Accounting from Virginia Commonwealth University, 1978.

## PROFESSIONAL ASSOCIATIONS

- American Institute of Certified Public Accountants
- Virginia Society of Certified Public Accountants
- National Association of Certified Valuation Analysts

## PROFESSIONAL EXPERIENCE AND EXPERTISE

Forty years of diversified accounting experience in auditing, financial analysis and
forensic accounting acquired in public practice and private consulting.

Substantial experience in the preparation, review and giving of expert testimony in
insurance loss claims in which accounting expertise applies, such as:

    Economic Damages Due to Disputes over Property Damage, Personal
      Injury, Wrongful Death, Breach of Contract, and Trademark Infringement,
    Defamation of Character and Wrongful Prosecution:

| | |
|---|---|
| Lost Profits | Lost Value of Business Interest |
| Business Interruption | Valuation of Inventory |
| Extra Expenses | Employee Defalcation |
| Lost Wages/Curtailed Consumption | |

    Financial Condition Evaluation in Arson & Fraud Cases
    Workers Compensation Wage Claims

Testified as an expert witness in state and federal jurisdictions in valuation, fraud
and arson issues. Testified before Virginia Industrial Commission and Maryland
Workers' Compensation Commission in Workers' Compensation issues.

Served as appraiser under property insurance contracts.

## BUSINESS EXPOSURE

Diversified business experience in numerous public and privately owned companies in various industries. A sample of assignments include:

- Analyzed and evaluated claim for lost profits by a newly formed recreational vehicle park that was delayed in opening due to late delivery of architectural and engineering plans. Researched detail of purportedly comparative lot sales at other recreational vehicle parks cited by the plaintiff in its damages calculation. Demonstrated that the plaintiff's damages claim was based on transactions that were not comparable either as to market conditions, lot size, location or park amenities. Case resolved when the plaintiff nonsuited.

- Analyzed claimed lost business value and lost profits of a Pennsylvania poultry hatchery in a promissory estoppel dispute that allegedly resulted in the failure of the hatchery business. Evaluated value and lost profits calculations of opposing expert and testified at trial.

- Analyzed financial condition of a North Carolina farm equipment retailer. Detected material amounts of unrecorded liabilities and lost dealerships that resulted in large net losses and negative cash flow. Testified at trial regarding financial condition and material misstatements in submission of the insurance claims. The court ruled in favor of insurer, affirming it's assertion of breach of contract due to arson & material misstatement.

- Analyzed repair costs and economic losses sustained by a Virginia university. The claimed damages in this third party claim exceeded $25,000,000 and included emergency measures to stabilize the buildings, costs to repair and rebuild, lost contents, and time element losses. Supported client in negotiations through mediation.

- Analyzed and testified concerning the inventory theft loss of a Virginia computer distributor. Discovered during investigation that nearly all of the claimed inventory had been shipped to an overseas customer the day before the alleged theft. Proved to the court through documentary evidence presented at trial that the plaintiff's explanation of the shipment was false and misleading.

- Analyzed and projected the loss of earnings sustained by a used book retailer with sales from both physical store locations and internet. The dispute arose due to a collapse that impacted only the internet division of the business. Testified as an expert witness called by the defense. Demonstrated at trial that one-third of the claimed sales loss was the result of an unrelated economic decline at the physical stores. Demonstrated at trial that 58% of claimed extra labor was unsupported. Court ruled for defendant.

2

- Analyzed financial condition and calculated loss of business income at numerous businesses in Virginia, North Carolina, Maryland, District of Columbia, Pennsylvania and Florida. In some of these cases, testified in federal court and in Virginia, North Carolina, Pennsylvania and Maryland state courts.

- Analyzed the lost income claims of various individuals injured or killed in automobile accidents. Advised and assisted attorney in reaching negotiated settlements and, in some cases, testified at trial.

- Performed business valuation of a Virginia answering service company in a divorce and analyzed and evaluated the value calculation of opposing expert.

## SEMINARS & PRESENTATIONS

Presentations at seminars, workshops and meetings before insurance companies, claims organizations, and the Virginia State Police on such topics as forensic accounting, financial investigation, business interruption, inventory losses, employee dishonesty and evaluating the validity of financial records.

Presentation at continuing legal education seminar – *Business Valuation, What the Litigator Should Know* for Hanover County Bar Association - October 2008 , Hampton Bar Association - April 2009 and Chesterfield County Bar Association – February 2011.

Presenter at Fall 2011 meeting of the Virginia Association of Defense Attorneys – *Non-medical Economic Damages*.

Presenter at Fall 2013 meeting of the Virginia Association of Defense Attorneys – *Lost Profits – An Element of Litigation Damages in Tort and Contract Disputes*.

## ARTICLES WRITTEN

"Business Income" (a four-part) series of articles.
      Part 1 – An Overview, *The Claimsman*, Summer 1998.
      Part 2 – Causation, *The Claimsman*, Fall 1998.
      Part 3 – Time Element Component, *The Claimsman,* Winter 1998.
      Part 4 – Accounting Concepts, *The Claimsman*, Spring 1999.

"Workers Comp – The Chase (Paper Chase) is On", *The Claimsman*, Fall 2010.

"Verifying Business Claims for Theft of Cash", *The Claimsman, Spring 2015.*

Exhibit C

## Leslie W. Robson, CPA, CVA, CFF
### Sworn Testimony Given - Last Four Years

| Deposition Date | Trial Date | Style of Case | Venue | Testified on Behalf of | Nature of Case | Status | Restrictions |
|---|---|---|---|---|---|---|---|
| | 6/26/2017 | Daniels Tire & Welding v. Auto Owners Insurance Co. | Williamsburg/James City County Circuit Court | Auto Owners Insurance | Breach of Contract | Judgment entered. | |
| 6/20/2016 | 7/20/2016 | Jerrold Ruck, Et al v. Carol Rose, et al | Henrico County Circuit Court | Jerrold Ruck | Breach of Fid./Constructive Fraud | Judgment entered. | |
| N/A | 6/13/2014 | KJG231, LLC v. HALCO, LLC, Haley Builders, Inc. & Gregory Haley | Hanover County, VA Circuit Court | KJG231, LLC | Pierce corporate shield. | Judgment entered. | |
| N/A | 6/5/2014 | Petersburg Regency, LLC v. Selective Way Insurance Co. | Bergan County, NJ Superior Court | Selective Way Ins. | Lost Profits. | Judgment entered. | |

# *Robson,* P.C.

*Forensic Accountants*
*Business Valuation Analysts*

## Fee & Expense Schedule
September 1, 2017

All services are billed on a time and expense basis.

**Fees:**

| | |
|---|---|
| Shareholder | $260.00 |
| Staff Accountant | $160.00-185.00 |
| Paraprofessional | 85.00 |
| Clerical | 35.00 |

**Expenses:**

| | |
|---|---|
| Auto Mileage | $.535/mile |
| Other Direct Expenses | Actual Amount Incurred |

All fees and expense rates are subject to revision from time to time.

*5040 Sadler Place, Suite 100    ~    Glen Allen, VA 23116*
*Phone: 804.730.3598    ~    Fax: 804.730.3599*