# Exhibit 14



Date: 08th October 2017

**Mr. ALDEN BURT ALBERTO**
Managing Director
**Northstar Aviation L.L.C**
Abu Dhabi- UAE

Dear Alden,

Sub: NOTICE OF MEETING OF DIRECTORS AND GENERAL ASSEMBLY- NORTHSTAR AVIATION L.L.C.

Considering the current circumstances and the company losses, it is imperative that some key matters need to be dealt with.

Accordingly, Notice is hereby given that a meeting of the Board of Directors followed by an Ordinary General Assembly Meeting of Northstar Aviation L.L.C will be held on Tuesday, 17th October 2017 at 05:00pm, at the Company Headquarters. During the meeting, it is anticipated that all necessary information, figures and reports be transparently presented.

**AGENDA:**

1. Audited financial statements for the year 2016 and before.
2. Decisions taken not in accordance with the company articles of association.
3. Bonus given to the company executives.
4. Amounts paid to the Chairman.
5. Company financial position, P&L and balance sheet up to 30/9/2017- unaudited.
6. Company strategy for the coming years
7. Any arisen matters.

➢ Approving of Audited Financial Statement by the General Assembly.

Managing Director, Director of Finance (as well as any other member the company's management that the MD deem necessary to attend), and the Auditors are requested to present in person.

Regards,

**Dr. Ahmed bin Saif Al Nehayan**

CC: Deloitte & Touche (M.E)
Director of Finance- NSA

Phone: +971 2 4107400
P.O Box 62127
Abu Dhabi, UAE

NSA001643