Exhibit 16

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

-----------------------------------x

NORTHSTAR AVIATION, LLC, et al.,      :

 Plaintiffs/Counterclaim Defendants,: Civil Action

             vs.                      : No. 1:18cv191-

ALDEN BURT ALBERTO,                   : TSE-JFA

  Defendant/Counterclaim Plaintiff. :

-----------------------------------x


VIDEOTAPED DEPOSITION OF SALEM ALDHAHERI

McLean, Virginia

Wednesday, November 7, 2018

9:42 a.m.


Reported by:  Elizabeth Mingione, RPR

Job No.:  44472

1   **to fill the clearance form.**

2       Q.    Okay.  Do you remember that you received an

3   e-mail from Mr. Agha before all of that took place?

4       **A.    I always get e-mails.  Yes.**

5       Q.    Okay.  Let's mark this as an exhibit.

6                     -  -  -

7             (A document was marked as Deposition

8   Exhibit 4.)

9                     -  -  -

10            BY MR. DEITCH:

11      Q.    Okay.  I'm sorry.  What exhibit is this?

12  Four.

13            You have had placed before you Exhibit 4.

14  Do you recognize that these are -- that the e-mail at

15  the bottom is an e-mail sent from Mr. Agha to you on

16  August 1, 2017?

17      **A.    Yes.**

18      Q.    And does this -- does this refresh your

19  recollection that Mr. Agha was terminated in 2017?

20      **A.    Yes.**

21      Q.    And in this e-mail Mr. Agha -- Mr. Agha

22  refers to you as Habibi.  What does it mean when

1   someone refers to another person as Habibi?

2       A.    He's Sicilian, and it's -- Habibi is like

3   My Dear.

4       Q.    It's a friendly greeting, correct?

5       A.    Yes.  Yes.  I worked with him for more than

6   five years.  Definitely he's going to be friendly.

7       Q.    And after telling you that he is being

8   terminated, Mr. Agha says, "I felt that you need to

9   know this information, especially if you were going to

10  go ahead with your plans."

11          Do you see where it says that?

12      A.    (Witness nods.)

13      Q.    You know what plans he was referring to,

14  correct?

15      A.    I know this e-mail hundred percent.  Reno

16  during -- he knows about this e-mail.  And I was in

17  Los Angeles and I contacted Reno about this e-mail.  I

18  called him over the phone.

19      Q.    You contacted Mr. Alberto about this

20  e-mail?

21      A.    Yes.  Yes.  Before I got this e-mail, Hani

22  Faraq was talking that Reno is trying to take money

1    from the company.  So he wanted to tell me about this

2    information.

3              And I heard a lot from him, and I didn't

4    mind what he was saying, because I was expecting him

5    to be fired.  Anyone who's fired, he would try to

6    cause a problem.  And I told him that I talked to Reno

7    especially, personally, and I told him there is some

8    people, one of them is Marwan and Hani, they would

9    like to damage your image in the company.

10             And he sent me this e-mail.  Marwan, before

11   that he tried to talk to me, and he wanted me to --

12   oh, okay.  That there either is money that is

13   withdrawn from the account, and that the manager is

14   the one who's withdrawing this money.

15             I told Reno about that.  I told the people

16   who are -- that they will get fired are trying to

17   damage your image in the company.  And I told him you

18   have to be careful about yourself.  And when Marwan

19   sent me this e-mail, and I met Reno in Abu Dhabi after

20   I talked to him over the phone when I was in Los

21   Angeles, he came and I told him there's some paperwork

22   that was sent to me.  If you want to see those

1  documents, I have it in my car.  He said just shred

2  them and don't worry.

3       Q.    So what you are saying is that when

4  Mr. Agha e-mailed you, just you, and referred to your

5  plans, he was really talking about his plans?

6       A.    Okay.  So --

7            MR. DEITCH:  Can you just translate what

8  he's saying?

9            INTERPRETER:  I'm very sorry.  I'm sorry.

10 Because I don't understand what he was saying, so I am

11 trying to know what he was saying.

12      A.    Okay.  So these -- all these issues come

13 from Hani and Marwan.  Okay.  And they wanted me to

14 take this image, the bad image to -- and tell this to

15 the sheikh.  And there was an attachment with this

16 e-mail.  They wanted me to take it to the sheikh.  And

17 I didn't do that.

18           And I didn't do that because I thought

19 because they were fired, so this is a response.  And

20 then it -- later on, I realized that what they were

21 saying happened in the company.

