



October 25th, 2017

Sheikh Ahmed Bin Saif Bin Mohamed Al Nahyan

NorthStar Aviation L.L.C., Abu Dhabi /Rotana Jet Aviation LLC

P.O. Box 8096

Abu Dhabi, U.A.E.

Dear Dr. Sh. Ahmed bin Saif bin Mohamed Al Nahyan,

To the shareholders of NorthStar Aviation L.L.C in Abu Dhabi, being Rotana Jet Aviation LLC, having its registered office at Airport Road, Bateen Airport, Abu Dhabi Island, United Arab Emirates:

Having received your Revocation of Power of Attorney, effective October 19th, 2017, I am submitting my resignation as Chief Executive Officer on behalf of NorthStar Aviation L.L.C a limited liability company, duly incorporated in Abu Dhabi (Rotana Jet Aviation LLC), effective October 25th, 2017.

**The customer has been notified that all activities associated with NorthStar Aviation USA LLC's Technical Assistance Agreement TA-3671-12, as amended will cease effective October 25, 2017.** These activities include, but are not limited to: the performance of defense services, exports of technical data to any foreign persons in the United States or the United Arab Emirates and the export/import of items subject to the International Traffic In Arms Regulations.

Additionally, no exports of controlled materials will take place either from the United States to the United Arab Emirates or the United Arab Emirates to the United States. This includes items being returned to the United States for repair under the authority of ITAR Exemption 22 CFR 123.4(a)(1). NorthStar Aviation USA LLC maintains a zero-tolerance policy with regards to violations of U.S. export/import laws under the International Traffic In Arms Regulations (U.S. Department of State) and the Export Administration Regulations (U.S. Department of Commerce).

Sincerely,




Reno Alberto

CC: Magda Talkhan

mtalkhan@absh.ae

NorthStar Aviation USA, L.L.C. - 1775 Tysons Blvd – Suite 5 - Tysons, VA 22102
Tel: +1 (703) 663 1752 - Fax: +1 (703) 388 0273 - www.usanstar.com

NSA000408