Exhibit 18


| Prepared For | NORTHSTAR AVIATION ALDEN ALBERTO |
|---|---|
| Account Number | 9544 |
| Statement Closing Date | 11/24/17 |
| Days in Billing Cycle | 30 |
| Next Statement Date | 12/26/17 |
| Credit Line | $30,000 |
| Available Credit | $0 |

For 24-Hour Customer Service Call:
800-225-5935

Inquiries or Questions:
Wells Fargo SBL  PO Box 29482
Phoenix, AZ 85038-8650

Payments:
Payment Remittance Center PO Box 77033
Minneapolis, MN 55480-7733

## Payment Information

| New Balance | $0.00 |
|---|---|
| Current Payment Due (Minimum Payment) | $0.00 |
| Current Payment Due Date | 12/15/17 |

## Account Summary

| Previous Balance | | $71.30 |
|---|---|---|
| Credits | - | $2,437.98 |
| Payments | - | $26,507.90 |
| Purchases & Other Charges | + | $28,874.58 |
| Cash Advances | + | $0.00 |
| Finance Charges | + | $0.00 |
| New Balance | = | $0.00 |

This Account is closed to future transactions.

## Rate Information

Your rate may vary according to the terms of your agreement.

| TYPE OF BALANCE | ANNUAL INTEREST RATE | DAILY FINANCE CHARGE RATE | AVERAGE DAILY BALANCE | PERIODIC FINANCE CHARGES | TRANSACTION FINANCE CHARGES | TOTAL FINANCE CHARGES |
|---|---|---|---|---|---|---|
| PURCHASES | 28.990% | .07942% | $0.00 | $0.00 | $0.00 | $0.00 |
| CASH ADVANCES | 28.990% | .07942% | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | | | | $0.00 | $0.00 | $0.00 |

## Transaction Details

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|
| 10/26 | 10/26 | 24210739Q0FF8S5ER | COLONIAL PARKING#567/517 MCLEAN VA | | 12.00 |
| 10/26 | 10/26 | 24210739Q0FF8W9S9 | COLONIAL PARKING#567/517 MCLEAN VA | | 12.00 |
| 10/26 | 10/26 | 24435659Q61JMWABS | BERGSTROM ATTORNEYS TRUS 703-291-3312 VA | | 5,000.00 |
| 10/26 | 10/26 | 24435659Q61JM3X3F | BERGSTROM ATTORNEYS PLLC 703-291-3312 VA | | 1,140.00 |
| 10/26 | 10/26 | 24692169B5SVTF73N | IN *PETER BALCIUNAS CREAT321-5362067 FL | | 5,000.00 |
| 10/27 | 10/27 | 24071059EQJSQR26N | 8285 EXTRA SPACE STORA MCLEAN VA | | 4.33 |
| 10/27 | 10/27 | 24210739D0FMEJK71 | COLONIAL PARKING#567/517 MCLEAN VA | | 6.00 |
| 10/27 | 10/27 | 24431069DWESN7TDD | AMERICAN AIR0012155736218 FORT WORTH TX | | 314.20 |

See reverse side for important information.

5596   0002 YTG        1     7    18    171124   0        C    PAGE 1 of 4       10    5921   0600   BXDI   01DQ5596              3262

---- DETACH HERE ----
Detach and mail with check payable to "Wells Fargo" to arrive by Current Payment Due Date.

## Make checks payable to: Wells Fargo

| Account Number | 9544 |
|---|---|
| New Balance | $0.00 |
| Total Amount Due (Minimum Payment) | $0.00 |
| Current Payment Due Date | 12/15/17 |

95440

Print address or
phone changes:



