
Exhibit 27



NSA000189















Message

**From:** Reno alberto (USANSTAR) [ralberto@usanstar.com]
**Sent:** 2/14/2017 3:54:42 PM
**To:** Reno alberto (USANSTAR) [ralberto@usanstar.com]
**Subject:** Egypt Note
**Attachments:** IMG_9876.JPG; ATT00001.txt

NSA014807

2/12/17


www.fairmont.com

To the King of Egypt,

I am certain many moons ago, you once ruled Egypt, and I am certain that you will rule again.

You are a true conqueror and a passionate fighter.

I love you,
Lex