Exhibit 28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

------------------------------------x

NORTHSTAR AVIATION, LLC, et al.,      :

 Plaintiffs/Counterclaim Defendants,: Civil Action

            vs.                       : No. 1:18cv191-

ALDEN BURT ALBERTO,                   : TSE-JFA

 a/k/a Reno Alberto,                  :

  Defendant/Counterclaim Plaintiff. :

------------------------------------x


VIDEOTAPED DEPOSITION OF BRUCE BENESH

Leesburg, Virginia

Monday, November 26, 2018

9:24 a.m.




Reported by:  Elizabeth Mingione, RPR

No. 44598

1  Exhibit 2.)

2                       - - -

3       BY MR. STREIT:

4       Q.    Mr. Benesh, I'm showing you now a document

5  that's been marked for identification as Exhibit

6  Number 2.  And like Exhibit 1, it's got a little

7  thickness to it.  So I'll let you review it as much as

8  you like before I ask you some questions about it.

9       **A.    Yes.**

10      Q.    Okay.  Have you ever seen Exhibit 2 before?

11      **A.    Yes, I have.**

12      Q.    And is it your understanding that Exhibit 2

13 is Mr. Robson's report to which your report at least

14 partially was responding?

15      **A.    Yes.**

16      Q.    Okay.  Let's get some more definitions out

17 of the way.  I know a moment ago, in response to an

18 earlier question, you used the term liquidity.  And

19 I've heard that term a lot over the years, but since

20 I'm not an accountant, would you please tell us what

21 you mean when you use the word liquidity?

22      **A.    Yeah.  It would be -- liquidity would be**

1  the cash that you would have on the balance sheet or
2  other short-term instruments that can be turned into
3  -- into cash, and the -- the on-drawn amounts in your
4  -- in your debt instrument or your revolvers.
5       Q.    Okay.  Is it fair to characterize liquidity
6  as a company's ability with the cash and maybe other
7  liquid assets that it has to pay its obligations that
8  are currently due?
9       A.    And the on-drawn amount on your -- on your
10 bank, yeah, or your revolver.
11      Q.    Okay.  Okay.  On page 2 -- if you refer
12 back to Exhibit 1, on page 2 of your report, you
13 stated -- let's see if I can find it for you -- at the
14 top of that page, you --
15      A.    Page 2?
16      Q.    Yes.  You stated that the return on
17 investment for NorthStar's shareholders at the time
18 that Mr. Alberto left the company was $74,700,093; is
19 that right?
20      A.    Yes.
21      Q.    Okay.  And that figure was calculated based
22 on a book value multiple of 2.01; is that correct?

1                ACKNOWLEDGMENT OF DEPONENT

2

3          I, _____, do hereby

4   acknowledge that I have read and examined the

5   foregoing testimony, and the same is a true, correct

6   and complete transcription of the testimony given by

7   me, and any corrections appear on the attached Errata

8   Sheet signed by me.

9

10  _____      _____

11     (DATE)                       BRUCE BENESH

12

13             NOTARIZATION   (If Required)

14  State of _____

15  County of _____

16  Subscribed and sworn to (or affirmed) before me on

17  this _____ day of _____, 20_____, by

18  _____, proved to me on the

19  basis of satisfactory evidence to be the person who

20  appeared before me.

21  Signature: _____

22                           (Seal)

```
 1                C E R T I F I C A T E
 2  UNITED STATES OF AMERICA  )
 3                  ss:
 4  COMMONWEALTH OF VIRGINIA  )
 5            I, ELIZABETH MINGIONE, Notary Public within
 6  and for the Commonwealth of Virginia do hereby
 7  certify:
 8            That the witness whose deposition is
 9  hereinbefore set forth was duly sworn, and that the
10  within transcript is a true record of the testimony
11  given by such witness.
12            I further certify that I am not related to
13  any of the parties to this action by blood or marriage
14  and that I am in no way interested in the outcome of
15  this matter.
16            IN WITNESS WHEREOF, I have hereunto set my
17  hand this _____day of _____, 20_____.
18
19                              _____
20  Notary Registration No. 104119
21  My Commission Expires:
22  May 31, 2019
```

# ERRATA SHEET FOR THE TRANSCRIPT OF:

Caption: Northstar Aviation, LLC, et al. v. Alden Burt Alberto
Deponent: Bruce Benesh
Dep. Date: November 26, 2018

I wish to make the following changes for the following reasons:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 75 | 3 | into cash, and the- the on drawn amounts in your | into cash, and the undrawn amounts in your | Clarification |
| 75 | 10 | bank, yeah, or your revolver | bank line or your revolver | Clarification |
| 90 | 20 | significantly had anything in the market, and in our | significantly higher than anything in the market and in our | Clarification |
| 114 | 14 | I had a - about a thousand hours when I | I have had several thousand hours when I | Reflects number over career |
| 139 | 24 | peer group we had through 2000-2017, and and they have | peer group we had through 2013-2017, and they have | Actual dates |
| 180 | 21 | Oh, over. Over on page 414, okay, it lists | Oh, over. Over on page 4, ok, it lists | Correct page |

*Robbie L. Diamond*
SIGNATURE OF THE WITNESS

*B. R. Benesh*
12-13-2018

this 13th day of December, 2018.

ROBBIE L. DIAMOND
Notary Public, State of South Carolina
My Commission Expires 3/20/2024