# EXHIBIT 31

| Message | |
|---|---|
| From: | Magda Talkhan [mtalkhan@rotanajet.ae] |
| Sent: | 11/20/2017 11:47:39 AM |
| To: | Salem AlDhaheri (NSA) [saldhaheri@nstar.ae]; Magda Talkhan [mtalkhan@absh.ae] |
| Subject: | RE: ▇▇▇ Letter |

Not only the letter of Friday was addressed to Lyle. The letter of 3rd November 2017 in which they told him he is not listed as senior official of NSA active registration with DTCC, was as well addressed to Lyle.

Anyways, I was just wondering if we should get a further confirmation or not. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I will take this as a confirmation from you.

---

**From:** Salem AlDhaheri (NSA) [mailto:SalDhaheri@nstar.ae]
**Sent:** 20 November 2017 14:38
**To:** Magda Talkhan; Magda Talkhan
**Subject:** RE: ▇▇▇ Letter

The letter that I sent you a copy of on Friday for your records, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ We originally asked for two things: 1. For Lyle to be added as the senior officer (and Mr. Alberto to be removed) and 2. For the address to be changed to our location in Florida.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ which were answered in the letter provided by Rotana Jet and signed by HH.

This latest letter is simply the acknowledgement that the requested changes have been made. Because the letter is addressed to Lyle, that means he is considered in their system to be the Senior Officer of NSA USA. Also ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ So, both changes have been made.

Salem AlDhaheri
Senior Vice President, Corporate
P.O. Box. 62127, Abu Dhabi, UAE

dir.  +971 (2) 4107555
fax.  +971 (2) 6810690
mob.  +971 (50) 3136363
email.  saldhaheri@nstar.ae



---

**From:** Magda Talkhan [mailto:mtalkhan@rotanajet.ae]
**Sent:** Sunday, November 19, 2017 12:01 PM
**To:** Salem AlDhaheri (NSA) <SalDhaheri@nstar.ae>; Magda Talkhan <mtalkhan@absh.ae>
**Subject:** RE ▇▇▇ Letter

Dear Salem,

Once I received your email I acknowledge received as per my below email. However, in reading the attachments, following was noted:
- The change of address has been updated.
- As for Lyle, Their letter of 3Nov 2017, explicitly stated that he is not currently listed as a senior official in NSA ████████████████████████████████████████████████████████████████████████████████████
- As per the attachments, the answers were sent, signed by HH on Rotan Letter-head.
- Now, have we got a letter of confirmation, in replying to our letter containing the answers? Or we don't need such confirmation and he is considered complied and confirmed? Kindly advice.

Thank you& bet regards,
Magda

---

**From:** Magda Talkhan
**Sent:** 19 November 2017 11:39
**To:** 'Salem AlDhaheri (NSA)'; Magda Talkhan
**Subject:** RE: ███ Letter

Dear Salem,
Well noted with thanks.
Kind regards,
Magda

---

**From:** Salem AlDhaheri (NSA) [mailto:SalDhaheri@nstar.ae]
**Sent:** 19 November 2017 11:36
**To:** Magda Talkhan; Magda Talkhan
**Subject:** ███ Letter

Dear Magda,
Attached the response letter ████████████████████ the Senior Officer Lyle and to change the address to our Florida location. Both of those requests have been completed. This means that Mr. Alberto's name has been removed and Lyle is now listed as the Senior Officer for NSA USA with the U.S. Department of State. Our licenses and TAA are fine and active

Regards,

Salem AlDhaheri
Vice President,
P.O. Box. 62127, Abu Dhabi, UAE

| | |
|---|---|
| dir. | +971 (2) 4107555 |
| fax. | +971 (2) 6810690 |
| mob. | +971 (50) 6151732 |
| | +971 (50) 3136363 |
| email. | saldhaheri@nstar.ae |


NorthStar AVIATION