**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| NORTHSTAR AVIATION L.L.C., *et al.*, | ) |
| Plaintiffs/Counterclaim Defendants, | ) |
| v. | ) C.A. No. 1:18cv-00191-TSE-JFA |
| ALDEN BURT DEFENDANT ALBERTO, a/k/a Reno Defendant Alberto, | ) |
| Defendant/Counterclaim Plaintiff. | ) |

**PLAINTIFFS'/COUNTERCLAIM DEFENDANTS' MOTION *IN LIMINE* WITH RESPECT TO REFLEX RESPONSES MANAGEMENT CONSULTANCY, L.L.C.**

COMES NOW, Plaintiffs/Counterclaim Defendants NorthStar Aviation L.L.C. and NorthStar Aviation USA, LLC ("Plaintiffs") move the Court *in limine* to preclude Defendant/Counterclaim Plaintiff Alden Burt Defendant Alberto's ("Defendant"), including Defendant's attorneys and witnesses, from mentioning or averring to, in the presence of the jury, either directly or indirectly, upon voir dire, statement of the case, interrogation of the witnesses, argument, objections before the jury, or by any other means or manner any of the matters set forth below.

Plaintiffs further request that attorneys be specifically instructed to inform all of Defendant's witnesses not to volunteer, inject, disclose, state or mention in the presence of the jury any of the matters enumerated below.

Plaintiffs maintain that the following matters are generally inadmissible, irrelevant, and prejudicial to Plaintiffs' right to a fair and impartial trial. Violation of any or all of these instructions will constitute harm to Plaintiffs and will deprive Plaintiffs of a fair and impartial trial.

Plaintiffs request that the Court instruct all counsel that the failure to abide by such Order of the Court may constitute contempt.

\* \* \* \* \*

1. Documents involving Reflex Responses Management Consultancy, L.L.C. ("R2"), namely, (1) contracts, (2) governing documents, and/or (3) financial records. Plaintiffs move to exclude any and all arguments, evidence, testimony (including expert testimony), and/or references regarding, or inquiries attempting to elicit testimony regarding these documents.

\* \* \* \* \*

This motion is made under the provisions of Federal Rule of Evidence and is based upon the supporting Memorandum of Points and Authorities, the pleadings and papers on file in this action, and upon such of the argument and evidence as may be presented prior to or at the hearing of this matter.

|   |   |
|---|---|
| Dated: February 7, 2019 | Respectfully submitted, |
| | NORTHSTAR AVIATION, L.L.C. and<br>NORTHSTAR AVIATION USA LLC |
| | By: DUNLAP BENNETT & LUDWIG PLLC |
| | /s/ Kevin T. Streit<br>Of Counsel |
| Thomas M. Dunlap (VSB No. 44016)<br>Ellis L. Bennett (VSB No. 71685)<br>Ben S. Barlow (VSB No. 67933)<br>Mary E. Witzel (VSB No. 88117)<br>Eric L. Olavson (VSB No. 87872)<br>DUNLAP BENNETT & LUDWIG PLLC<br>211 Church Street SE<br>Leesburg, Virginia 20175<br>(703) 777-7319<br>(703) 777-3656 (facsimile) | Kevin T. Streit (VSB No. 45024)<br>Kyle C. Harrison (VSB No. 44141)<br>DUNLAP BENNETT & LUDWIG PLLC<br>8003 Franklin Farms Drive, Suite 220<br>Richmond, Virginia 23229<br>(804) 823-7776<br>(804) 977-2680 (facsimile)<br>kstreit@dbllawyers.com<br>kharrison@dbllawyers.com |

tdunlap@dbllawyers.com
ebennett@dbllawyers.com
bbarlow@dbllawyers.com
mwitzel@dbllawyers.com
eolavson@dbllawyers.com

Noah Fontanez, Esquire, *Pro Hac Vice*
DUNLAP BENNETT & LUDWIG PLLC
616 South Boston Avenue, Suite 600
Tulsa, Oklahoma 74119
(918) 505-7851
(918) 505-7851 (facsimile)
nfontanez@dbllawyers.com

Sarah C. Aviles (VSB No. 86031)
DUNLAP BENNETT & LUDWIG PLLC
8300 Boone Boulevard, Suite 550
Vienna, Virginia 22182
(703) 777-7319
(703) 777-3656 (facsimile)
saviles@dbllawyers.com

*Counsel for Plaintiffs/Counterclaim Defendants*

CERTIFICATE OF SERVICE

      I hereby certify that on this, the 7th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following:

    Declan Leonard, Esq.
    Clyde E. Findley, Esq.
    Nicholas R. Johnson, Esq.
    David Deitch, Esq.
    Samantha Collins, Esq.
    Berenzweig Leonard LLP
    8300 Greensboro Drive, Suite 1250
    McLean, Virginia 22102
    dleonard@berenzweiglaw.com
    cfindley@berenzweiglaw.com
    njohnson@berenzweiglaw.com
    ddeitch@berenzweiglaw.com
    scollins@berenzweiglaw.com
    *Counsel for defendant/counterclaim plaintiff Alden Burt Defendant Alberto*

                          /s/ Kevin T. Streit
                    Kevin T. Streit  (VSB No. 45024)
                    Dunlap Bennett & Ludwig, PLLC
                    8003 Franklin Farms Drive, Suite 220
                    Richmond, Virginia 20175
                    (804) 823-7776
                    (804) 977-2680 (facsimile)
                    kstreit@dbllawyers.com
                    *Counsel for Plaintiffs/Counterclaim Defendants*