IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

NORTHSTAR AVIATION L.L.C., *et al.*,    )
                                        )
    Plaintiffs/Counterclaim Defendants,  )
                                        )
v.                                      )
                                        )    C. A. No. 1:18cv191-TSE-JFA
ALDEN BURT ALBERTO,                     )
    a/k/a Reno Alberto,                )
                                        )
    Defendant/Counterclaim Plaintiff.  )
                                        )

**PLAINTIFFS'/COUNTERCLAIM DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE TESTIMONY FROM DEFENDANT'S/COUNTERCLAIM PLAINTIFF'S <u>RETAINED EXPERT, BRUCE BENESH</u>**

Plaintiffs/Counterclaim Defendants NorthStar Aviation L.L.C. and NorthStar Aviation USA, LLC (collectively, "NorthStar") move *in limine* to exclude testimony at trial from Defendant/Counterclaim Plaintiff Alden Alberto's ("Alberto") expert, Bruce Benesh. As discussed in NorthStar's supporting memorandum of law, incorporated herein by reference, the opinion offered by Mr. Benesh does not meet the standards of relevance and reliability required under Rules 702 and 703 of the Federal Rules of Evidence and controlling legal precedent, and Alberto, therefore, cannot meet his burden of demonstrating that opinion's admissibility. To the extent Mr. Benesh purports to rebut the opinion offered in this action by NorthStar's expert, Leslie Robson, Mr. Benesh also fails to qualify as a rebuttal witness. For these reasons, Mr. Benesh's testimony should be excluded.

Dated: February 7, 2019

Respectfully submitted,

NORTHSTAR AVIATION L.L.C. and
  NORTHSTAR AVIATION USA, LLC

By: DUNLAP BENNETT & LUDWIG PLLC


      /s/ Kevin T. Streit
         Of Counsel

| | |
|---|---|
| Thomas M. Dunlap  (VSB No. 44016) | Kevin T. Streit  (VSB No. 45024) |
| Ellis L. Bennett  (VSB No. 71685) | Kyle C. Harrison  (VSB No. 44141) |
| Ben S. Barlow  (VSB No. 67933) | DUNLAP BENNETT & LUDWIG PLLC |
| Mary E. Witzel (VSB No. 88117) | 8003 Franklin Farms Drive, Suite 220 |
| Eric L. Olavson (VSB No. 87872) | Richmond, Virginia 23229 |
| DUNLAP BENNETT & LUDWIG PLLC | (804) 823-7776 |
| 211 Church Street SE | (804) 977-2680 (facsimile) |
| Leesburg, Virginia 20175 | kstreit@dbllawyers.com |
| (703) 777-7319 | kharrison@dbllawyers.com |
| (703) 777-3656 (facsimile) | |
| tdunlap@dbllawyers.com | |
| ebennett@dbllawyers.com | |
| bbarlow@dbllawyers.com | |
| mwitzel@dbllawyers.com | |
| eolavson@dbllawyers.com | |

| | |
|---|---|
| Noah Fontanez, Esquire, *Pro Hac Vice* | Sarah C. Aviles (VSB No. 86031) |
| DUNLAP BENNETT & LUDWIG PLLC | DUNLAP BENNETT & LUDWIG PLLC |
| 616 South Boston Avenue, Suite 600 | 8300 Boone Boulevard, Suite 550 |
| Tulsa, Oklahoma 74119 | Vienna, Virginia 22182 |
| (918) 505-7851 | (703) 777-7319 |
| (918) 505-7851 (facsimile) | (703) 777-3656 (facsimile) |
| nfontanez@dbllawyers.com | saviles@dbllawyers.com |

*Counsel for Plaintiffs/Counterclaim Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this, the 7th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following:

>Declan Leonard, Esq.
>Clyde E. Findley, Esq.
>Nicholas R. Johnson, Esq.
>David Deitch, Esq.
>Samantha Collins, Esq.
>Berenzweig Leonard LLP
>8300 Greensboro Drive, Suite 1250
>McLean, Virginia 22102
>cfindley@berenzweiglaw.com
>njohnson@berenzweiglaw.com
>ddeitch@berenzweiglaw.com
>dleonard@berenzweiglaw.com
>scollins@berenzweiglaw.com
>*Counsel for defendants/counterclaim plaintiffs Alden Burt Alberto & Vulcan Aviation, LLC*

>/s/ Kevin T. Streit
>Kevin T. Streit (VSB No. 45024)
>Dunlap Bennett & Ludwig, PLLC
>8003 Franklin Farms Drive, Suite 220
>Richmond, Virginia 20175
>(804) 823-7776
>(804) 977-2680 (facsimile)
>kstreit@dbllawyers.com
>*Counsel for Plaintiffs/Counterclaim Defendants*