IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NORTHSTAR AVIATION L.L.C., et al., <br><br> *Plaintiffs/Counterclaim Defendants*, <br><br> v. <br><br> ALDEN BURT ALBERTO, <br><br> *Defendant/Counterclaim Plaintiff*. | Case No. 1:18-cv-00191 (TSE/JFA) |

## DEFENDANT/COUNTERCLAIM PLAINTIFF ALDEN BURT ALBERTO'S EXHIBIT LIST

Pursuant to this Court's Scheduling Order entered on August 1, 2018, Docket No. 50, the Local Rules of this Court, and Federal Rules of Civil Procedure 26, Defendant/Counterclaim Plaintiff Alden Burt Alberto offers the following list of exhibits ("Exhibit List") he plans to use at trial. Mr. Alberto submits this Exhibit List without waiving any of his rights, including but not limited to, the following reservation of rights:

1. Mr. Alberto reserves the right to use any exhibits designated by Plaintiffs/Counterclaim Defendants NorthStar Aviation L.L.C. ("NorthStar UAE") or NorthStar Aviation USA LLC ("NorthStar USA").

2. Mr. Alberto reserves the right to use, in whole or in part, the deposition and/or video transcript for the depositions taken in this case as an exhibit.

3. Mr. Alberto reserves the right to use any prior recorded testimony or sworn statement of any witness that is unavailable to testify at trial as an exhibit.

4. Mr. Alberto reserves the right to submit any additional exhibits for the purposes of rebuttal and/or impeachment as may arise at trial.

5. Mr. Alberto reserves the right to amend and/or supplement his Exhibit List to include any subsequently discovered exhibits identified by NorthStar UAE or NorthStar USA after submission of this Exhibit List, including without limitation, potential exhibits cited in or relied on in discovery or motion practice by either party.

6. Mr. Alberto reserves the right to use any pleading, hearing transcript, or written discovery response as an exhibit at trial.

7. Mr. Alberto reserves the right to use demonstrative, illustrative and/or summary exhibits during trial.

8. Mr. Alberto reserves the right to amend and/or supplement his Exhibit List with documents concerning the subject matter of this litigation that were requested in discovery and may become available after the submission of this Exhibit List.

## **DEFENDANT/COUNTERCLAIM PLAINTIFF'S EXHIBIT LIST**

1. NorthStar Aviation LLC Power of Attorney in favor of Alden Burt Alberto (Dkt. No. 30-3, NSA000402)

2. NorthStar Aviation LLC Revocation of Power of Attorney (NSA019102-03; Alberto_01338-39)

3. Memorandum of Association of NorthStar Aviation LLC (Dkt. No. 30-1; NSA000755-74)

4. May 23, 2018 Addendum to Memorandum of Association of NorthStar Aviation LLC (Amendment No. 2) (NSA010763-78)

5. June 6, 2012 Limited Liability Company Agreement of NorthStar Aviation USA LLC (NSA011975-79)

6. Amended and Restated Limited Liability Company Agreement of NorthStar Aviation USA LLC (NSA001375-79)

7. Alden Burt Alberto Accomplishments (Alberto_01279-80)

8. Contract No. DP 3/4/72/1/2013/2 Purchase Contract for 30 (Thirty) Bell 407GX Mission Aircraft, Their Modification and Associated Support Products and Services Between

General Headquarters, United Arab Emirates Armed Forces and NorthStar Aviation, LLC (Alberto_00386-446)

9. Purchase Contract for 15 Bell 407 Aircraft, Their Modification and Associated Support Products and Services Between Presidential Guard Command, United Arab Emirates Armed Forces and Reflex Responses Management Consultancy LLC (NSA0020226-82)

10. NorthStar Aviation LLC Projected Cash Position from July, 2017 to March 2019 (NSA000709)

11. Bonus Payments to Lyle Becka (NSA014873)

12. Payroll and Bonus Payments to Salem AlDhaheri (Alberto_00089-91)

13. Payments to Rotana Jet Aviation LLC (NSA011764-65)

14. Payments to Rotana Jet Aviation LLC (NSA015527, NSA015528, NSA015050, NSA015530, NSA015529, NSA015049, NSA015053, NSA015057, NSA015055, NSA015531, NSA015052, NSA015051, NSA015533)

