IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NORTHSTAR AVIATION L.L.C., et al.,<br><br>*Plaintiffs/Counterclaim Defendants*,<br><br>v.<br><br>ALDEN BURT ALBERTO,<br><br>*Defendant/Counterclaim Plaintiff*. | Case No. 1:18-cv-00191 (TSE/JFA) |

## DEFENDANT/COUNTERCLAIM PLAINTIFF ALDEN BURT ALBERTO'S LIST OF DEPOSITION DESIGNATIONS

Pursuant to this Court's Scheduling Order entered on August 1, 2018, Docket No. 50, the Local Rules of this Court, and Federal Rules of Civil Procedure 26, Defendant/Counterclaim Plaintiff Alden Burt Alberto offers the following list of deposition designations ("Deposition Designations"). Mr. Alberto submits these Deposition Designations without waiving any of his rights, including but not limited to, the following reservation of rights:

1. Mr. Alberto reserves the right to use any depositions designations identified by Plaintiffs/Counterclaim Defendants NorthStar Aviation L.L.C. ("NorthStar UAE") or NorthStar Aviation USA LLC ("NorthStar USA").

2. Mr. Alberto reserves the right to submit any additional deposition designations for the purposes of rebuttal and/or impeachment as may arise at trial.

3. Mr. Alberto reserves the right to amend and/or supplement his Deposition Designations to include any deposition designations identified by NorthStar UAE or NorthStar USA after submission of this Exhibit List, including without limitation, potential deposition designations cited in or relied on in discovery or motion practice by either party.

4. Mr. Alberto reserves the right to use demonstrative, illustrative and/or summary deposition designations during trial.

**DEFENDANT/COUNTERCLAIM PLAINTIFF'S DEPOSITION DESIGNATIONS**

| Witness | Date | From (Page:Line) | To (Page:Line) |
|---|---|---|---|
| Lyle Becka | November 6, 2018 | 16:8 | 19:14 |
| | | 21:14 | 33:10 |
| | | 42:14 | 43:4 |
| | | 44:16 | 44:18 |
| | | 47:15 | 50:12 |
| | | 51:16 | 52:19 |
| | | 53:19 | 55:7 |
| | | 57:5 | 59:1 |
| | | 59:19 | 62:22 |
| | | 65:12 | 65:21 |
| | | 67:20 | 69:19 |
| | | 70:2 | 73:22 |
| | | 80:1 | 82:4 |
| | | 82:13 | 82:19 |
| | | 83:1 | 84:20 |
| | | 94:1 | 94:11 |
| | | 106:4 | 111:19 |
| | | 117:8 | 122:4 |
| | | 124:3 | 126:14 |
| | | 131:7 | 132:20 |
| | | 135:6 | 136:15 |
| | | 137:4 | 139:7 |
| | | 143:19 | 145:10 |
| | | 156:21 | 157:21 |
| | | 162:10 | 162:14 |
| | | 172:19 | 173:5 |
| | | 183:1 | 188:8 |
| | | 191:8 | 193:21 |
| | | 196:15 | 196:22 |
| | | 199:3 | 204:22 |
| | | 211:21 | 212:16 |
| Nrasib Ali | October 18, 2018 | 25:6 | 25:16 |
| | | 29:16 | 29:18 |
| | | 30:17 | 30:20 |
| | | 31:5 | 32:19 |
| | | 33:4 | 35:10 |
| | | 37:18 | 41:20 |

