IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NORTHSTAR AVIATION L.L.C., et al.,<br><br>*Plaintiffs/Counterclaim Defendants*,<br><br>v.<br><br>ALDEN BURT ALBERTO,<br><br>*Defendant/Counterclaim Plaintiff*. | Case No. 1:18-cv-00191 (TSE/JFA) |

### DEFENDANT/COUNTERCLAIM PLAINTIFF ALDEN BURT ALBERTO'S WITNESS LIST

Pursuant to this Court's Scheduling Order entered on August 1, 2018, Docket No. 50, the Local Rules of this Court, and the Federal Rules of Civil Procedure 26, Defendant/Counterclaim Plaintiff Alden Burt Alberto submits the following list of witnesses ("Witness List"). Mr. Alberto submits this Witness List without waiving any of his rights, including but not limited to, the following reservation of rights:

1. Mr. Alberto reserves the right to use and/or call any witnesses designated by Plaintiffs/Counterclaim Defendants NorthStar Aviation L.L.C. ("NorthStar UAE") or NorthStar Aviation USA LLC ("NorthStar USA").

2. Mr. Alberto reserves the right to use, in whole or in part, the deposition and/or video transcript for the depositions taken in this case.

3. Mr. Alberto reserves the right to use any prior recorded testimony or sworn statement of any witness that is unavailable to testify at trial.

4. Mr. Alberto reserves the right to submit any additional witnesses for the purposes of rebuttal and/or impeachment as may arise at trial.

5. Mr. Alberto reserves the right to amend and/or supplement his Witness List to include any subsequently discovered witnesses identified by NorthStar UAE or NorthStar USA after submission of this Witness List, including without limitation, potential witnesses cited in or relied on in motion practice by either party.

**DEFENDANT/COUNTERCLAIM PLAINTIFF'S WITNESS LIST**

Mr. Alberto designates the following witnesses for trial that he expects to present:

1. Defendant/Counterclaim Plaintiff Alden Burt Alberto, 1103 Towlston Road, McLean, VA 22102, can be contacted through Berenzweig Leonard, LLP.

2. Bruce Benesh, 1320 Main Street, Suite 500, Columbia, South Carolina 29201, can be contacted through Berenzweig Leonard, LLP.

Additionally, Mr. Alberto designates the following witnesses for trial that he may call:

1. Dr. Sheikh Ahmed Bin Saif Bin Mohamed Al Nahyan, NorthStar UAE and NorthStar USA, 1431 General Aviation Drive, Melbourne, FL 32935, can be contacted through Dunlap Bennett & Ludwig PLLC.

2. Nrasib Ali, NorthStar UAE and NorthStar USA, 1431 General Aviation Drive, Melbourne, FL 32935, can be contacted through Dunlap Bennett & Ludwig PLLC.

3. Lyle Becka, NorthStar UAE and NorthStar USA, 1431 General Aviation Drive, Melbourne, FL 32935, can be contacted through Dunlap Bennett & Ludwig PLLC.

4. Amy Styers, NorthStar USA, 1431 General Aviation Drive, Melbourne, FL 32935, can be contacted through Dunlap Bennett & Ludwig PLLC.

5. Salem AlDhaheri, NorthStar UAE and NorthStar USA, 1431 General Aviation Drive, Melbourne, FL 32935, can be contacted through Dunlap Bennett & Ludwig PLLC.

6. Terry Paul Key, 1545 South State Street, Apartment #409, Chicago, IL 60605, can be contacted through Odin, Feldman, & Pittleman, P.C.

7. Hillary Holcombe, 203 Rivington Street, Apartment 3G, New York, New York 10003, can be contacted through Dechert LLP.

8. Marwan Agha, 6 Hamlet Street, Dollard-des-Ormeaux, Province of Quebec, H9G 2L4.

9. Hani Farag, 3625 Jean-Gascon Street, Ville Saint-Laurent, Province of Quebec, H4R 0K6.

10. Hal Shapiro, Akin Gump Strauss Hauer & Feld LLP, Roberto S. Strauss Building, 1333 New Hampshire Ave., N.W., Washington, DC 20036.

11. Thomas McCarthy, Akin Gump Strauss Hauer & Feld LLP, Roberto S. Strauss Building, 1333 New Hampshire Ave., N.W., Washington, DC 20036.

12. Jack Conroy, last known address Bergstrom & Taylor, 10521 Judicial Drive, Suite 200, Fairfax, VA 22030.

13. Jallad Mohammed, Deloitte & Touche (M.E.), 11th Floor, Al Sila Tower, Abu Dhabi Global, Market Square, Abu Dhabi, P.O. Box 990.

14. Yazan Al Saoudi, Al Tamimi & Company, Al Sila Tower, 26th Floor, Abu Dhabi Global Market Square, Al Maryah Island, Abu Dhabi, P.O. Box 44046.

15. Peter Balciunas, Wingman Digital Marketing, 4049 Mallard Drive, Melbourne, FL 32934.

16. Daniel Cook, U.S. Department of State, Office of Defense Trade Controls, 2401 E Street, N.W., SA-1, Room H1200, Washington, D.C. 20037.

17. Daniel Buzby, U.S. Department of State, Office of Defense Trade Controls, 2401 E Street, N.W., SA-1, Room H1200, Washington, D.C. 20037.

Date: February 7, 2019                              /s/ Samantha K. Collins
                                    Nicholas R. Johnson, Esq. (VSB No. 80525)
                                      njohnson@berenzweiglaw.com
                                    Declan C. Leonard, Esq. (VSB No. 40292)
                                      dleonard@berenzweiglaw.com
                                    Clyde E. Findley, Esq. (VSB No. 48277)
                                      cfindley@berenzweiglaw.com
                                    David B. Deitch, Esq. (VSB No. 74818)
                                      ddeitch@berenzweiglaw.com
                                    Ryen C. Rasmus, Esq. (VSB No. 84346)
                                      rrasmus@berenzweiglaw.com
                                    Samantha K. Collins, Esq. (VSB No. 89010)
                                      sbernstein@berenzweiglaw.com
                                      scollins@berenzweiglaw.com
                                    BERENZWEIG LEONARD, LLP
                                    8300 Greensboro Drive, Suite 1250
                                    McLean, Virginia 22102
                                    (703) 760-0402 (telephone)
                                    (703) 462-8674 (facsimile)

                                    *Counsel for Defendant Alden Burt Alberto*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 7, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such electronic filing (NEF) to all counsel of record.

      /s/ Samantha K. Collins
Samantha K. Collins, Esq. (VSB No. 89010)
  sbernstein@berenzweiglaw.com
  scollins@berenzweiglaw.com
BERENZWEIG LEONARD, LLP
8300 Greensboro Drive, Suite 1250
McLean, VA 22102
Telephone: (703) 760-0402
Facsimile: (703) 462-8674