# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| NORTHSTAR AVIATION L.L.C., *et al.*, | ) |
| | ) |
| Plaintiffs/Counterclaim Defendants, | ) |
| | ) |
| v. | ) |
| | )   C. A. No. 1:18cv191-TSE-JFA |
| ALDEN BURT ALBERTO, | ) |
| a/k/a Reno Alberto, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |
| | ) |

## PLAINTIFFS'/COUNTERCLAIM DEFENDANTS' MOTION FOR LEAVE TO AMEND THE PARTIES' JOINT STIPULATION OF UNCONTESTED FACTS TO OMIT LEGAL CONCLUSIONS

Plaintiffs/Counterclaim Defendants NorthStar Aviation L.L.C. ("NorthStar UAE") and NorthStar Aviation USA, LLC ("NorthStar USA," and collectively with NorthStar UAE, "NorthStar"), by counsel, hereby move for leave to amend the parties' previously submitted Joint Stipulation of Uncontested Facts (Dkt. 197) to eliminate certain legal conclusions improperly reflected in that document. For the reasons stated in NorthStar's memorandum of law supporting this Motion, filed concurrently herewith and incorporated herein, by reference, NorthStar respectfully asks the Court to grant this Motion and to strike Paragraphs 14 and 41 from the Stipulation.

WHEREFORE, NorthStar respectfully prays that the Court enter an Order, ADJUDGING, ORDERING and DECREEING that:

(1) Paragraphs 14 and 41 of the Joint Stipulation of Uncontested Facts (Dkt. 197) set forth certain legal conclusions to which the parties are incapable of stipulating, as a matter of law; and

(2) Paragraphs 14 and 41 of the Joint Stipulation of Uncontested Facts (Dkt. 197) are therefore STRICKEN from the record.

                Respectfully submitted,

                NORTHSTAR AVIATION L.L.C. and
                  NORTHSTAR AVIATION USA, LLC

                By: DUNLAP BENNETT & LUDWIG PLLC

                    /s/ Kevin T. Streit
                        Of Counsel

| | |
|---|---|
| Thomas M. Dunlap (VSB No. 44016) | Kevin T. Streit (VSB No. 45024) |
| Ellis L. Bennett (VSB No. 71685) | Kyle C. Harrison (VSB No. 44141) |
| Ben S. Barlow (VSB No. 67933) | DUNLAP BENNETT & LUDWIG PLLC |
| Eric L. Olavson (VSB No. 87872) | 8003 Franklin Farms Drive, Suite 220 |
| DUNLAP BENNETT & LUDWIG PLLC | Richmond, Virginia 23229 |
| 211 Church Street SE | (804) 823-7776 |
| Leesburg, Virginia 20175 | (804) 977-2680 (facsimile) |
| (703) 777-7319 | kstreit@dbllawyers.com |
| (703) 777-3656 (facsimile) | kharrison@dbllawyers.com |
| tdunlap@dbllawyers.com | |
| ebennett@dbllawyers.com | |
| bbarlow@dbllawyers.com | |
| eolavson@dbllawyers.com | |
| | |
| Noah Fontanez, Esquire, *Pro Hac Vice* | Sarah C. Aviles (VSB No. 86031) |
| DUNLAP BENNETT & LUDWIG PLLC | DUNLAP BENNETT & LUDWIG PLLC |
| 616 South Boston Avenue, Suite 600 | 8300 Boone Boulevard, Suite 550 |
| Tulsa, Oklahoma 74119 | Vienna, Virginia 22182 |
| (918) 505-7851 | (703) 777-7319 |
| (918) 505-7851 (facsimile) | (703) 777-3656 (facsimile) |
| nfontanez@dbllawyers.com | saviles@dbllawyers.com |

*Counsel for the Plaintiffs/Counterclaim Defendants*

CERTIFICATE OF CONFERENCE

I hereby certify that on February 22, 2019, I conferred by telephone with opposing counsel, Nicholas Johnson, Esq., and Clyde Findley, Esq., to point out that Paragraphs 14 and 41 of the Joint Stipulation of Uncontested Facts (Dkt. 197) contained legal conclusions to which the parties could not stipulate, and proposed amended the Stipulation to omit or revise those Paragraphs. Messrs. Johnson and Findley did not agree to that proposal, and NorthStar's counsel advised them that NorthStar would therefore move to amend the Stipulation to clarify the factual record.

    /s/ Kevin T. Streit
Kevin T. Streit  (VSB No. 45024)
Dunlap Bennett & Ludwig, PLLC
8003 Franklin Farms Drive, Suite 220
Richmond, Virginia 20175
(804) 823-7776
(804) 977-2680 (facsimile)
kstreit@dbllawyers.com
*Counsel for Plaintiffs/Counterclaim Defendants*

CERTIFICATE OF SERVICE

       I hereby certify that on this, the 8th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following:

    Declan Leonard, Esq.
    Clyde E. Findley, Esq.
    Nicholas R. Johnson, Esq.
    David Deitch, Esq.
    Samantha Collins, Esq.
    Berenzweig Leonard LLP
    8300 Greensboro Drive, Suite 1250
    McLean, Virginia 22102
    cfindley@berenzweiglaw.com
    njohnson@berenzweiglaw.com
    ddeitch@berenzweiglaw.com
    dleonard@berenzweiglaw.com
    scollins@berenzweiglaw.com
    *Counsel for defendant/counterclaim plaintiff Alden Burt Alberto*

                                     /s/ Kevin T. Streit
                                Kevin T. Streit  (VSB No. 45024)
                                Dunlap Bennett & Ludwig, PLLC
                                8003 Franklin Farms Drive, Suite 220
                                Richmond, Virginia 20175
                                (804) 823-7776
                                (804) 977-2680 (facsimile)
                                kstreit@dbllawyers.com
                                *Counsel for Plaintiffs/Counterclaim Defendants*