# *** CIVIL MOTION MINUTES ***

| | |
|---|---|
| Date: 04/05/2019 | Before the Honorable: **T.S. ELLIS, III** |
| Time: 10:19 a.m. – 10:59 a.m. (00:40) | Case No.: 1:18-cv-00191-TSE-JFA |
| Official Court Reporter: Tonia Harris | |
| Courtroom Deputy: Tanya Randall | |

# NORTHSTAR AVIATION L.L.C. et al

v.

# ALBERTO et al

Appearances of Counsel for:

[ X ]  Plaintiff:  Thomas Dunlap, Kevin Streit

[ X ]  Defendant:  Nicholas Johnson, Clyde Findley

**Re:**   **Final Pretrial Conference**
[ 187 ]   Defendant/Counterclaim-Plaintiff Alden Burt Alberto's Motion to Strike the Expert Report and Exclude the Testimony of Leslie W. Robson
[ 190 ]   Plaintiffs'/Counterclaim Defendants' Motion in Limine with Respect to Reflex Responses Management Consultancy, L.L.C.
[ 192 ]   Plaintiffs'/Counterclaim Defendants' Motion in Limine to Exclude Testimony from Defendant's/Counterclaim Plaintiff's Retained Expert, Bruce Benesh
[ 208 ]   Plaintiffs'/Counterclaim Defendants' Motion for Leave for Leave to File Their Second Amended Complaint
[ 211 ]   Plaintiffs'/Counterclaim Defendants' Motion for Leave to Amend the Parties' Joint Stipulation of Uncontested Facts to Omit Legal Conclusions

Argued and:

[ X ]  DENIED: [ 208 ]  Plaintiffs'/Counterclaim Defendants' Motion for Leave for Leave to File Their Second Amended Complaint

[ X ]  GRANTED Leave  to Amend as to paragraph 14:   [ 211 ]  Court will declare paragraph 14 to be withdrawn or null but paragraph 41 will not be declared withdrawn or null.

[ X ]  DENIED: [ 190 ]   with respect to the documents

[ X ]  Taken Under Advisement: [ 187 ] ;  [ 192 ]  If testimony is needed from the experts the Court will issue an order for the experts to appear.

- For Jury Trial plaintiff will present 15 – 16 witnesses and defendant will present 6-7 witnesses.

- **JURY TRIAL SET JUNE 18, 2019 AT 10:00 A.M. (7 DAYS)**

[ X ]  Order to Follow