IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NORTHSTAR AVIATION L.L.C., et al.,<br><br>*Plaintiffs/Counterclaim-Defendants*,<br><br>v.<br><br>ALDEN BURT ALBERTO,<br><br>*Defendant/Counterclaim-Plaintiff.* | Case No. 1: 18-cv-00191 (TSE-JFA) |

**<u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), both Plaintiffs/Counterclaim-Defendants NorthStar Aviation L.L.C. and NorthStar USA, LLC (together, "NorthStar") and Defendant/Counterclaim-Plaintiff Alden Burt Alberto ("Mr. Alberto") hereby stipulate and agree that the parties have reached settlement of all claims and counterclaims, and give notice to dismiss the entirety of this action as to both NorthStar and Mr. Alberto with prejudice. Each party shall bear their own costs and attorneys' fees. The case may now be closed.

IT IS ORDERED

Entered this ___ day of June, 2019

                                                        _____
                                                        Judge T.S. Ellis, III
                                                        United States District Judge

| NORTHSTAR AVIATION L.L.C. and NORTHSTAR AVIATION USA LLC | ALDEN BURT ALBERTO |
|---|---|
| By: /s/ Ellis L. Bennett | By: /s/ Nicholas R. Johnson |
| Thomas M. Dunlap (VSB No. 44016) | Nicholas R. Johnson (VSB No. 80525) |
| Ellis L. Bennett (VSB No. 71685) | Declan C. Leonard (VSB No. 40292) |
| Ben S. Barlow (VSB No. 67933) | Clyde E. Findley (VSB No. 48277) |
| Mary E. Witzel (VSB No. 88117) | David B. Deitch (VSB No. 74818) |
| DUNLAP BENNETT & LUDWIG PLLC | Ryen C. Rasmus (VSB No. 84346) |
| 211 Church Street SE | BERENZWEIG LEONARD, LLP |
| Leesburg, Virginia 20175 | 8300 Greensboro Drive, Suite 1250 |
| (703) 777-7319 | McLean, Virginia 22102 |
| (703) 777-3656 (facsimile) | (703) 760-0402 (telephone) |
| tdunlap@dbllawyers.com | (703) 462-8674 (facsimile) |
| ebennett@dbllawyers.com | njohnson@berenzweiglaw.com |
| bbarlow@dbllawyers.com | dleonard@berenzweiglaw.com |
| mwitzel@dbllawyers.com | cfindley@berenzweiglaw.com |
| | ddeitch@berenzweiglaw.com |
| Kevin T. Streit (VSB No. 45024) | rrasmus@berenzweiglaw.com |
| DUNLAP BENNETT & LUDWIG PLLC | |
| 8003 Franklin Farms Drive, Suite 220 | *Counsel for Defendant/Counterclaim-* |
| Richmond, Virginia 23229 | *Plaintiff Alden Burt Alberto* |
| (804) 823-7776 | |
| (804) 977-2680 (facsimile) | |
| kstreit@dbllawyers.com | |
| | |
| Sarah C. Aviles (VSB No. 86031) | |
| DUNLAP BENNETT & LUDWIG PLLC | |
| 8300 Boone Boulevard, Suite 550 | |
| Vienna, Virginia 22182 | |
| (703) 777-7319 | |
| (703) 777-3656 (facsimile) | |
| saviles@dbllawyers.com | |
| | |
| *Counsel for the Plaintiffs/Counterclaim Defendants* | |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 5, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such electronic filing (NEF) to all counsel of record.

                                                                            /s/ Nicholas R. Johnson
                                                                               Nicholas R. Johnson