22           MR. DEITCH:  Okay.  Why don't we take a

1    break.

2              VIDEOGRAPHER:  The time is 1:58 p.m.  We

3    are going off the record.

4                        -  -  -

5              (Recessed at 1:58 p.m.)

6              (Reconvened at 2:19 p.m.)

7                        -  -  -

8              VIDEOGRAPHER:  The time is 2:19.  We are

9    back on the record.

10             BY MR. DEITCH:

11       Q.    Sir, just before we took the break, you

12   testified that later you realized that certain

13   information that you say you got from Mr. Agha and

14   Mr. Faraq actually was correct.

15             What were you referring to?

16       **A.    Did you say it was true information or no?**

17       Q.    My question is -- I'm asking you to just to

18   clarify.  You said that later you realized this was

19   true.  And I'm asking you what it was that you

20   realized later was true?

21       **A.    This case right now.**

22       Q.    Okay.  What part of it?

1      A.     The company has a contract.  And when the
2  contract is finished after July, there was a bonus
3  that was paid.  Or we can say in general in 2017 there
4  was a bonus that was paid to employees, which was very
5  high amounts of money to employees.  And the company
6  didn't have a contract or business, only the main
7  major contract.
8           And when this contract was supposed to --
9  after we finished working on this contract, this money
10 was supposed to be saved for the company to be able to
11 get more work and more business to be effective
12 operation.  And I was not supposed to pay all this
13 high amounts of bonuses and make the -- and this is
14 taken from the budget of the company.  And I have more
15 than 20 or 30 employees and their families.  And we
16 didn't -- we didn't even have enough money to pay them
17 end of service severance or anything if we stopped
18 working as a company.
19     Q.    When you are talking about bonuses in 2017,
20 are you talking about the bonuses that were paid in
21 July 2017?
22     A.    I'm talking in general of 2017.

1      Q.    Okay.  Well, Mr. Agha -- you testified

2  before that Mr. Agha gave you some information with

3  that e-mail in August of 2017, correct?

4      **A.    He gave me this e-mail with an attachment.**

5  **And I didn't pay any -- I didn't pay any mind to the**

6  **attachment.  And you can see that I didn't even answer**

7  **this e-mail, didn't even reply to this e-mail.**

8      Q.    Well, sir, my question is the information

9  that you are saying you later realized was true, was

10 that the information -- was that in the attachment to

11 this e-mail?

12     **A.    He was saying that there's money that is**

13 **going out of the company, not only in this e-mail when**

14 **Marwan sent it, even Hani when he was talking to me;**

15 **it is very obvious that the company is going down.**

16     Q.    Okay.  The information that you say that

17 you got from Mr. Agha or Mr. Faraq, was it before

18 August 1 of 2017 that you got the information from

19 them?

20     **A.    Before the e-mail, they talked to me.  Hani**

21 **was talking to me.**

22     Q.    Okay.  Do you agree that before August of

1    2017, Mr. Agha and Mr. Faraq could not tell you about

2    bonuses that people took later in 2017?

3         **A.    I don't remember anything about dates.**

4         Q.    Okay.  They weren't talking about future

5    bonuses.  They were telling you about, you say,

6    bonuses that had already been taken by Mr. Alberto and

7    other people, right?

8         **A.    They were talking about 2017, and the**

9    **problem, financial problem that we have in the**

10   **company.**

11        Q.    Let's mark this as an exhibit.

12                         -   -   -

13             (A document was marked as Deposition

14   Exhibit 5.)

15                         -   -   -

16             BY MR. DEITCH:

17        Q.    Mr. AlDhaheri, you have been handed what's

18   been marked as Exhibit 5.  This spreadsheet is part of

19   the information that Marwan Agha gave to you, isn't

20   it?

21        **A.    I don't know.  He gave me a presentation.**

22        Q.    Let's mark this as an exhibit.  So,

1   actually, before we go on to another exhibit, have you

2   seen these figures before?

3       **A.     I don't remember.**

4       Q.    Okay.  These were the bonuses that Mr. Agha

5   and Mr. Faraq were talking about, weren't they?