## Transaction Details

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|
| | | 11/03/17 | ALBERTO/ALDEN | | |
| | | 1 AA I | ORLANDO   WASHINGTON | | |
| 10/27 | 10/27 | 24435659D61JMZQ0F | BERGSTROM ATTORNEYS TRUS 703-291-3312 VA | | 10,000.00 |
| 10/27 | 10/27 | 24692169D5SJWQV9E | THE UPS STORE 0045 MC LEAN VA | | 85.57 |
| 10/27 | 10/27 | 24692169D5SWK147A | UNITED   0162371392061800-932-2732 TX | | 641.20 |
| | | 11/01/17 | HOLCOMBE/HILLARY | | |
| | | 1 UA M | WASHINGTON   ORLANDO | | |
| 10/27 | 10/27 | 24692169D5SWK1472 | UNITED   0162371392060800-932-2732 TX | | 641.20 |
| | | 11/01/17 | ALBERTO/ALDENBURT | | |
| | | 1 UA M | WASHINGTON   ORLANDO | | |
| 10/28 | 10/28 | 74856209E0A99K10L | ONLINE PAYMENT | 11,211.30 | |
| 10/29 | 10/29 | 24164079F31T99811 | STAPLES   00109090 VIENNA VA | | 64.06 |
| 10/29 | 10/29 | 24210739F0F4QPVMH | COLONIAL PARKING#567/517 MCLEAN VA | | 3.00 |
| 10/30 | 10/30 | 24210739G0FALYP6L | COLONIAL PARKING#567/517 MCLEAN VA | | 6.00 |
| 10/30 | 10/30 | 24692169G5SANFQQ4 | THE UPS STORE 0045 MC LEAN VA | | 259.23 |
| 10/31 | 10/31 | 24692169H5V41M9XX | STARBUCKS STORE 50368 ASHBURN VA | | 9.54 |
| 11/01 | 11/01 | 24692169J5STP5LJE | STARBUCKS C24 IAD DULLES VA | | 13.88 |
| 11/01 | 11/01 | 24755429H4PVHJD47 | WALDORF ASTORIA ORLNDO 407-5975500 FL | | 485.89 |
| 11/01 | 11/01 | 24755429H4PVHJQ0X | WALDORF ASTORIA ORLNDO 407-5975500 FL | | 485.89 |
| 11/02 | 11/02 | 24427339JLYK056QG | PANERA BREAD #3328 ORLANDO FL | | 31.69 |
| 11/03 | 11/03 | 24210739L5SE2E3G8 | ZAZA CUBAN COFFEE CAFE ORLANDO FL | | 4.97 |
| 11/03 | 11/03 | 24210739L5SE2E33S | ZAZA CUBAN COFFEE CAFE ORLANDO FL | | 20.68 |
| 11/03 | 11/03 | 24391219KHV110PP8 | HERTZ RENT-A-CAR ORLANDO FL | | 641.09 |
| 11/03 | 11/03 | 24431069L2MDF0B2P | HNDISCOVER ST310 ORLANDO FL | | 12.07 |
| 11/04 | 11/04 | 24755429L7M0J5HQF | WALDORF ASTORIA ORLNDO ORLANDO FL | | 674.88 |
| 11/04 | 11/04 | 24755429L7M0J5HQ7 | WALDORF ASTORIA ORLNDO ORLANDO FL | | 485.89 |
| 11/05 | 11/05 | 24692169M5V0GBXBJ | SQ *GOLDEN LIMO SERVICE McLean VA | | 150.00 |
| 11/05 | 11/05 | 74856209N0A91Y8V7 | ONLINE PAYMENT | 13,075.68 | |
| 11/07 | 11/07 | 24906419P1BAWPT6B | CL *Trip Charges TRIPCHRG.COM VA | | 231.34 |
| 11/07 | 11/07 | 74856209R0A98RP4L | ONLINE PAYMENT | 1,989.58 | |
| 11/09 | 11/09 | 74856209T0A96DDRP | ONLINE PAYMENT | 231.34 | |
| 11/16 | 11/16 | F592100A4000SF339 | ADJUSTMENT-PURCHASES | 1,218.99 | |
| 11/16 | 11/16 | F592100A4000SF340 | ADJUSTMENT-PURCHASES | 1,218.99 | |
| 11/16 | 11/16 | 2449398A0P8G8M7JG | AT&T K022 10765 WWW.ATT.COM PA | | 1,218.99 |
| 11/16 | 11/16 | 2449398A0P8G8M8B1 | AT&T K022 10765 WWW.ATT.COM PA | | 1,218.99 |

## Wells Fargo News

EFFECTIVE IMMEDIATELY, THE ADDRESS YOU'VE BEEN SENDING YOUR PAYMENT TO HAS CHANGED.
PLEASE SEND ALL FUTURE PAYMENTS TO:
**PAYMENT REMITTANCE CENTER PO BOX 77033 MINNEAPOLIS, MN 55480-7733**
IN ORDER TO ENSURE ON TIME PAYMENTS, YOU MUST USE THIS ADDRESS FOR ALL FUTURE PAYMENTS.