15. Special Payments to Rotana Jet and Alden Burt Alberto (Alberto_00014-16)

16. Objectives, Business Development, Actions, and Benefits Sheet (Alberto_00099)

17. Letter from Emirates NBD Bank to G.H.Q. Armed Forces (NSA002971-76)

18. NorthStar Aviation Facts and Solution PowerPoint Presentation (Alberto_00102-06)

19. NorthStar Aviation Facts and Solution PowerPoint Presentation in Arabic (Alberto_00093-97)

20. NorthStar Aviation LLC Current Contracts and Business Projects as of January 1, 2018 (NSA012940-41)

21. Bell Model 407GX Light Attack Helicopter PowerPoint Presentation (Alberto_01204-17)

22. Text Message Chain Between Lyle Becka and Peter Balciunas (Becka Ex. No. 2)

23. 50% Contract Payout at PT Acceptance (Alberto_00054)

24. Hillary Holcombe's Resume (NSA0020121-23)

25. Text Message Chain Between Lyle Becka and Peter Balciunas (Becka Dep. Ex. 2)

26. Text Message Chain Between Alexa Holcombe and Peter Balciunas (NSA000032-56)

27. Hani Farag Resume (Farag Dep. Ex. 1)

28. Alden Burt Alberto Compensation Sheets (Farag Dep. Ex. 4)

29. Alden Burt Alberto Compensation Sheets (NSA000417-27)

30. Funds Transfer Requests (Agha Dep. Ex. 25, NSA000604-53)

31. NorthStar Aviation LLC Projected Cash Position From Feb, 2017 to Mar, 2019 (Alberto_05049)

32. NSA Transition PowerPoint Presentation (Alberto_03864-68)

33. May 14, 2011, The New York Times Article: "Secret Desert Force Set Up by Blackwater's Founder" (Alberto_10446-61)

34. December 4, 2011 Services Agreement between Reflex Responses Management Consultancy, L.L.C. and Rotana Jet Aviation, L.L.C. (NSA001596-627)

35. February 9, 2012 Email from Gary Hodgson to Pablo Vieira, Saeed Al Shamsi, Alden Burt Alberto, and Ben Mcallister Re: Services and Management Agreement with Attachment (Alberto_03862-68)

36. February 21, 2012 Email chain Re: DDTC Update (Alberto_00493-96)

37. March 6, 2012 Email chain Re: NorthStar (Confidential) (AG-NSTR-000468-77)

38. March 26, 2012 Email from Pablo Vieira to Alden Burt Alberto Re: Shareholders Meeting (Alberto_10351-52)

39. March 27, 2012 NorthStar Aviation – DDTC Meeting Notes (Alberto_00456-61)

40. March 28, 2012 Reflex Responses Transfer of Funds with Checks (Sheikh Dep. Ex. 5)

41. March 29, 2012 Email from Thomas McCarthy to Alden Burt Alberto, Lyle Becka, Terry Key, and Gary Hodgson Re: DDTC 3/27 Presentation & Meeting Minutes (Alberto_00455)

42. May 2012 Letter from Michael Roumi, President, Reflex Responses Management Consultancy LLC to Chief Financial Officer, Reflex Responses Management Consultancy, LLC Re: Transfer of Cash and Assets and the Liquidation of Reflex Responses Management Consultancy, LLC with Attachments (NSA0020432-37)

43. May 31, 2012 Certificate of Formation of NorthStar Aviation USA LLC (NSA000994-95)

44. May 31, 2012 Employment Agreement Between NorthStar Aviation USA, LLC and Alden Burt Alberto (Dkt. No. 30-2, NSA011071-84)