| | | | |
|---|---|---|---|
| Nrasib Ali | October 18, 2018 | 42:1 | 44:18 |
| | | 46:12 | 47:2 |
| | | 47:17 | 48:1 |
| | | 48:8 | 50:8 |
| | | 51:3 | 51:12 |
| | | 51:18 | 69:14 |
| | | 70:12 | 70:16 |
| | | 71:9 | 72:20 |
| | | 77:5 | 78:21 |
| | | 88:10 | 92:17 |
| | | 95:1 | 96:18 |
| | | 98:9 | 105:8 |
| | | 108:17 | 109:8 |
| | | 111:8 | 111:21 |
| | | 112:9 | 116:7 |
| | | 117:6 | 130:14 |
| | | 131:3 | 132:6 |
| | | 134:20 | 135:2 |
| | | 139:8 | 140:7 |
| | | 146:4 | 149:18 |
| | | 150:2 | 164:6 |
| | | 164:16 | 165:18 |
| | | 166:8 | 167:15 |
| | | 169:19 | 172:9 |
| | | 173:9 | 173:13 |
| | | 174:13 | 175:1 |
| | | 177:20 | 183:14 |
| | | 184:19 | 185:9 |
| | | 185:16 | 192:17 |
| | | 217:1 | 217:18 |
| | | 218:2 | 218:17 |
| | | 221:12 | 222:12 |
| | | 223:20 | 229:3 |
| | | 230:9 | 249:14 |
| | | 250:17 | 253:1 |
| | | 262:21 | 275:21 |
| | | 277:12 | 282:17 |
| | | 284:6 | 284:7 |
| | | 297:16 | 297:21 |
| Salem AlDhaheri | November 7, 2018 | 2:2 | 2:8 |
| | | 15:19 | 16:21 |
| | | 17:18 | 18:9 |
| | | 19:10 | 19:17 |
| | | 20:8 | 20:14 |
| | | 21:17 | 21:22 |

| | | | |
|---|---|---|---|
| Salem AlDhaheri | November 7, 2018 | 27:8 | 27:17 |
| | | 59:6 | 60:13 |
| | | 71:5 | 71:9 |
| | | 71:16 | 72:6 |
| | | 80:2 | 81:3 |
| | | 83:1 | 88:10 |
| | | 89:2 | 89:17 |
| | | 91:2 | 91:16 |
| | | 93:14 | 94:7 |
| | | 96:2 | 96:19 |
| | | 122:8 | 122:11 |
| | | 134:17 | 136:6 |
| | | 145:19 | 145:22 |
| Terry Key | November 19, 2018 | 13:12 | 21:24 |
| | | 23:8 | 26:5 |
| | | 26:12 | 28:24 |
| | | 30:6 | 31:3 |
| | | 36:4 | 38:20 |
| | | 50:21 | 52:21 |
| | | 53:8 | 54:20 |
| | | 57:4 | 57:7 |
| | | 60:7 | 61:12 |
| | | 64:13 | 68:1 |
| | | 71:7 | 73:23 |
| | | 74:11 | 79:2 |
| | | 81:1 | 85:22 |
| | | 88:5 | 90:11 |
| | | 94:23 | 98:1 |
| | | 102:14 | 103:4 |
| | | 105:15 | 108:3 |
| | | 119:24 | 120:3 |
| | | 120:15 | 120:17 |
| | | 120:23 | 121:2 |
| | | 121:10 | 121:17 |
| | | 147:2 | 149:24 |
| | | 153:20 | 156:18 |
| | | 159:13 | 160:22 |
| | | 162:5 | 164:6 |
| | | 167:22 | 168:3 |
| | | 168:21 | 169:2 |
| | | 178:8 | 179:9 |
| | | 186:23 | 188:17 |
| | | 188:23 | 191:2 |
| | | 194:19 | 195:12 |