6           MR. STREIT:  Objection to form.

7       **A.     They were talking in general about the**

8   **money of the company.  They were not talking about**

9   **this specifically.  They were talking about the**

10  **financial position of the company in 2017.**

11      Q.    Do you remember that Mr. Agha showed you

12  these figures?

13      **A.     I don't remember.**

14          MR. DEITCH:  Okay.  Let's mark this as an

15  exhibit.

16                          -   -   -

17          (A document was marked as Deposition

18  Exhibit 6.)

19                          -   -   -

20          BY MR. DEITCH:

21      Q.    Okay.  You have been handed what's been

22  marked as Exhibit 6.

1         So do you see that on the first page of

2    Exhibit 6 is outlined a plan of changes to the

3    company?

4         **A.    Good.**

5         Q.    Do you agree that -- have you seen this

6    document before?

7         **A.    I don't remember that I saw something like**

8    **this.**

9         Q.    Okay.  Do you remember that Mr. Agha talked

10   to you about a plan to get rid of Mr. Alberto and

11   other staff, and how it would save money for the

12   company?

13        MR. STREIT:  Objection to form.

14        **A.    Nobody was a decision maker or they can**

15   **make a change.  They were just scared that the money**

16   **of the company will go away and there will be a big**

17   **damage done to the company.**

18        Q.    And because of that concern, Mr. Agha

19   wanted you to go speak to Dr. Bin Saif about it,

20   didn't he?

21        **A.    They wanted me to tell him that there will**

22   **be a financial problem in the company.  Part of the**

1    information is the presentation that he gave me.

2    Hani, Hani Faraq was doing the same thing before he

3    get terminated out of the company.  They were doing

4    the same thing.

5            All this information, I never believed any

6    of this information because I expected they are saying

7    this because this is a response to them being fired.

8    And to explain more as I said before, I remember

9    exactly that I talked to Mr. Reno Alberto when I was

10   in Los Angeles.  And I remember when was I was

11   standing -- when I was talking to him, and I told him

12   about the problem that was going on.

13           And those people are getting fired in the

14   future, so they are trying to -- they would like to

15   ruin your image.

16       Q.    Look back at Exhibit 5, please.  Do you see

17   that there's a line -- line -- it's on line 11 that

18   says July 17.  And it has payments to Mr. Alberto and

19   to Rotana Jet of $4,540,000.  Do you see that?

20           Okay.  That payment to Rotana Jet of $4.5

21   million is the payment by the check that we talked

22   about earlier today, right?

1          MR. STREIT:  Object to the form.

2      **A.     There is lot of checks that I gave to the**

3  **chairman because Reno told me to do that.  This is**

4  **like we can say profits that went to them.  And the**

5  **numbers that went to the sheikh, I can never open the**

6  **envelope and see how much was in the envelope, the**

7  **number in the envelope.**

8      Q.    Okay.  Did you ever hear Dr. Ahmed complain

9  that the amount of money he got in July 2017 was

10 excessive?

11     **A.     No, I didn't.**

12     Q.    Okay.  Let's mark this as the next exhibit

13 then.

14                    -   -   -

15          (A document was marked as Deposition

16 Exhibit 7.)

17                    -   -   -

18          BY MR. DEITCH:

19     Q.    Okay.  You have been handed what's been

20 marked as Exhibit 7.  Is this the presentation that --

21 well, strike that.

22          This is the presentation that you said Mr.

1    Agha sent to you, correct?

2              MR. STREIT:  Object to the form.

3         A.    I said he sent me a presentation, but I'm

4    not sure if this is the same one, because I didn't

5    even care about it.  And I told Reno about it.  And I

6    told him I have these documents in my car, when he was

7    in Abu Dhabi.  And I -- and I asked him if he wants me

8    to present this documents to him; he said shred those

9    documents.

10        Q.    Okay.  Do you know if anyone at all ever

11   presented this to Dr. Ahmed?

12        A.    I don't know if they presented it to him

13   without my knowledge.

14        Q.    Okay.  Let's mark this as the next exhibit.

15                        -   -   -

16             (A document was marked as Deposition

17   Exhibit 8.)

18                        -   -   -

19             BY MR. DEITCH:

20        Q.    Sir, you have been handed what's been

21   marked as Exhibit 8.

22             Is Exhibit 8 the same as Exhibit 7, except

1    it's in Arabic rather than in English?