45. June 8, 2012 Email chain Re: NorthStar Aviation (Alberto_04045-57)

46. June 14, 2012 Email chain Re: NorthStar Aviation (AG-NSTR-001104-22)

47. December 20, 2012 Letter from Hani Farag to Alden Burt Alberto Re: Resignation from Board of Directors (NSA000401)

48. June 23, 2013 Email chain Re: Thank You! (NSA014669)

49. August 14, 2013 Email from Hani Farag to Alden Burt Alberto Re: Reno Accomplishments with Attachment (Alberto_01278-80)

50. August 27, 2013 Email chain Re: Performance Bond – Executed Documents (Alberto_05647)

51. August 27, 2013 Letter from Reno Alberto Re: Issuance of Performance Bond with Attachment (Alberto_06321-22)

52. November 11, 2013 Hani Farag Employment Offer Letter (Farag Dep. Ex. 2)

53. March 1, 2014 Employment Agreement between NorthStar Aviation USA, LLC and Lyle Becka (NSA014599-612)

54. March 18, 2014 Email from Hani Farag to Alden Burt Alberto Re: Employment Agreement (Alberto_01147)

55. March 18, 2014 Email from Hani Farag to Alden Burt Alberto Re: Employment Agreement with Attachment (Alberto_01147-62)

56. March 19, 2014 Employment Agreement Between NorthStar Aviation USA, LLC and Alden Burt Alberto (Dkt. No. 30-4; NSA000428-42)

57. April 1, 2014 Email from Nrasib Ali to Alden Burt Alberto Re: Cash Summary with Attachment (Alberto_04245-46)

58. May 1, 2014 Email from Nrasib Ali to Alden Burt Alberto Re: NSA (HH) reports with Attachment (Alberto_05532-36)

59. December 9, 2015 Email from Terry Key to Lyle Becka Re: Merry Christmas (NSA007033)

60. December 15, 2015 Board Resolution (NSA011300)

61. December 15, 2015 Vulcan Management Consultancy L.L.C. Board Resolution (NSA0020079)

62. December 22, 2015 Email chain Re: Forecasting 2017-2019 (Alberto_05046-47)

63. 2016 NorthStar Aviation LLC Bonus Sheet (NSA001899)

64. May 12, 2016 Email from Jack Conroy to Alden Burt Alberto Re: Amended NorthStar Aviation USA LLC Operating Agreement (Alberto_06210)

65. September 19, 2016 Independent Contractor Agreement Between NorthStar Aviation LLC and Hillary Holcombe (Dkt. No. 30-8, NSA000335-41)

66. November 28, 2016 Email from Marwan Agha to Alden Burt Alberto Re: Bonus (NSA001896)

67. November 29, 2016 Email chain Re: Thank You (NSA001895)

68. December 31, 2016 Board Resolution (NSA011301)

69. January 1, 2017 Employment Agreement Between NorthStar Aviation USA, LCC and Hillary Holcombe (Dkt. No. 30-9, NSA012529-40)

70. January 8, 2017 Email from Terry Key to Nrasib Ali Re: Cash Flow Status (NSA008120-21)

71. May 18, 2017 Email chain Re: Credit Card/Debit Card Expense Report (NSA003445-48)

72. June 5, 2017 Email chain Re: Updated (NSA009769-70)

73. June 21, 2017 Letter from Daniel Cook to Alden Burt Alberto Re: Broker Registration Statement and Fee Submission (NSA011700-01)

74. June 29, 2017 Board Resolution and Discretionary Bonus Sheet (NSA001758-59)

75. June 29, 2017 Board Resolution Attached to Rotana Jet Aviation LLC Payment Thereunder (NSA015532-33)

76. June 29, 2017 Wire Transfer from NorthStar Aviation LLC to NorthStar Aviation USA LLC (NSA000649)

77. July 1, 2017 Email chain Re: Special Payout with Attachments (Alberto_00084-85, Alberto_00064)

78. July 1, 2017 Email from Alden Burt Alberto to Nrasib Ali Re: Executed Documents – July 1, 2017 with Attachments (NSA001757-59)