| | | | |
|---|---|---|---|
| Hani Farag | October 11, 2019 | 6:5 | 6:10 |
| | | 12:21 | 13:7 |
| | | 14:25 | 15:10 |
| | | 16:4 | 18:7 |
| | | 28:12 | 33:10 |
| | | 35:8 | 39:15 |
| | | 40:25 | 41:2 |
| | | 45:12 | 47:1 |
| | | 47:12 | 47:21 |
| | | 48:25 | 50:1 |
| | | 53:13 | 54:15 |
| | | 59:25 | 63:17 |
| | | 67:4 | 68:15 |
| | | 75:3 | 77:25 |
| | | 78:12 | 79:17 |
| | | 88:10 | 89:20 |
| | | 132:10 | 134:1 |
| | | 182:12 | 184:14 |
| | | 195:23 | 197:25 |
| | | 199:4 | 199:9 |
| | | 200:1 | 200:4 |
| | | 260:14 | 261:23 |
| Marwan Agha | October 12, 2018 | 6:6 | 6:11 |
| | | 8:21 | 9:9 |
| | | 10:1 | 17:15 |
| | | 18:16 | 21:22 |
| | | 23:14 | 24:17 |
| | | 25:2 | 26:3 |
| | | 30:2 | 31:23 |
| | | 32:12 | 33:19 |
| | | 35:9 | 35:23 |
| | | 38:23 | 39:15 |
| | | 157:25 | 158:18 |
| | | 165:12 | 166:11 |
| | | 170:11 | 170:17 |
| | | 180:4 | 180:21 |
| | | 185:4 | 186:11 |
| | | 187:11 | 188:11 |
| | | 190:16 | 192:3 |
| | | 192:25 | 193:25 |
| | | 198:21 | 201:4 |
| | | 204:1 | 206:17 |
| | | 209:16 | 210:2 |
| | | 210:10 | 211:9 |

| | | | |
|---|---|---|---|
| Marwan Agha | October 12, 2018 | 236:9 | 236:22 |
| | | 237:24 | 241:22 |
| Sheikh Ahmed Bin Saif Al Nahyan | November 8, 2018 | 9:2 | 9:19 |
| | | 14:19 | 16:18 |
| | | 17:8 | 18:17 |
| | | 19:15 | 19:22 |
| | | 20:21 | 21:1 |
| | | 21:6 | 21:13 |
| | | 21:17 | 21:22 |
| | | 22:6 | 22:14 |
| | | 23:1 | 23:20 |
| | | 24:13 | 24:20 |
| | | 32:13 | 32:21 |
| | | 39:3 | 39:8 |
| | | 39:16 | 40:5 |
| | | 42:11 | 42:15 |
| | | 43:1 | 43:3 |
| | | 55:13 | 55:21 |
| | | 56:2 | 57:4 |
| | | 58:2 | 58:4 |
| | | 58:16 | 58:21 |
| | | 59:1 | 59:10 |
| | | 59:19 | 60:18 |
| | | 61:20 | 63:10 |
| | | 65:4 | 65:16 |
| | | 66:7 | 66:17 |
| | | 67:2 | 68:19 |
| | | 69:6 | 69:8 |
| | | 69:11 | 70:11 |
| | | 71:14 | 71:16 |
| | | 75:13 | 75:16 |
| | | 76:1 | 76:8 |
| | | 76:15 | 76:21 |
| | | 78:7 | 78:20 |
| | | 79:13 | 79:19 |
| | | 81:10 | 82:14 |
| | | 82:22 | 85:9 |
| | | 86:15 | 86:20 |
| | | 91:21 | 92:5 |
| | | 92:17 | 93:16 |
| | | 94:2 | 94:7 |
| | | 94:22 | 95:5 |
| | | 95:16 | 95:22 |
| | | 96:7 | 97:2 |
| | | 97:5 | 97:19 |