2         A.    If this is the same presentation that

3    Marwan sent, if it is the same one, I don't remember

4    if it's the same one.  At first he send it to me in

5    English.  And then he came to me and came to other

6    employees in the company and said that Reno is taking

7    money from the company.  And I was ignoring all this

8    talk.

9              And I said this is because they are firing

10   him.  This is just a response for being fired.

11   Reaction.  So this would be from him.

12             I asked him to make the same presentation

13   Arabic language, so I would just waste his time till

14   he finish his paperwork and get fired.  Yeah.  Finish

15   the paperwork and --

16        Q.    So was the attachment to Exhibit 4, his

17   August 1 e-mail, was it any of these documents that

18   we've marked as Exhibit 5 and 6 and 7 and 8?

19        A.    I don't remember.

20        Q.    Okay.

21        A.    Because I didn't pay any attention to it.

22        Q.    Okay.  And do you know that the Arabic

1    version of this presentation, Exhibit 8, do you know

2    whether anybody ever presented it to Dr. Ahmed?

3          **A.     No.**

4          Q.     So I --

5          **A.     If they went without me knowing this, I**

6    **will not know.  If they went to the sheikh, I will not**

7    **know.**

8          Q.     Do you know, did Mr. Faraq speak frequently

9    with Dr. Ahmed?

10         **A.     The sheikh said that Hani at one time**

11   **wanted to talk with him.  And I told Reno that this**

12   **happened.**

13         Q.     And do you know did Mr. Agha frequently

14   speak with Dr. Ahmed?

15         **A.     I don't know.**

16         Q.     Sir, when -- when Mr. Agha said in his

17   e-mail to you on August 1, 2017, that he wanted to let

18   you know about this, especially if you were going to

19   go ahead with your plans, that's because Mr. Agha had

20   already spoken to you about these issues, hadn't he?

21         **A.     As I said before, they were talking to me,**

22   **not only to me, they were talking to other employees**

1    in the company about this.  And I have no relation

2    with this plan, or the presentation or all of this,

3    because I never had this information previously.  And

4    then when he was telling me go ahead with the plan,

5    the plan was to take this information to the sheikh.

6        Q.    Sir, if Mr. Agha said that he prepared

7    these presentations at your direction, would he be

8    speaking untruthfully?

9            MR. STREIT:  Object to the form.

10       A.    This is not true.  I don't have this

11   information, and I cannot get those ideas.  I didn't

12   get those ideas.  And I wasn't able to get this

13   information.

14       Q.    Okay.

15       A.    And didn't have any access to this

16   information.  And my relation with -- with the CEO was

17   more than a relation between a CEO and an employee.

18   And this is why I went to him and I talked to him

19   about that.

20       Q.    Isn't it true that Mr. Agha came to you

21   with this concern, and you asked him to prepare a

22   presentation you could take to Dr. Ahmed?

1      A.      I didn't ask him for any presentation.  And

2  this is not right, because I don't have any

3  information about those travel expenses.  And I cannot

4  decide and take decisions in the company.  And I don't

5  know how much should they save.  I am not the decision

6  maker, and I don't have any access to this

7  information.

8      Q.      So when you asked Mr. Agha to translate it

9  into Arabic, you were just doing what?

10     A.      I just wanted to waste his time so he can

11  finish his paperwork and then he can leave the

12  company, because they wanted to fire him before Hani

13  was fired.  And he knew about that.  And he knew he's

14  going to leave the company in two or three months.

15     Q.      And when you asked him to translate it into

16  Arabic, did you tell him that you were going to

17  present it to Dr. Ahmed?

18     A.      Dr. Ahmed can know whatever is written here

19  in English or in Arabic.  And I told him to write it

20  in Arabic language.  I wanted to waste his time.  And

21  I wanted him to be confident that I will go to the

22  sheikh and tell him, so he would not talk to the

1    others about what's going on.

2        Q.    Are you -- have you seen the complaint, the

3    amended complaint that was filed in this case?

4        A.    I don't remember.

5        Q.    Okay.  Are you familiar -- are you aware

6    that one of the accusations in this case is that Mr.

7    Alberto was trying to steal equipment from NorthStar

8    Aviation?

9        A.    I knew that there's some equipment that

10   were going to leave Abu Dhabi and come here to the

11   United States.  And this is -- this was per the

12   guidelines of Terry.