79. July 9, 2014 Email chain Re: UAE Embassy Request – re: NorthStar Aviation (AG-NSTR-001396-99)

80. July 16, 2017 Email from Nrasib Ali to Alden Burt Alberto Re: Forecast 2017-19 (NSA000708)

81. July 17, 2017 Email chain Re: Forecast 2017-19 (NSA001754)

82. July 18, 2017, Arabian Business: "UAE's Rotana Jet Suspends All Flights" (Alberto_10854-59)

83. July 18, 2017 Email chain Re: Forecast 2017-19 (NSA001752-53)

84. July 18, 2017 Email from Nrasib Ali to Salem AlDhaheri Re: Draft Audit Report 2016 (NSA016574)

85. July 25, 2017 Letter from Kate Beckley to Marwan Agha (Agha Dep. Ex. 22)

86. August 1, 2017 Email from Marwan Agha to Salem AlDhaheri Re: Hello with Attachments (Alberto_00110, Alberto_00092-106)

87. September 14, 2017 Email from Magda Talkhan to Nrasib Ali Re: NorthStar Audited Reports (NSA001730)

88. September 17, 2017 Email from Nrasib Ali to Alden Burt Alberto Re: Payments Approval (NSA001727)

89. September 20, 2017 Email from Nrasib Ali to Alden Burt Alberto Re: R2 – Closing Cash Flow Summary with Attachment (Alberto_07562-63)

90. September 20, 2017 Email from Cris Lachner to Greg Huber Re: Shipping of Tools to USA (NSA014863-66)

91. September 20, 2017 Email from Greg Huber to Cris Lachner Re: Shipping of Tools to USA (NSA009635-37)

92. September 24, 2017 Email from Nrasib Ali to Alden Burt Alberto Re: FYI with Attachment (Alberto_00092; Alberto_00102-06)

93. September 24, 2017 Email from Nrasib Ali to Alden Burt Alberto Re: 2016 Bonus Sheet with Attachment (Alberto_00082-83, NSA001899)

94. September 28, 2017 Email chain Re: NorthStar Aviation Financial Statements (NSA001676-83)

95. October 2, 2017 Email chain Re: NorthStar Aviation Financial Statements (NSA001658-65)

96. October 3, 2017 Email chain Re: NorthStar Aviation Financial Statements (NSA001650-65)

97. October 5, 2017 Email chain Re: BOD and Annual Assembly Meeting (NSA001644-45)

98. October 8, 2017 Email chain Re: BOD and Annual Assembly Meeting with Attachment (NSA001639-43)

99. October 8, 2017 Letter from Dr. Bin Saif to Alden Burt Alberto Re: Notice of Meeting of Directors and General Assembly – NorthStar Aviation L.L.C. (NSA001643)

100. October 8, 2017 Email from Terry Key to Alden Burt Alberto Re: Some Thoughts with NSA Future PowerPoint Attachment (NSA001633-38)

101. October 9, 2017 Email from Terry Key to Alden Burt Alberto Re: Container Delivery Today (NSA000718-22)

102. October 9, 2017 Email from Greg Huber to Cris Lachner Re: Container Delivery Today (NSA0009677-82)

103. October 9, 2017 Email from Alden Burt Alberto to Terry Key Re: Container Delivery Today (NSA000713-16)

104. October 11, 2017 Email chain Re: Qatar License (NSAHOLCOMBE005013)

105. October 18, 2017 Letter from Dr. Bin Saif to Mohammed Jallad (NSA001592)

106. October 19, 2017 Email from Magda Talkhan to Alden Burt Alberto Re: Revocation of Power of Attorney (NSA001585)

107. October 20, 2017 Email chain Re: Strategy Meeting (NSAHOLCOMBE005333)

108. October 20, 2017 Email from Amy Styers to Alden Burt Alberto Re: Ticket 19412: Changing Ultimate Parent/Name Change (Alberto_00870-71)

109. October 20, 2017 Email from Amy Styers to Alden Burt Alberto Re: Registrant Name Change and Change to Ultimate Parent Letters *UPDATED* with Attachments (Alberto_01063-66)