| | | | |
|---|---|---|---|
| Sheikh Ahmed Bin Saif Al Nahyan | November 8, 2018 | 103:11 | 103:20 |
| | | 104:2 | 105:9 |
| | | 105:17 | 105:18 |
| | | 106:18 | 108:5 |
| | | 108:16 | 108:20 |
| | | 110:11 | 112:1 |
| | | 112:13 | 114:10 |
| | | 115:4 | 115:10 |
| | | 122:10 | 122:13 |
| | | 127:3 | 127:12 |
| | | 128:9 | 129:18 |
| | | 130:8 | 131:5 |
| | | 132:1 | 133:17 |
| | | 135:19 | 136:4 |
| | | 140:21 | 141:7 |
| | | 143:17 | 144:3 |
| | | 144:22 | 145:3 |
| | | 147:20 | 148:1 |
| | | 148:4 | 148:15 |
| | | 149:9 | 149:15 |
| | | 151:5 | 152:12 |
| | | 153:13 | 153:19 |
| | | 154:1 | 155:11 |
| | | 159:16 | 159:19 |
| | | 160:15 | 160:18 |
| | | 167:13 | 168:4 |
| | | 168:8 | 168:8 |
| | | 168:17 | 169:18 |
| | | 170:4 | 170:10 |
| | | 176:6 | 177:3 |
| | | 177:16 | 180:14 |
| | | 182:13 | 183:7 |
| | | 184:10 | 187:5 |
| | | 188:2 | 189:15 |
| | | 195:17 | 195:20 |
| NorthStar Aviation, LLC and NorthStar Aviation USA, LLC | November 15, 2018 | 11:17 | 12:6 |
| | | 12:21 | 13:4 |
| | | 13:10 | 13:15 |
| | | 17:6 | 17:13 |
| | | 21:20 | 24:4 |
| | | 25:7 | 27:22 |
| | | 28:6 | 29:15 |
| | | 33:9 | 34:6 |
| | | 34:15 | 39:3 |
| | | 45:1 | 45:14 |

| | | | |
|---|---|---|---|
| NorthStar Aviation, LLC and NorthStar Aviation USA, LLC | November 15, 2018 | 48:4 | 50:19 |
| | | 55:7 | 58:9 |
| | | 60:4 | 62:15 |
| | | 65:21 | 66:11 |
| | | 67:13 | 70:22 |
| | | 73:7 | 76:17 |
| | | 77:10 | 77:14 |
| | | 78:4 | 79:8 |
| | | 82:10 | 83:15 |
| | | 86:2 | 86:15 |
| | | 87:21 | 88:16 |
| | | 90:14 | 91:16 |
| | | 92:9 | 92:18 |
| | | 93:3 | 93:5 |
| | | 96:7 | 99:18 |
| | | 101:1 | 101:5 |
| | | 101:9 | 106:15 |
| | | 108:10 | 109:16 |
| | | 110:16 | 111:19 |
| | | 112:1 | 113:10 |
| | | 115:2 | 115:6 |
| | | 115:13 | 115:15 |
| | | 118:17 | 123:8 |
| | | 124:22 | 125:6 |
| | | 125:16 | 126:14 |
| | | 127:11 | 127:14 |
| | | 128:12 | 129:10 |
| | | 129:19 | 131:10 |
| | | 134:21 | 135:7 |
| Amy Styers | October 22, 2018 | 6:18 | 6:23 |
| | | 12:23 | 13:3 |
| | | 26:21 | 27:16 |
| | | 29:7 | 29:9 |
| | | 39:10 | 39:12 |
| | | 39:15 | 39:17 |
| | | 40:14 | 40:18 |
| | | 40:22 | 40:25 |
| | | 43:3 | 43:7 |
| | | 43:16 | 43:19 |
| | | 86:15 | 86:19 |
| | | 87:14 | 88:3 |
| | | 89:8 | 89:19 |
| | | 95:9 | 95:10 |
| | | 98:9 | 98:13 |
| | | 101:21 | 101:25 |