13       Q.    Okay.  And at the time in October 20 --

14   excuse me.  In October 2017, you were aware that a

15   shipping container was being brought to load up with

16   that equipment?

17       A.    The container gets into a hangar.  And the

18   hangar is at the airport.  It's impossible for

19   anything that comes out of the airport, unless they

20   contact me in my department -- for me or anybody who's

21   worked on that -- me or any of my assistants to

22   process this.  So I knew that.

1                    C E R T I F I C A T E

2    UNITED STATES OF AMERICA  )

3                             ss:

4    COMMONWEALTH OF VIRGINIA  )

5              I, ELIZABETH MINGIONE, Notary Public within

6    and for the Commonwealth of Virginia do hereby

7    certify:

8              That the witness whose deposition is

9    hereinbefore set forth was duly sworn, and that the

10   within transcript is a true record of the testimony

11   given by such witness.

12             I further certify that I am not related to

13   any of the parties to this action by blood or marriage

14   and that I am in no way interested in the outcome of

15   this matter.

16             IN WITNESS WHEREOF, I have hereunto set my

17   hand this _____day of _____, 20_____.

18

19                        _____

20   Notary Registration No. 104119

21   My Commission Expires:

22   May 31, 2019

# ERRATA SHEET FOR THE TRANSCRIPT OF:

Caption:     Northstar Aviation, LLC, et al. v. Alden Burt Alberto
Deponent:  Salem Aldhaheri
Dep. Date: November 7, 2018

I wish to make the following changes for the following reasons:

| Pg.:Ln. | Now Reads | Should Read | Reasons Therefor |
|---|---|---|---|
| 14:18 | "I was responsible of a part of the army" | "I was responsible for a department in the army" | Translation error |
| 16:8 | Renaldo | Reno | Translation error |
| 20:19 | Alkabi | Alkaabi | Translation error |
| 21:16 | RT | R2 | Translation error |
| 22:4 | Armed Forces | Air Force | Translation error |
| 39:10 | This is privacy | This is private | Translation error |
| 43:13 | Dissoluted | Dissolved | Translation error |
| 47:7 | Preliminary contract | First contract | Translation error |
| 47:8-9 | The company that would supply | The vendors that supplied | Translation error |
| 47:15 | I told them | I told him | Translation error |
| 50:4 | Or for aviation | And for aviation | Translation error |
| 50:5 | Supplies | Defusers | Translation error |
| 55:15 | I have very | I travel a lot | Translation error |
| 58:15 | The information | The employment report | Translation error |
| 58:17 | I'm sorry, I misspoke | Interpreter: I'm sorry, I misspoke | Transcription error |
| 59:5 | The right name | The right translation | Translation error |
| 61:8 | And I had to -- | And I had to give it to him | Transcription error |
| 61:9 | The company would -- | The company would give him | Transcription error |
| 61:12 | This happened it | This happened I | Transcription error |
| 61:12 | --it-- | Do anything | Transcription error |

| Pg.:Ln. | Now Reads | Should Read | Reasons Therefor |
|---|---|---|---|
| 63:20 | Not in order | Not in the right order | Translation error |
| 67:3 | Fundamental contract | Power of attorney | Translation error |
| 67:3 | Foundation | Foundational | Translation error |
| 70:20 | I don't remember he | I don't remember if he | Translation error |
| 70:21 | I gave it to him | Or if I gave it to him | Translation error |
| 75:7 | He would try | He would help to | Translation error |
| 75:10 | Sometimes I had Roumi | Before I had Roumi | Translation error |
| 75:10 | Sometimes I had Khalid | Now I have Khalid | Translation error |
| 77:8 | Tell to Alberto that | Tell Alberto how | Translation error |
| 80:21 | He | Ali | Translation error |
| 83:11 | Right now | Today | Translation error |
| 84:19 | Register | Sponsor | Translation error |
| 91:20 | At the airport | Stopped at the airport | Translation error |
| 107:19-20 | He/he's | She/She's | Translation error |
| 108:1 | Allison | Alexa | Translation error |
| 147:4 | The airplanes | The helicopters | Translation error |
| 147:7 | Got out of the company | Got within the company | Translation error |
| 147:13 | Coming from the Iraq | Going for the Iraq | Translation error |

ESS

SIGNATURE OF THE WITNES

this __12__ day of __Dec_____, 20_18_.