110. October 21, 2017 Email chain Re: NSA (NSA000701-02)

111. October 21, 2017 Email from Terry Key Re: NSA (NSA000692)

112. October 22, 2017 Email chain Between Greg Huber and Terry Key Re: NSA (NSA000693-96)

113. October 24, 2017 Email chain Between Terry Key to Salem AlDhaheri Re: Gantry PO (NSA014868-69)

114. October 24, 2017 Email chain Re: Revocation of POA (NSA001503-10)

115. October 24, 2017 Email from Amy Styers to Alden Burt Alberto Re: Letter to Employees (Alberto_00883-84)

116. October 24, 2017 Email from Nrasib Ali to Alden Burt Alberto Re: Resignation (NSA001548)

117. October 24, 2017 Letter from Nrasib Ali to Alden Burt Alberto Re: Ali's Resignation (NSA000464-65)

118. October 24, 2017 Letter from Terry P. Key to Alden Burt Alberto Re: NSA UAE Resignation (KEY001299)

119. October 24, 2017 Email from Amy Styers to NorthStar Employees Re: Status of NorthStar Aviation and ITAR Related Activities (NSA001098-99)

120. October 24, 2017 Email chain Re: Resignation (NSA001532-33)

121. October 25, 2017 Email from Amy Styers to Alden Burt Alberto and Terry Key Re: Request to Allow DDTC Registration to Expire (Alberto_01067-68)

122. October 25, 2017 Letter from Alden Burt Alberto to Dr. Bin Saif Re: Resignation (NSA009283, Alberto_00452)

123. October 26, 2017 Email from Amy Styers to Alden Burt Alberto Re: Invalidation of NSA USA Licenses and Expire of DDTC ITAR Registration and Broker Registration (Alberto_00879-81)

124. October 26, 2017 Email from Kate Beckley Re: Interim Points of Contact (Alberto_05054)

125. October 27, 2017 Email from Kate Beckley Re: New Vice President – Operations (NSA001087)

126. October 27, 2017 Email from Kate Beckley Re: Message from the Chairman (NSA001091-92)

127. October 27, 2017 Letter to Director, Office of Defense Trade Controls Compliance at U.S. Department of State Re: Notification of Change in Senior Officer for NorthStar Aviation USA LLC – DDTC Registration M30941 (NSA000725-27)

128. October 27, 2017 Employment Agreement Between NorthStar Aviation USA, LLC and Lyle Becka (NSA012543-57)

129. October 30, 2017 Written Consent of the Sole Member of NorthStar Aviation USA LLC – Removal of Alden (Reno) Alberto as Manger Appointment of Lyle Becka as Manager (NSA0019937-39)

130. October 30, 2017 Written Consent of the Sole Member of NorthStar Aviation USA LLC – Amendment to LLC Agreement (NSA0019935-36)

131. October 30, 2017 Email chain Re: NorthStar Aviation USA LLC ITAR Registration (Alberto_09599-600)

132. October 31, 2017 Letter from Dr. Bin Saif Re: Mr. Becka Appointed as Vice President of Operations (NSA013435)

133. November 2, 2017 Email from Amy Styers to Lyle Becka Re: NorthStar Aviation USA LLC (M30941) (NSA014021)

134. November 3, 2017 Letter from United States Department of State to Lyle Becka Re: ITAR Registration (NSA000409-10)

135. November 6, 2017 Email from Alden Burt Alberto to Dr. Bin Saif, Kate Beckley, and Lyle Becka Re: Resignation as CEO of NorthStar Aviation USA LLC (NSA015060, NSA012418)

136. Letter from Dr. Bin Saif to Daniel Cook, Department of State (NSA000513-14, NSA000512-13)

137. November 12, 2017 Second Amended and Restated Limited Liability Company Agreement of NorthStar Aviation USA LLC (NSA0019928-34)