| | | | |
|---|---|---|---|
| Amy Styers | October 22, 2018 | 105:6 | 105:9 |
| | | 105:25 | 106:14 |
| | | 106:22 | 107:17 |
| | | 108:7 | 108:17 |
| | | 108:24 | 109:9 |
| | | 109:11 | 112:21 |
| | | 119:8 | 119:22 |
| | | 133:9 | 133:14 |
| | | 135:10 | 137:6 |
| | | 137:12 | 140:17 |
| | | 141:6 | 141:14 |
| | | 142:3 | 142:19 |
| | | 149:22 | 150:7 |
| Hillary Holcombe | January 15, 2019 | 7:7 | 7:8 |
| | | 9:11 | 9:17 |
| | | 10:20 | 11:1 |
| | | 20:23 | 21:19 |
| | | 26:4 | 27:24 |
| | | 28:15 | 28:24 |
| | | 29:10 | 29:12 |
| | | 29:15 | 29:25 |
| | | 30:21 | 31:4 |
| | | 31:17 | 31:20 |
| | | 32:14 | 32:19 |
| | | 33:9 | 33:24 |
| | | 35:15 | 36:9 |
| | | 37:10 | 37:13 |
| | | 41:8 | 41:12 |
| | | 41:16 | 41:21 |
| | | 42:4 | 42:11 |
| | | 42:24 | 43:3 |
| | | 43:14 | 43:19 |
| | | 48:2 | 48:8 |
| | | 48:13 | 50:11 |
| | | 51:1 | 51:5 |
| | | 51:24 | 52:8 |
| | | 53:2 | 53:22 |
| | | 54:19 | 54:24 |
| | | 55:3 | 55:5 |
| | | 55:21 | 56:1 |
| | | 56:20 | 57:2 |
| | | 60:16 | 61:25 |
| | | 62:7 | 62:15 |
| | | 62:19 | 62:21 |
| | | 63:9 | 64:22 |

| | | | |
|---|---|---|---|
| Hillary Holcombe | January 15, 2019 | 65:1 | 65:3 |
| | | 65:7 | 65:23 |
| | | 66:19 | 67:17 |
| | | 87:18 | 87:23 |
| | | 88:19 | 89:11 |
| | | 90:5 | 90:12 |
| | | 91:9 | 91:11 |
| | | 94:22 | 95:17 |
| | | 95:22 | 97:20 |
| | | 98:14 | 98:20 |
| | | 106:16 | 108:2 |
| | | 115:22 | 116:1 |
| | | 116:24 | 117:1 |
| | | 118:25 | 119:12 |
| | | 137:5 | 140:18 |
| | | 140:24 | 141:7 |
| | | 141:19 | 141:22 |
| | | 142:7 | 143:7 |
| | | 143:16 | 144:23 |
| | | 154:10 | 154:21 |
| | | 166:17 | 168:16 |
| | | 169:1 | 169:22 |
| | | 172:1 | 172:2 |
| | | 172:18 | 173:22 |
| | | 174:11 | 174:13 |
| | | 176:6 | 176:19 |
| | | 177:5 | 177:8 |
| | | 177:25 | 178:1 |
| | | 179:12 | 179:17 |
| | | 180:4 | 180:19 |
| | | 183:22 | 184:19 |

Date: February 7, 2019    /s/ Samantha K. Collins
Nicholas R. Johnson, Esq. (VSB No. 80525)
njohnson@berenzweiglaw.com
Declan C. Leonard, Esq. (VSB No. 40292)
dleonard@berenzweiglaw.com
Clyde E. Findley, Esq. (VSB No. 48277)
cfindley@berenzweiglaw.com
David B. Deitch, Esq. (VSB No. 74818)
ddeitch@berenzweiglaw.com
Ryen C. Rasmus, Esq. (VSB No. 84346)
rrasmus@berenzweiglaw.com
Samantha K. Collins, Esq. (VSB No. 89010)
sbernstein@berenzweiglaw.com
scollins@berenzweiglaw.com
BERENZWEIG LEONARD, LLP
8300 Greensboro Drive, Suite 1250
McLean, Virginia 22102
(703) 760-0402 (telephone)
(703) 462-8674 (facsimile)

*Counsel for Defendant Alden Burt Alberto*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 7, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such electronic filing (NEF) to all counsel of record.

    /s/ Samantha K. Collins
Samantha K. Collins, Esq. (VSB No. 89010)
sbernstein@berenzweiglaw.com
scollins@berenzweiglaw.com
BERENZWEIG LEONARD, LLP
8300 Greensboro Drive, Suite 1250
McLean, VA 22102
Telephone: (703) 760-0402
Facsimile: (703) 462-8674