138. November 17, 2017 Email chain Re: ITAR Material Change Letter (NSA013391-92)

139. November 19, 2017 Email chain Re: ITAR Material Change Letter (NSA012349-52)

140. November 20, 2017 Email chain Re: ITAR Letter (NSA016728-29)

141. November 21, 2017 Email chain Re: Melbourne FL, Lease Application (NSA011925)

142. December 10, 2017 Email from Lyle Becka to Nrasib Ali Re: NSA Revenue Projection (NSA011920)

143. December 13, 2017 Email chain Re: Peter Balciunas Creative Marketing with Attachment (NSA0019616, NSA019303-04)

144. December 14, 2017 Akin Gump Strauss Hauer & Feld LLP Invoice to NorthStar Aviation USA LLC (NSA0019767-68)

145. December 27, 2017 Email chain Re: Registration Documentation for Vulcan Aviation with Attachment (NSAKEY000796-98)

146. December 27, 2017 Email chain Re: Registration Documentation for Vulcan Aviation with Attachment (Vulcan0003-04)

147. February 6, 2018 Email from Lyle Becka to Salem AlDhaheri Re: Scanner at NSTAR USA (NSA011893-94)

148. February 21, 2018 Email chain Re: ITAR Registration (Vulcan0031)

149. March 12, 2018 Email chain Re: Vieira Offer Letter (NSA011855-56)

150. April 3, 2018 Email chain Re: Pending Offer Letters (NSA012948)

**Letters to State Department/UAEAF**

151. Letter to U.S. Department of State from Amy K. Styers Re: Changes to Ultimate Parent or Subsidiaries/Affiliates per ITAR § 129.8(d)(2) – DDTC Registration Number M30941 (Vulcan0038-39)

152. Letter to U.S. Department of State from Amy K. Styers Re: Registrant Name Change per ITAR § 122.4(a)(2) – DDTC Registration Number M30941 (Vulcan0040)

153. Draft Letter to Director at U.S. Department of State from Alden Burt Alberto Re: ITAR License (Alberto_00880-81)

154. Draft Letter to Daniel Cook at U.S. Department of State from Alden Burt Alberto Re: ITAR License (Alberto_00447-48)

155. Draft Letter to Daniel Buzby at U.S. Department of State from Alden Burt Alberto Re: ITAR License (Alberto_00449-50)

156. Draft Letter to Terry Davis at U.S. Department of State from Alden Burt Alberto Re: ITAR License (Alberto_00453-54)

157. Draft Letter to Director at U.S. Department of State from Alden Burt Alberto Re: DDTC Registration Number M30941 (Alberto_01068)

158. October 25, 2017 Letter to Commander, Joint Aviation Command to Alden Burt Alberto Re: Contract (NSA009713)

**Written Discovery**

159. September 6, 2018 Declaration of Lyle Becka (Dkt. No. 85-1; Bin Saif Dep. Ex. 12)

160. September 7, 2018 Defendant Alden Burt Alberto's Objections and Responses to Plaintiffs' First Set of Interrogatories (Dkt. No. 161-17)

161. November 12, 2018 Plaintiff NorthStar Aviation L.L.C's Second Supplemental Responses to Defendant Alden Burt Alberto's First Interrogatories (Dkt. No. 161-8)

162. November 12, 2018 Plaintiff NorthStar Aviation USA LLC's Second Supplemental Responses to Defendant Alden Burt Alberto's First Interrogatories

163. November 27, 2018 Defendant/Counterclaim Plaintiff Alden Burt Alberto's Supplemental Responses and Objections to Plaintiffs'/Counterclaim Defendants' Second Interrogatories (Dkt. No. 161-11)

164. November 29, 2017 Plaintiff NorthStar Aviation L.L.C.'s Responses to Defendant Alden Burt Alberto's Second Interrogatories

165. November 29, 2017 Plaintiff NorthStar Aviation USA LLC's Responses to Defendant Alden Burt Alberto's Second Interrogatories

166. November 30, 2018 Defendant/Counterclaim Plaintiff Alden Burt Alberto's Objections to Plaintiffs'/Counterclaim Defendants' Third Set of Interrogatories

167. December 17, 2018 Affidavit of Alden Burt Alberto (Dkt. No. 161-4)

168. January 7, 2019 Second Affidavit of Alden Burt Alberto (Dkt. No. 173-4)

**Financial Statements**

169. March 11, 2012 (inception) to December 31, 2012 NorthStar Aviation L.L.C. Reports and Consolidated Financial Statements (NSA003154-79)

170. NorthStar Aviation USA LLC Management Reports for the Period Ended 31st December 2012 (NSA003196-200)

171. December 31, 2013 NorthStar Aviation L.L.C. Reports and Consolidated Financial Statements (NSA003225-60)

172. NorthStar Aviation USA LLC Balance Sheet as of 31st December 2013 (NSA003219-23)

173. December 31, 2014 NorthStar Aviation L.L.C. Reports and Consolidated Financial Statements (NSA010779-815)

174. NorthStar Aviation USA LLC Financial Reports for the Period Ended 31st December 2014 (NSA003261-68)

175. December 7, 2015 Letter from Alden Burt Alberto to Deloitte & Touche (NSA010945-49)

176. December 31, 2015 NorthStar Aviation L.L.C. Reports and Consolidated Financial Statements (NSA010816-53)

177. NorthStar Aviation USA LLC Financial Reports for the Period Ended 31st December 2015 (NSA003180-85)

178. December 31, 2016 NorthStar Aviation L.L.C. Reports and Consolidated Financial Statements (NSA020489-526)

179. NorthStar Aviation USA LLC Financial Reports for the Period Ended 31st December 2016 (NSA003330-35)

180. October 20, 2016 Letter from Alden Burt Alberto to Deloitte & Touche (NSA010950-53)

181. March 17, 2016 Vulcan Management Consultancy L.L.C. (Liquidated) Reports and Financial Statements (NSA0019972-92)

182. October 24, 2017 NorthStar Aviation L.L.C. Report and Consolidated Financial Statements (NSA012903-38, NSA0019557-92)

183. December 31, 2017 NorthStar Aviation L.L.C. Report and Consolidated Financial Statements (NSA0020445-81)

184. NorthStar Aviation USA LLC Financial Reports for the Period Ended 31st December 2017 (NSA003201-06)

**Expert**

185. October 1, 2018 Plaintiffs' Expert Disclosure under Rule 26(a)(2) of the Federal Rules of Civil Procedure with Attached Robson, P.C. Expert Report (Benesh Dep. Ex. 2)

186. October 31, 2018 Initial Expert Report of Bruce Benesh Submitted by Defendant/Counterclaim-Plaintiff Alden Burt Alberto (Benesh Dep. Ex. 1)

187. November 15, 2018 Robson, P.C. Rebuttal Report (Robson Dep. Ex. 2)

| | |
|---|---|
| Date: February 7, 2019 | /s/ Samantha K. Collins |
| | Nicholas R. Johnson, Esq. (VSB No. 80525) |
| | njohnson@berenzweiglaw.com |
| | Declan C. Leonard, Esq. (VSB No. 40292) |
| | dleonard@berenzweiglaw.com |
| | Clyde E. Findley, Esq. (VSB No. 48277) |
| | cfindley@berenzweiglaw.com |
| | David B. Deitch, Esq. (VSB No. 74818) |
| | ddeitch@berenzweiglaw.com |
| | Ryen C. Rasmus, Esq. (VSB No. 84346) |
| | rrasmus@berenzweiglaw.com |
| | Samantha K. Collins, Esq. (VSB No. 89010) |
| | sbernstein@berenzweiglaw.com |
| | scollins@berenzweiglaw.com |
| | BERENZWEIG LEONARD, LLP |
| | 8300 Greensboro Drive, Suite 1250 |
| | McLean, Virginia 22102 |
| | (703) 760-0402 (telephone) |
| | (703) 462-8674 (facsimile) |
| | |
| | *Counsel for Defendant Alden Burt Alberto* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 7, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such electronic filing (NEF) to all counsel of record.

      /s/ Samantha K. Collins
Samantha K. Collins, Esq. (VSB No. 89010)
sbernstein@berenzweiglaw.com
scollins@berenzweiglaw.com
BERENZWEIG LEONARD, LLP
8300 Greensboro Drive, Suite 1250
McLean, VA 22102
Telephone: (703) 760-0402
Facsimile: (703) 462-8674